1  Eric J. Benink, Esq., SBN 187434
   Krause Kalfayan Benink & Slavens, LLP
2  625 Broadway, Suite 635
   San Diego, CA  92101
3  (619) 232-0331 (ph)
   (619) 232-4019 (fax)
4  eric@kkbs-law.com

5

6  Jeffrey N. Mausner, Esq., SBN 122385
   Law Offices of Jeffrey N. Mausner
7  21800 Oxnard St., Suite 910
   Woodland Hills, CA 91367
8  (310) 617-8100 (ph)
   (818) 716-2773 (fax)
9  jeff@mausnerlaw.com

10 Attorneys for Plaintiff

11              UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13

14 PERFECT 10, INC., a California        CASE NO. '09 CV 2596  H  WMc
   corporation,
15                                       COMPLAINT FOR:
16          Plaintiff,                   (1) COPYRIGHT
                                         INFRINGEMENT;  (2)
17     v.                                TRADEMARK INFRINGEMENT
                                         (FEDERAL); (3) TRADEMARK
18 RAPIDSHARE AG., a corporation;        DILUTION (FEDERAL); (4)
   CHRISTIAN SCHMID; BOBBY              VIOLATION OF 15 U.S.C. § 1125
19 CHANG; and DOES 1 through 100,        (5)  VIOLATION OF CAL. BUS &
   inclusive,                           PROF. CODE §§ 17200, ET. SEQ.;
20                                       (6) VIOLATION OF RIGHTS OF
                                         PUBLICITY; (7) UNJUST
21          Defendants.                  ENRICHMENT; AND (8)
                                         CONSTRUCTIVE TRUST
22
23                                       DEMAND FOR JURY TRIAL
24
25
26
27
28

                          COMPLAINT

FILED
2009 NOV 18  AM 10: 18
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1    Plaintiff Perfect 10, Inc. ("Perfect 10") avers:

2                        **JURISDICTION AND VENUE**

3       1.    <u>Jurisdiction</u>. This action arises under the Copyright Act, 17 U.S.C.

4  § 101 *et seq.*, and the Lanham Act, 15 U.S.C. § 1051 *et seq.*. This Court has

5  jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331,

6  1338(a) and (b) and principles of supplemental jurisdiction.

7       2.    <u>Venue</u>. Venue is proper in this judicial district pursuant to 28

8  U.S.C. § 1391 (b)(2), (c), and § 1400(a).

9       3.    <u>Personal Jurisdiction</u>. Personal jurisdiction is proper over the

10  Defendants because the wrongful activity at issue concerns Defendants'

11  operation of commercial businesses through which Defendants knowingly

12  transact business and enter into contracts with individuals in California,

13  including within the County of San Diego. Each of the Defendants, therefore,

14  has purposefully availed itself of the privilege of doing business in California,

15  and material elements of Defendants' wrongdoing occurred in this State.

16                        **THE PARTIES**

17       4.    Plaintiff Perfect 10 is a California corporation. Plaintiff published

18  the popular magazine PERFECT 10 and owns and operates the internet website

19  located at <u>perfect10.com</u>, which domain name Perfect 10 owns.

20       5.    Defendants Rapidshare AG, Christian Schmid, and Bobby Chang,

21  Gewerbestr. 6, Cham/Switzerland ("Rapidshare") collectively own, operate,

22  and/or control the internet websites located at rapidshare.com and rapidshare.de,

23  and have various advertising operations, data storage facilities, and other

24  businesses, which among other things, either store unauthorized copyrighted

25  materials, display or distribute unauthorized copyrighted materials, assist others

26  to infringe copyright, or profit from unauthorized copyrighted materials.

27  Schmid and Chang have personally carried out, directed, and facilitated the acts

28  of infringement performed by Rapidshare, as alleged herein. Schmid and

1 Chang know that their actions have infringed Plaintiff's copyrights.

2      6.     Does 1 through 100, inclusive, which are businesses owned or

3 controlled by Rapidshare or individuals affiliated with Rapidshare, which either

4 directly or indirectly profit from and/or directly or indirectly infringe or facilitate

5 the infringement of Perfect 10 intellectual property, are sued herein under

6 fictitious names because their true names and capacities are unknown to Perfect

7 10.

8      7. When Perfect 10 ascertains the Doe Defendants' true names and

9 capacities, it will seek leave to amend this complaint to insert such true names

10 and capacities. Perfect 10 is informed and believes, and on that basis avers, that

11 each Doe defendant acted with defendant Rapidshare and is responsible for the

12 harm and damages to Perfect 10 herein averred. Defendants Rapidshare,

13 Christian Schmid and the Doe Defendants are referred to hereinafter collectively

14 as "Rapidshare."

15      8.     Perfect 10 is informed and believes, and on that basis avers, that at

16 all times material herein, each of the Defendants was the agent and/or employee

17 of the other Defendants, and, in doing the things herein averred, was acting

18 within the course and scope of such agency and employment.

19 <center>**THE BUSINESS OF PERFECT 10**</center>

20      9.     The business of Perfect 10 consists of the design, creation,

21 production, marketing, promotion, and sale of copyrighted adult entertainment

22 products, including photographs, magazines, video productions, cell phone

23 downloads, and other media.

24      10.     Perfect 10 was the publisher of the well-known magazine

25 PERFECT 10, but was forced to close that magazine because of rampant

26 infringement.

27      11.     Perfect 10 creates or created, and sells or sold, calendars and other

28 merchandise featuring its images, and was involved in the licensing of

<center>2
COMPLAINT</center>

1   downloads of images for cell phones, but is not currently earning revenue from
2   that endeavor because of rampant infringement.

3        12.   Perfect 10 owns and operates the internet website perfect10.com.
4   Consumers are provided access to content owned by Perfect 10 and made
5   available by payment of a membership fee of $25.50 per month.

6        13.   Perfect 10's revenues are currently derived predominantly from
7   sales of memberships to its perfect10.com website. Sales of memberships to the
8   perfect10.com website are made by providing the customer with an individual
9   user name and password to access the website.

10        14.   The Perfect 10 Copyrighted Works: Perfect 10 owns thousands of
11   valuable and unique copyrighted photographs, as well as video productions and
12   other proprietary materials some of which are identified in Exhibit 1.   As set
13   forth in Exhibit 1, a substantial number of the copyrighted photographs are
14   registered with the U.S. Copyright Office and others are pending registration.
15   Perfect 10 owns the copyrights in and to these works (the "Perfect 10
16   Copyrighted Works"). Perfect 10 has invested, and continues to invest,
17   substantial sums of money, time, effort, and creative talent, to make and produce
18   the Perfect 10 Copyrighted Works. In addition, in order to produce and sell the
19   Perfect 10 Copyrighted Works, Perfect 10 is required to make numerous
20   payments, including but not limited to model fees, photographer fees, location
21   costs, styling costs, make up costs, printing costs, film and processing costs,
22   travel costs, as well as distribution, public relations, legal, and advertising and
23   promotion costs.

24        15.   The Perfect 10 Marks: Perfect 10 also is the owner of the valuable
25   and well-known Perfect 10 family of trademarks, including but not limited to
26   PERFECT 10, PERFECT10.COM, and P10 (the "Perfect 10 Marks"). These
27   marks are used in commerce by Perfect 10 on and in connection with the sale of
28   its products and services, including PERFECT 10 magazine and perfect10.com.

1  Perfect 10 has spent millions of dollars advertising and promoting the Perfect 10

2  Marks and Perfect 10 products and services bearing these marks.  Perfect 10 has

3  built and owns the valuable goodwill symbolized by the Perfect 10 Marks.

4  Three of Perfect 10's registered trademarks, registration numbers 2235145,

5  2202643, and 2573998, have become incontestable under Section 15 of the

6  Lanham Act, 15 U.S.C. Section 1065.

7      16.    Goods and services bearing the Perfect 10 Marks have been

8  featured and/or talked about on numerous television and radio shows (including

9  *The Tonight Show, The Sopranos, The Amazing Race, Entourage, The Howard*

10  *Stern Show, Dawson's Creek, Battledome, Fox News, Hard Copy, Entertainment*

11  *Tonight, Extra, The Dating Game, Temptation Island, Monday Night Football,*

12  *Hannity & Colmes, The O'Reilly Factor, The View,* and *Jenny Jones*), in motion

13  pictures (including *Orphan, Superbad, Knocked Up, Spiderman, American Pie,*

14  *Hollow Man,* and *The Way of the Gun*), and in newspapers and periodicals.

15      17.    <u>The Perfect 10 Rights of Publicity</u>:  Perfect 10 contracts with

16  models in connection with its magazine and website.  Perfect 10 secures

17  assignments from some of those models of their rights of publicity (the "Perfect

18  10 Rights of Publicity").  The Perfect 10 Rights of Publicity are valuable

19  because the identities, including the names and likenesses, of these models are

20  well-known and popular and attract/attracted purchasers of PERFECT 10

21  magazine and visitors and subscribers to perfect10.com.

22      18.    The success of Perfect 10's business is almost entirely dependent

23  on its intellectual property rights.  Therefore, the ongoing and massive

24  infringements of Perfect 10's rights, as herein described, is devastating to, and

25  threatens the existence of, Perfect 10's business.

26                   **THE BUSINESS OF RAPIDSHARE**

27      19.    Rapidshare operates the internet website Rapidshare.com, along

28  with multiple foreign versions of that website that are accessible in the United

1   States and throughout the world.  Christian Schmid owns the internet website
2   rapidshare.de.   Schmid is also identified as the administrative and technical
3   contact person for the rapidshare.com domain name.  Both rapidshare.de and
4   rapidshare.com have infringed Perfect 10 copyrights, trademarks, and rights of
5   publicity.  Search engines and affiliate sites provide Rapidshare with tens of
6   thousands of links.  Rapidshare is the twelfth most popular website on the
7   Internet.   Rapidshare enables users from around the world to purchase virtually
8   every pirated image, song, and movie for $10 a month, and is destroying
9   copyright holders worldwide.  It stores hundreds of thousands of unauthorized
10  copyrighted images on its servers, along with billions of dollars in songs and
11  major full length movies, featuring every major artist and every major movie.
12  Rapidshare also offers, without authorization, Perfect 10 DVDs and videos,
13  including Perfect 10's Model of The Year Video, which cost approximately
14  $1,000,000 to produce.

15          20.   In addition to infringing over 26,000 Perfect 10 copyrighted
16  images, along with Perfect 10 DVDs and videos, Rapidshare also has created an
17  affiliate program, whereby it pays other infringing third party websites
18  ("Affiliated Infringing Websites") to refer traffic to it.  In many cases, these
19  affiliated Rapidshare infringers offer the public the ability to download a sample
20  of Perfect 10 images for each Perfect 10 model, and then recommend to users
21  that they join Rapidshare.com to download the rest.  For example, Rapidshare
22  affiliate nudecelebforum.com offered the following links containing Perfect 10
23  images: *http://rapidshare.com/files/660884/P10_A-J.zip*,
24  *http://rapidshare.com/files/660819/P10_K-R.zip*, and
25  *http://rapidshare.com/files/660804/P10_S-Z.zip*.  The file names reference one of
26  Perfect 10's trademarks, "P10."

27          21.   All of the Perfect 10 Copyrighted Works which Rapidshare and its
28  affiliates provide to consumers are used without authorization.  Rapidshare

---

5
COMPLAINT

1   engages in and facilitates the massive and ongoing violations of Perfect 10's

2   rights even though Rapidshare is aware that Perfect 10 never authorized or

3   consented to the use by Rapidshare of the Perfect 10 Copyrighted Works, the

4   Perfect 10 Marks, or the Perfect 10 Rights of Publicity.  Rapidshare is aware of

5   the lack of Perfect 10's authorization and consent for the following reasons,

6   among others:

7            (a)    *First*, on May 29, 2009, Perfect 10 notified Rapidshare that it

8   was infringing 800 specifically-indentified Perfect 10 copyrighted images

9   offered for sale and downloading by Rapidshare.  Rapidshare has not responded

10  to that notice nor has it removed the identified images.

11           (b)    *Second*, the Perfect 10 Copyrighted Works on Rapidshare's

12  servers usually contain visible Perfect 10 Marks or visible copyright notices in

13  the name of Perfect 10.  An example of such an image is Exhibit 2.

14           (c)    *Third,* the file names of, and links to, the Perfect 10 images

15  which Rapidshare offers often utilize Perfect 10's trademark, either P10, or

16  "Perfect 10."  Examples of Rapidshare downloading links that offer infringing

17  Perfect 10 copyrighted images include Perfect 10 200006.rar,

18  Marisa_Miller_Perfect-10.rar, and lexi.perfect_10.rar, among many others.

19

20                      **FIRST CLAIM FOR RELIEF**

21                        **(Copyright Infringement)**

22                         **Against All Defendants**

23       22.    Perfect 10 re-avers and incorporates herein by reference each and

24  every averment of paragraphs 1 through 21 above as though fully set forth

25  herein.

26       23.    Perfect 10 is the owner of all right, title, and interest to each of the

27  Perfect 10 Copyrighted Works.  Perfect 10 has registered its works with the

28  United States Copyright Office.  Perfect 10 has been issued United States

1  copyright certificates some of which are listed on Exhibit 1, attached hereto.

2      24.    Each of the Perfect 10 Copyrighted Works consists of material

3  original with Perfect 10 and each is copyrightable subject matter.

4      25.    Rapidshare has copied, reproduced, distributed, adapted, and/or

5  publicly displayed the Perfect 10 Copyrighted Works without the consent or

6  authority of Perfect 10, thereby directly infringing Perfect 10's copyrights.

7      26.    Rapidshare's conduct constitutes infringement of Perfect 10's

8  copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted

9  Works in violation of Sections 106 and 501, et. seq. of the United States

10  Copyright Act, 17 U.S.C. §§ 106 and 501.

11      27.    Rapidshare has induced, caused, and/or materially contributed to

12  unauthorized copying, reproduction, adaptation, public display, and/or

13  distribution of the Perfect 10 Copyrighted Works.

14      28.    Rapidshare's conduct constitutes contributory infringement of

15  Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10

16  Copyrighted Works.

17      29.    Rapidshare has directly profited from the infringement of Perfect

18  10's copyrighted works, and has the right and ability to supervise its directly

19  infringing affiliates who provide it with customers by offering their visitors

20  samples of Perfect 10 images, the full set of which is available through

21  Rapidshare.

22      30.    Rapidshare's conduct constitutes vicarious infringement of Perfect

23  10's copyrights and exclusive rights under copyright in the Perfect 10

24  Copyrighted Works.

25      31.    The infringement of Perfect 10's rights in and to each of the Perfect

26  10 Copyrighted Works constitutes a separate and distinct act of infringement.

27      32.    The acts of infringement by Rapidshare have been willful,

28  intentional, and purposeful, in reckless disregard of and with indifference to the

1  rights of Perfect 10.

2      33.    As a direct and proximate result of the infringements by Rapidshare

3  of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10

4  Copyrighted Works, Perfect 10 is entitled to its actual damages and Rapidshare's

5  profits pursuant to 17 U.S.C. § 504(b).

6      34.    Alternatively, Perfect 10 is entitled to statutory damages, pursuant

7  to 17 U.S.C. § 504(c).

8      35.    Rapidshare's conduct is causing and, unless enjoined and restrained

9  by this Court, will continue to cause, Perfect 10 great and irreparable injury that

10  cannot fully be compensated in money.  Perfect 10 has no adequate remedy at

11  law.  Pursuant to 17 U.S.C. § 502, Perfect 10 is entitled to injunctive relief

12  prohibiting further infringements of Perfect 10's copyrights.

13      36.    Perfect 10 further is entitled to its attorneys' fees and costs pursuant

14  to 17 U.S.C. § 505.

15

16  **SECOND CLAIM FOR RELIEF**

17  **(Trademark Infringement)**

18  **Against All Defendants**

19      37.    Perfect 10 re-avers and incorporates herein by reference each and

20  every averment of paragraphs 1 through 13 and 15 through 21 above as though

21  fully set forth herein.

22      38.    Perfect 10 is the owner of the Perfect 10 Marks, including the

23  registered trademark/service marks PERFECT 10, PERFECT10.COM, and P10.

24  The United States trademark/service mark registrations for PERFECT 10,

25  PERFECT10.COM, and P10 include Registration Nos. 2,202,643, 2,235,145,

26  2,573,998, 2,709,583, and 3,094,437  for, among other goods and services,

27  entertainment services in the nature of adult entertainment and beauty contests

28  provided via a global computer network; entertainment services in the nature of

1   beauty contests; and magazines featuring adult entertainment, beauty contests,

2   pictures of female models, interviews, fiction, and articles on human relations,

3   sports, entertainment, lifestyles, fitness, and calendars and unmounted

4   photographs.

5       39.   The Perfect 10 Marks have been continuously used in commerce by

6   Perfect 10 and its predecessors, and are widely known throughout the United

7   States.  Three of Perfect 10's registered trademarks, registration numbers

8   2235145, 2202643, and 2573998 have become incontestable under Section 15 of

9   the Lanham Act, 15 U.S.C. Section 1065.

10      40.   Perfect 10 has spent millions of dollars promoting and advertising

11  the Perfect 10 Marks and products and services bearing the Perfect 10 Marks,

12  and has marketed and sold millions of dollars of products and services under the

13  Perfect 10 Marks.

14      41.   As a direct result of the aforementioned use, promotion, and

15  advertisement of the Perfect 10 Marks, Perfect 10 has built up and now owns

16  valuable goodwill symbolized by the Perfect 10 Marks.

17      42.   As a direct result of the care and skill exercised by Perfect 10 over

18  the nature and quality of goods and services sold under the Perfect 10 Marks and

19  the extensive promotion, advertising, sale, and public acceptance thereof, the

20  Perfect 10 Marks have become known as a symbol of the goodwill that Perfect

21  10 has created throughout the United States and elsewhere by selling products

22  and services of high quality and by fairly and honorably dealing with the trade

23  and public in the sale of these products and services.

24      43.   Rapidshare's conduct, as averred herein, including using and

25  reproducing the Perfect 10 Marks in commerce in connection with the sale,

26  offering for sale, and advertising of goods and services on Rapidshare.com and

27  by Affiliated Infringing Websites, for the purpose or with the effect of directing

28  consumers who are searching for authorized Perfect 10 products and services to

1   the Affiliated Infringing Websites and to Rapidshare, constitutes infringement of

2   the Perfect 10 Marks in violation of Sections 32 and 43 of the Lanham Act, 15

3   U.S.C. §§ 1114 and 1125.

4       44.   Rapidshare's conduct constitutes contributory infringement of the

5   Perfect 10 Marks.

6       45.   Rapidshare's conduct constitutes vicarious infringement of the

7   Perfect 10 Marks.

8       46.   The conduct of Rapidshare has been and is willful and deliberate.

9       47.   Perfect 10 is entitled to recover all damages sustained as a result of

10  Rapidshare's unlawful conduct, including (a) Rapidshare's profits, (b) Perfect

11  10's damages, (c) treble those amounts, (d) costs of suit, and (e) reasonable

12  attorneys' fees.

13      48.   Rapidshare's conduct is causing and, unless enjoined and restrained

14  by this Court, will continue to cause, Perfect 10 great and irreparable injury that

15  cannot fully be compensated in money.  Perfect 10 has no adequate remedy at

16  law.  Perfect 10 is entitled to injunctive relief prohibiting further infringements

17  of the Perfect 10 Marks.

18

19                      **THIRD CLAIM FOR RELIEF**

20                          **(Trademark Dilution)**

21                          **Against All Defendants**

22      49.   Perfect 10 re-avers and incorporates herein by reference each and

23  every averment of paragraphs 1 through 13, 15 through 21, and 37 through 48

24  above as though fully set forth herein.

25      50.   The Perfect 10 Marks have become and at all relevant times have

26  been "famous" within the meaning of 15 U.S.C. § 1125(c).

27      51.   The Affiliated Infringing Websites typically intermingle Perfect

28  10's high-quality images with images of poor quality or of an offensive or illegal

1  nature. The acts of Rapidshare averred herein have lessened the capacity of the

2  Perfect 10 Marks to identify and distinguish Perfect 10's services and products

3  from those of the Affiliated Infringing Websites, have tarnished the valuable

4  image and reputation associated with the Perfect 10 Marks, and have created an

5  undesirable, unwholesome, or unsavory mental association with Perfect 10 and

6  the Perfect 10 Marks, damaging Perfect 10's goodwill and disparaging Perfect

7  10's rights in the Perfect 10 Marks. Rapidshare's acts and conduct are in

8  violation of 15 U.S.C. § 1125(c). Rapidshare has willfully intended to trade on

9  Perfect 10's reputation and/or to cause dilution of the Perfect 10 Marks.

10  Accordingly, Perfect 10 is entitled to recover all damages sustained as a result of

11  Rapidshare's unlawful conduct, including (a) Rapidshare's profits, (b)  Perfect

12  10's damages, (c) treble those amounts, (d) costs of suit, and (e) reasonable

13  attorneys' fees.

14      52.    Rapidshare's conduct is causing and, unless enjoined and restrained

15  by this Court, will continue to cause, Perfect 10 great and irreparable injury that

16  cannot fully be compensated in money. Perfect 10 has no adequate remedy at

17  law. Perfect 10 is entitled to injunctive relief prohibiting further dilution and

18  disparagement of the Perfect 10 Marks.

19                      **FOURTH CLAIM FOR RELIEF**

20                  **(Violation of 15 U.S.C. § 1125 *et seq.*)**

21                          **Against All Defendants**

22      53.    Perfect 10 re-avers and incorporates herein by reference each and

23  every averment of paragraphs 1 through 13, 15 through 21, and 37 through 52 as

24  though fully set forth herein.

25      54.    Without authorization or license, Rapidshare has commercially

26  exploited and used millions of marketable adult-oriented photographs and

27  likenesses, which range from the most tame to the most explicit. Through these

28  photographs, which make Rapidshare a content provider for adult photographs

1  of every type and quality, as well as the use of the names of the persons

2  depicted, Rapidshare is unlawfully exploiting the publicity rights and trademark

3  rights of Perfect 10, as well as the publicity rights, and trademark rights of third-

4  parties. Rapidshare is also selling without authorization, in competition with

5  Perfect 10, billions of dollars in stolen songs, full-length movies, and even

6  computer software. This conduct enables Rapidshare to compete directly and

7  unfairly with Perfect 10 by, among other things, offering for free millions of

8  valuable photographs and likenesses, and thousands of songs, and full length

9  movies, as well as computer software, that are not lawfully available to Perfect

10  10 or other competitors acting lawfully.

11      55.    Rapidshare further engages in unfair competition by commercially

12  exploiting, through its affiliate programs, Perfect 10 and third-party rights.

13      56.    In connection with its affiliate program, Rapidshare directs and/or

14  permits Rapidshare download links offering tens of thousands of Perfect 10

15  copyrighted images, as well as Perfect 10 videos, to be juxtaposed on

16  Rapidshare affiliated websites, next to photographs and likenesses of Perfect 10

17  models and other models or celebrities.

18      57.    Rapidshare is infringing and diluting Perfect 10's and other parties'

19  trademarks, as alleged herein.

20      58.    All of the above is causing direct injury to Perfect 10's business.

21  Perfect 10 has suffered injury in fact and has lost money and property as a result

22  of such unfair competition.

23      59.    Perfect 10 is entitled to recover all damages sustained as a result of

24  Rapidshare's unlawful conduct, including (a) Rapidshare's profits, (b) Perfect

25  10's damages, (c) treble those amounts, (d) costs of suit, and (e) reasonable

26  attorneys' fees. In undertaking the conduct alleged above, Rapidshare acted

27  with oppression, fraud, and malice, with the intent to cause injury to Perfect 10,

28  with the intent to deprive Perfect 10 of its property and legal rights, and with full

1   knowledge of the wrongfulness of Rapidshare's conduct.  Rapidshare's conduct

2   was undertaken with a willful and conscious disregard of the rights of Perfect 10

3   and subjected Perfect 10 to cruel and unjust hardship.  Therefore, Perfect 10 is

4   entitled to an award of punitive damages for the sake of example and to punish

5   Rapidshare, in an amount to be determined at trial.

6          60.     Rapidshare's conduct is causing and, unless enjoined and restrained

7   by this Court, will continue to cause, Perfect 10 great and irreparable injury that

8   cannot fully be compensated or measured in money.  Perfect 10 has no adequate

9   remedy at law.  Perfect 10 is entitled to injunctive relief prohibiting further such

10  unfair competition.

11                         **FIFTH CLAIM FOR RELIEF**

12               **(Violation of California Unfair Competition Law**

13                 **– Cal. Bus. & Prof. Code §§ 17200, et seq.)**

14                         **Against All Defendants**

15         61.     Perfect 10 re-evers and incorporates herein by reference each and

16  every averment of paragraphs 1 through 13, 15 through 21, and 37 through 60

17  above as though fully set forth herein.

18         62.     Without authorization or license, Rapidshare has commercially

19  exploited and used millions of marketable adult-oriented photographs and

20  likenesses, which range from the most tame to the most explicit.  Through these

21  photographs, which make Rapidshare a content provider for adult photographs

22  of every type and quality, as well as the use of the names of the persons

23  depicted, Rapidshare is unlawfully exploiting the publicity rights and trademark

24  rights of Perfect 10, as well as the publicity rights, trademark rights of third-

25  parties.  Rapidshare is also selling without authorization, in competition with

26  Perfect 10, billions of dollars in stolen songs, full-length movies, and even

27  computer software.  This conduct enables Rapidshare to compete directly and

28  unfairly with Perfect 10 by, among other things, offering for free millions of

1  valuable photographs and likenesses, and thousands of songs, and full length

2  movies, as well as computer software, that are not lawfully available to Perfect

3  10 or other competitors acting lawfully.

4      63.   Rapidshare further engages in unfair competition by commercially

5  exploiting, through its affiliate programs, Perfect 10 and third-party rights.

6      64.   In connection with its affiliate program, Rapidshare directs and/or

7  permits Rapidshare download links offering tens of thousands of Perfect 10

8  copyrighted images, as well as Perfect 10 videos, to be juxtaposed on

9  Rapidshare affiliated websites, next to photographs and likenesses of Perfect 10

10  models and other models or celebrities.

11      65.   Rapidshare is infringing and diluting Perfect 10's and other parties'

12  trademarks, as alleged herein.

13      66.   Rapidshare's acts and practices alleged herein constitute unfair,

14  unlawful, and fraudulent business acts and practices within the meaning of

15  California Bus. & Prof. Code §§ 17200, et. seq.

16      67.   Rapidshare engaged in unfair business acts and practices in that the

17  harm caused by its conduct outweighs any utility of such conduct and such

18  conduct offends public policy, is immoral, unscrupulous, unethical, deceitful and

19  offensive, and cause substantial injury to Perfect 10.

20      68.   All of the above is causing direct injury to Perfect 10's business.

21  Perfect 10 has suffered injury in fact and has lost money and property as a result

22  of such unfair competition.

23      69.   Perfect 10 seeks an injunction prohibiting Rapidshare from further

24  engaging in such unfair business acts and practices and for an order of restitution

25  and/or disgorgement.

26

27

28

## SIXTH CLAIM FOR RELIEF

### (Violation of Rights of Publicity –

### Cal. Civ. Code § 3344 and Common-law Right of Publicity)

### Against All Defendants

70.     Perfect 10 re-avers and incorporates herein by reference each and every averment of paragraphs 1 through 13, 15 through 21, and 37 through 69 above as though fully set forth herein.

71.     Perfect 10 is the owner of the Perfect 10 Rights of Publicity, as the assignee of publicity rights, including in the names, photographs, and likenesses, of certain Perfect 10 models ("the Perfect 10 Rights of Publicity"). Largely as a result of the efforts and expenditures of Perfect 10, the names, photographs, and likenesses of these Perfect 10 models have received widespread recognition, particularly among the consumers and potential consumers of adult entertainment products.

72.     Rapidshare has infringed the Perfect 10 Rights of Publicity in at least three ways, by selling Perfect 10 images for which Perfect 10 has been assigned rights of publicity, by selling non-Perfect 10 copyrighted images for which Perfect 10 has been assigned rights of publicity, and by partnering with affiliate sites that violate Perfect 10 rights of publicity. Rapidshare has knowingly used the Perfect 10 Rights of Publicity, without the prior consent of Perfect 10 or any authorized party.

73.     By reason of Rapidshare's acts and conduct, Perfect 10 has suffered substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and a dilution of the value of its exclusive rights of publicity, all of which are not yet fully ascertainable. Perfect 10 is entitled to recover (a) its actual damages, (b) profits of the infringer, (c) statutory damages, (d) punitive damages, and (e) attorneys' fees and costs.

74.     Rapidshare's conduct is causing and, unless enjoined and restrained

1   by this Court, will continue to cause Perfect 10 great and irreparable injury that

2   cannot fully be compensated in money.  Perfect 10 has no adequate remedy at

3   law.  Perfect 10 is entitled to injunctive relief prohibiting further infringements

4   of its rights of publicity.

5        75.   Perfect 10 is informed and believes, and on that basis avers, that the

6   aforementioned acts of Rapidshare were willful, oppressive, fraudulent, or

7   malicious, and Perfect 10 therefore is entitled to punitive damages.

8        76.   Perfect 10 further is entitled to its attorneys' fees and statutory

9   damages pursuant to California Civil Code § 3344(a) and other laws.

10   ## SEVENTH CLAIM FOR RELIEF

11   ### (Unjust Enrichment)

12   ### Against All Defendants

13        77.   Perfect 10 re-avers and incorporates herein by reference each and

14   every averment of paragraphs 1 through 13, 15 through 21, and 37 through 76

15   above as though fully set forth herein.

16        78.   By engaging in the acts described above, Rapidshare has and

17   continues to benefit from its wrongdoing, and has been unjustly enriched by

18   reaping the benefits of its unlawful activities to the damage and irreparable harm

19   of Perfect 10.

20        79.   The circumstances are such that it would be inequitable for

21   Rapidshare to retain the benefits received from the actions described without

22   repaying the lost value to Perfect 10.

23   ## EIGHTH CLAIM FOR RELIEF

24   ### (Constructive Trust)

25   ### Against All Defendants

26        80. Perfect 10 re-avers and incorporates herein by reference each and

27   every averment of paragraphs 1 through 13, 15 through 21, and 37 through 79

28   above as though fully set forth herein.

81.   Perfect 10 has a right to millions of dollars paid to Rapidshare which Rapidshare gained through fraud and other wrongful acts.

82.   Rapidshare holds such funds as an involuntary trustee for the benefit of Perfect 10.

83.   Pefect 10 requests that the Court impose a constructive trust on said funds for its benefit.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Perfect 10, Inc. prays for judgment against Rapidshare, Christian Schmid, Bobby Chang, and each of the Doe Defendants, jointly and severally, as follows:

1.     That Defendants and their officers, agents, servants, employees, representatives, successors, and assigns, and all persons in active concert or participation with them, be temporarily, preliminarily and permanently enjoined from:

    a.     copying, reproducing, distributing, adapting, or publicly displaying the Perfect 10 Copyrighted Works;

    b.     posting Perfect 10 copyrighted photographs on the internet;

    c.     using, authorizing the use of, copying, reproducing or imitating the Perfect 10 Marks, or any confusingly similar or colorable imitation thereof;

    d.     violating the Perfect 10 Rights of Publicity;

    e.     competing unfairly with Perfect 10 by violating the publicity rights of Perfect 10 and others, and by infringing trademark rights; and

    f.     inducing, causing, materially contributing to, and profiting from the foregoing acts committed by others.

2.     That Defendants be ordered to destroy all photographs, documents, and other items, electronic or otherwise, in its possession, custody, or control,

1 | that infringe the copyrights, trademarks, or rights of publicity of Perfect 10.

2 |     3.    That Defendants be ordered to remove all links between its website
3 | and all Affiliated Infringing Websites.

4 |     4.    For an order of restitution and/or disgorgement in the amount of the
5 | benefit to Defendants by reason of their unlawful conduct, in an amount to be
6 | proven at trial, but not less than $5 million.

7 |     5.    For Perfect 10's actual damages, in an amount to be proven at trial,
8 | but not less than $5 million.

9 |     6.    For a full accounting of all profits, income, receipts, or other
10 | benefits derived by Defendants as a result of its unlawful conduct.

11 |     7.    For statutory damages under the Copyright Act, in an amount to be
12 | proven at trial, but not less than $5 million.

13 |     8.    For treble damages under the Lanham Act, in an amount to be
14 | proven at trial, but not less than $5 million.

15 |     9.    For statutory damages under California Civil Code Section 3344, in
16 | an amount to be proven at trial, but not less than $5 million.

17 |     10.    For the imposition of a constructive trust.

18 |     11.    For punitive damages.

19 |     12.    For attorneys' fees and full costs.

20 |     13.    For such other and further relief as this Court deems just and
21 | appropriate.

Dated: November 18, 2009     KRAUSE KALFAYAN BENINK &
SLAVENS, LLP.

By:_____
Eric J. Benink
Attorneys for Plaintiff

18
COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2       Plaintiff Perfect 10, Inc. hereby demands a jury trial pursuant to Rule

3   38(b) of the Federal Rules of Civil Procedure.

4

5   Dated:  November 18, 2009          KRAUSE KALFAYAN BENINK &
                                        SLAVENS, LLP
6

7                                   By: _____

8                                        Eric J. Benink
                                         Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| TX 4-556-514 | TX-6-543-260 | VA 1-668-088 |
| TX 4-556-511 | TX 6-543-478 | VA 1-667-585 |
| TX 4-556-482 | VA 996-673 | VA 1-668-082 |
| TX 4-556-510 | VA 1-085-670 | VA 1-668-087 |
| TX 4-556-475 | VA 1-177-241 | VA 1-667-609 |
| TX 4-556-541 | VA 1-230-966 | VA 1-667-593 |
| TX 4-812-575 | VA 1-289-550 | VA 1-429-248 |
| TX 4-813-355 | VA 1-289-549 | VA 1-429-257 |
| TX 4-812-793 | VA 1-289-701 | VA 1-428-773 |
| TX 4-813-026 | VA 1-289-809 | VA 1-429-274 |
| TX 4-812-972 | VA 1-308-126 | VA 1-429-275 |
| TX 4-813-344 | VA 1-308-085 | VA 1-429-273 |
| TX 4-813-338 | VA 1-308-128 | VA 1-429-244 |
| TX 4-813-390 | VA 1-337-645 | VA 1-429-255 |
| TX 5-172-229 | VA 1-313-176 | VA 1-429-277 |
| TX 5-201-630 | VA 1-351-877 | VA 1-429-243 |
| TX 5-217-598 | VA 1-359-323 | VA 1-429-246 |
| TX 5-328-427 | VA 1-377-136 | VA 1-428-774 |
| TX 5-328-528 | VA 1-377-240 | VA 1-429-256 |
| TX 5-328-636 | VA 1-394-707 | VA 1-429-223 |
| TX 5-488-941 | VA 1-401-366 | VA 1-429-276 |
| TX 5-488-942 | VA 1-410-598 | VA 1-429-245 |
| TX 5-451-806 | VA 1-407-570 | VA 1-429-261 |
| TX 5-452-020 | VA 1-422-627 | VA 1-429-453 |
| TX 5-452-132 | PA 776-173 | VA 1-429-260 |
| TX 5-452-254 | PA 955-019 | VA 1-429-456 |
| TX 5-452-489 | VA 987-612 | VA 1-429-455 |
| TX 5-802-012 | VA 1-026-167 | VA 1-429-454 |
| TX 5-802-272 | PA 1-205-443 | VA 1-428-771 |
| TX 5-802-273 | PA 1-198-697 | VA 1-429-224 |
| TX 5-910-170 | VA 1-667-605 | VA 1-429-225 |
| TX 5-910-171 | VA 1-667-615 | VA 1-428-768 |
| TX 6-058-397 | VA 1-668-086 | VA 1-429-175 |
| TX 5-910-331 | VA 1-668-235 | VA 1-428-772 |
| TX 6-114-746 | VA 1-668-090 | VA 1-428-769 |
| TX 6-114-841 | VA 1-668-085 | VA 1-429-172 |
| TX 6-115-010 | VA 1-668-084 | VA 1-429-171 |
| TX 6-346-157 | VA 1-667-612 | VA 1-428-770 |
| TX 6-346-128 | VA 1-667-601 | VA 1-429-458 |
| TX 6-203-680 | VA 1-667-595 | VA 1-428-759 |
| TX 6-203-677 | VA 1-668-083 | VA 1-429-457 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-184 | VA 1-391-552 | VA 1-410-400 |
| VA 1-429-185 | VA 1-396-363 | VA 1-410-401 |
| VA 1-429-461 | VA 1-396-364 | VA 1-410-402 |
| VA 1-428-761 | VA 1-396-365 | VA 1-410-403 |
| VA 1-429-183 | VA 1-396-366 | VA 1-410-404 |
| VA 1-428-760 | VA 1-396-367 | VA 1-410-405 |
| VA 1-429-182 | VA 1-396-368 | VA 1-410-406 |
| VA 1-429-186 | VA 1-396-369 | VA 1-410-407 |
| VA 1-428-758 | VA 1-396-370 | VA 1-410-408 |
| VA 1-429-460 | VA 1-396-371 | VA 1-410-409 |
| VA 1-429-459 | VA 1-396-372 | VA 1-410-410 |
| VA 1-428-507 | VA 1-396-373 | VA 1-410-411 |
| VA 1-428-506 | VA 1-396-374 | VA 1-410-596 |
| VA 1-428-509 | VA 1-396-375 | VA 1-410-597 |
| VA 1-428-508 | VA 1-396-376 | VAu 735-094 |
| VA 1-428-510 | VA 1-396-377 | VAu 735-095 |
| VA 1-426-142 | VA 1-396-378 | VAu 735-096 |
| VA 1-426-288 | VA 1-396-379 | VAu 735-097 |
| VA 1-426-290 | VA 1-396-380 | VAu 735-098 |
| VA 1-426-149 | VA 1-396-381 | VAu 735-099 |
| VA 1-426-292 | VA 1-396-382 | VA 1-356-952 |
| VA 1-426-291 | VA 1-396-383 | VA 1-356-951 |
| VA 1-426-294 | VA 1-396-384 | VA 1-347-289 |
| VA 1-426-147 | VA 1-396-385 | VA 1-337-664 |
| VA 1-426-144 | VA 1-396-386 | VA 1-337-644 |
| VA 1-426-148 | VA 1-396-387 | VAu 671-253 |
| VA 1-426-146 | VA 1-396-388 | VA 1-313-231 |
| VA 1-426-145 | VA 1-396-389 | VA 1-340-262 |
| VA 1-426-289 | VA 1-396-390 | VAu 702-953 |
| VA 1-426-150 | VA 1-396-391 | VA 1-377-135 |
| VA 1-426-151 | VA 1-396-392 | VA 1-425-191 |
| VA 1-426-293 | VA 1-396-393 | VA 1-369-768 |
| VA 1-426-141 | VA 1-396-394 | VA 1-386-685 |
| VA 1-426-143 | VA 1-396-395 | VA 1-424-074 |
| VA 1-391-545 | VA 1-396-396 | VA 1-397-049 |
| VA 1-391-546 | VA 1-396-397 | VA 1-397-064 |
| VA 1-391-547 | VA 1-401-160 | VA 1-397-061 |
| VA 1-391-548 | VA 1-401-161 | VA 1-397-057 |
| VA 1-391-549 | VA 1-401-363 | VA 1-397-060 |
| VA 1-391-550 | VA 1-401-364 | VA 1-397-051 |
| VA 1-391-551 | VA 1-401-365 | VA 1-397-067 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-397-054 | VA 1-629-382 | VA 1-429-169 |
| VA 1-397-063 | VA 1-629-378 | VA 1-429-219 |
| VA 1-397-053 | VA 1-629-369 | VA 1-429-163 |
| VA 1-397-052 | VA 1-629-373 | VA 1-429-444 |
| VA 1-397-062 | VA 1-628-769 | VA 1-429-168 |
| VA 1-397-056 | VA 1-628-767 | VA 1-429-167 |
| VA 1-397-055 | VA 1-628-766 | VA 1-429-177 |
| VA 1-397-071 | VA 1-628-773 | VA 1-429-733 |
| VA 1-397-050 | VA 1-429-272 | VA 1-429-736 |
| VA 1-397-070 | VA 1-429-448 | VA 1-428-561 |
| VA 1-397-059 | VA 1-429-447 | VA 1-428-554 |
| VA 1-397-058 | VA 1-429-280 | VA 1-428-513 |
| VA 1-631-257 | VA 1-429-265 | VA 1-428-549 |
| VA 1-631-247 | VA 1-429-268 | VA 1-428-548 |
| VA 1-631-228 | VA 1-429-446 | VA 1-428-552 |
| VA 1-631-253 | VA 1-429-266 | VA 1-428-516 |
| VA 1-631-232 | VA 1-429-445 | VA 1-428-511 |
| VA 1-631-261 | VA 1-429-267 | VA 1-428-512 |
| VA 1-631-244 | VA 1-429-282 | VA 1-428-524 |
| VA 1-631-235 | VA 1-429-279 | VA 1-428-523 |
| VA 1-631-242 | VA 1-429-449 | VA 1-428-527 |
| VA 1-631-229 | VA 1-429-164 | VA 1-428-567 |
| VA 1-631-255 | VA 1-429-209 | VA 1-428-562 |
| VA 1-631-250 | VA 1-429-206 | VA 1-428-563 |
| VA 1-667-297 | VA 1-429-207 | VA 1-428-555 |
| VA 1-641-522 | VA 1-429-165 | VA 1-428-557 |
| VA 1-641-518 | VA 1-429-218 | VA 1-428-564 |
| VA 1-630-387 | VA 1-429-210 | VA 1-428-558 |
| VA 1-630-389 | VA 1-429-204 | VA 1-428-559 |
| VA 1-651-767 | VA 1-429-160 | VA 1-428-526 |
| VA 1-630-331 | VA 1-429-462 | VA 1-428-525 |
| VA 1-630-329 | VA 1-429-161 | VA 1-428-515 |
| VA 1-630-374 | VA 1-429-221 | VA 1-428-546 |
| VA 1-629-765 | VA 1-429-194 | VA 1-428-543 |
| VA 1-630-377 | VA 1-429-176 | VA 1-428-547 |
| VA 1-630-365 | VA 1-429-220 | VA 1-428-514 |
| VA 1-630-384 | VA 1-429-208 | VA 1-428-522 |
| VA 1-630-334 | VA 1-429-162 | VA 1-428-517 |
| VA 1-641-527 | VA 1-429-166 | VA 1-428-521 |
| VA 1-630-341 | VA 1-429-211 | VA 1-428-520 |
| VA 1-630-363 | VA 1-429-222 | VA 1-428-518 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-735 | VA 1-428-565 | VA 1-429-238 |
| VA 1-429-683 | VA 1-428-551 | VA 1-429-271 |
| VA 1-429-662 | VA 1-428-566 | VA 1-429-862 |
| VA 1-429-732 | VA 1-428-544 | VA 1-429-180 |
| VA 1-429-730 | VA 1-428-550 | VA 1-429-855 |
| VA 1-429-663 | VA 1-428-556 | VA 1-429-232 |
| VA 1-429-708 | VA 1-428-528 | VA 1-429-858 |
| VA 1-428-519 | VA 1-429-731 | VA 1-429-234 |
| VA 1-429-664 | VA 1-429-727 | VA 1-429-859 |
| VA 1-428-560 | VA 1-429-617 | VA 1-429-247 |
| VA 1-428-734 | VA 1-429-170 | VA 1-428-756 |
| VA 1-428-740 | VA 1-429-201 | VA 1-429-249 |
| VA 1-429-741 | VA 1-429-202 | VA 1-428-757 |
| VA 1-429-019 | VA 1-429-203 | VA 1-428-755 |
| VA 1-428-733 | VA 1-429-684 | VA 1-429-251 |
| VA 1-428-731 | VA 1-429-682 | VA 1-429-237 |
| VA 1-429-016 | VA 1-429-685 | VA 1-429-235 |
| VA 1-429-017 | VA 1-429-677 | VA 1-428-540 |
| VA 1-429-018 | VA 1-429-850 | VA 1-625-653 |
| VA 1-429-737 | VA 1-429-849 | VA 1-428-539 |
| VA 1-429-738 | VA 1-428-744 | VA 1-428-536 |
| VA 1-429-254 | VA 1-429-852 | VA 1-428-533 |
| VA 1-428-730 | VA 1-428-743 | VA 1-428-530 |
| VA 1-429-740 | VA 1-428-742 | VA 1-428-541 |
| VA 1-429-739 | VA 1-429-860 | VA 1-428-538 |
| VA 1-428-732 | VA 1-428-745 | VA 1-428-535 |
| VA 1-429-868 | VA 1-429-853 | VA 1-428-531 |
| VA 1-429-857 | VA 1-429-851 | VA 1-428-537 |
| VA 1-429-863 | VA 1-428-765 | VA 1-428-534 |
| VA 1-429-865 | VA 1-429-250 | VA 1-428-542 |
| VA 1-429-866 | VA 1-428-763 | VA 1-428-529 |
| VA 1-429-864 | VA 1-428-775 | VA 1-428-532 |
| VA 1-429-867 | VA 1-429-178 | VA 1-428-596 |
| VA 1-646-315 | VA 1-428-766 | VA 1-429-721 |
| VA 1-646-305 | VA 1-429-179 | VA 1-429-693 |
| VA 1-646-312 | VA 1-429-856 | VA 1-429-692 |
| VA 1-646-300 | VA 1-429-181 | VA 1-429-720 |
| VA 1-646-269 | VA 1-429-269 | VA 1-429-719 |
| VA 1-646-273 | VA 1-428-764 | VA 1-429-723 |
| VA 1-428-545 | VA 1-428-767 | VA 1-429-722 |
| VA 1-428-553 | VA 1-429-270 | VA 1-429-694 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-728 | VA 1-429-464 | VA 1-430-299 |
| VA 1-429-691 | VA 1-429-474 | VA 1-430-291 |
| VA 1-429-712 | VA 1-429-468 | VA 1-430-293 |
| VA 1-429-714 | VA 1-429-477 | VA 1-430-294 |
| VA 1-429-717 | VA 1-429-467 | VA 1-430-295 |
| VA 1-429-718 | VA 1-429-442 | VA 1-430-297 |
| VA 1-429-695 | VA 1-429-466 | VA 1-430-296 |
| VA 1-429-713 | VA 1-429-443 | VA 1-201-268 |
| VA 1-429-715 | VA 1-429-465 | VA 1-201-269 |
| VA 1-429-696 | VA 1-429-469 | VA 1-201-270 |
| VA 1-429-697 | VA 1-429-441 | VA 1-202-770 |
| VA 1-429-716 | VA 1-429-476 | VA 1-202-771 |
| VA 1-429-190 | VA 1-429-475 | VA 1-289-553 |
| VA 1-429-191 | VA 1-429-473 | VA 1-289-554 |
| VA 1-429-192 | VA 1-430-323 | VA 1-289-555 |
| VA 1-429-213 | VA 1-430-311 | VA 1-289-556 |
| VA 1-429-239 | VA 1-430-312 | VA 1-289-557 |
| VA 1-429-240 | VA 1-430-315 | VA 1-289-558 |
| VA 1-429-241 | VA 1-430-310 | VA 1-289-559 |
| VA 1-429-242 | VA 1-430-309 | VA 1-289-560 |
| VA 1-429-229 | VA 1-430-307 | VA 1-289-561 |
| VA 1-429-954 | VA 1-430-306 | VA 1-289-562 |
| VA 1-429-212 | VA 1-430-305 | VA 1-289-563 |
| VA 1-429-215 | VA 1-430-320 | VA 1-289-564 |
| VA 1-429-216 | VA 1-430-321 | VA 1-289-565 |
| VA 1-429-283 | VA 1-430-322 | VA 1-289-566 |
| VA 1-429-231 | VA 1-430-300 | VA 1-289-567 |
| VA 1-428-754 | VA 1-430-319 | VA 1-289-568 |
| VA 1-428-753 | VA 1-430-301 | VA 1-289-569 |
| VA 1-429-924 | VA 1-430-308 | VA 1-289-570 |
| VA 1-429-195 | VA 1-430-317 | VA 1-289-571 |
| VA 1-429-230 | VA 1-430-314 | VA 1-289-572 |
| VA 1-429-472 | VA 1-430-316 | VA 1-289-573 |
| VA 1-429-214 | VA 1-430-313 | VA 1-289-574 |
| VA 1-429-952 | VA 1-430-318 | VA 1-289-575 |
| VA 1-428-752 | VA 1-430-302 | VA 1-289-576 |
| VA 1-429-953 | VA 1-430-487 | VA 1-289-577 |
| VA 1-429-955 | VA 1-430-303 | VA 1-289-578 |
| VA 1-429-956 | VA 1-430-304 | VA 1-289-579 |
| VA 1-429-470 | VA 1-430-298 | VA 1-289-580 |
| VA 1-429-471 | VA 1-430-292 | VA 1-289-581 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-289-582 | VA 1-377-517 | VA 1-669-421 |
| VA 1-289-583 | VA 1-377-518 | VA 1-669-444 |
| VA 1-289-584 | VA 1-377-519 | VA 1-669-441 |
| VA 1-289-585 | VA 1-377-520 | VA 1-668-099 |
| VA 1-289-586 | VA 1-377-521 | VA 1-668-232 |
| VA 1-289-587 | VA 1-377-522 | VA 1-668-236 |
| VA 1-289-588 | VA 1-391-557 | VA 1-289-551 |
| VA 1-289-589 | VA 1-391-558 | VA 1-289-552 |
| VA 1-307-980 | VA 1-392-864 | VA 1-231-092 |
| VA 1-307-981 | VA 1-424-033 | VA 1-231-093 |
| VA 1-307-982 | VA 1-424-077 | VA 1-397-502 |
| VA 1-307-983 | VAu 735-091 | VA 1-208-244 |
| VA 1-307-984 | VAu 735-092 | VA 1-208-275 |
| VA 1-307-985 | VAu 735-093 | VA 1-208-295 |
| VA 1-307-986 | VA 1-429-681 | VA 1-221-373 |
| VA 1-307-987 | VA 1-429-701 | VA 1-230-967 |
| VA 1-307-988 | VA 1-429-680 | VA 1-254-823 |
| VA 1-308-081 | VA 1-429-670 | VA 1-289-666 |
| VA 1-308-127 | VA 1-429-700 | VA 1-289-704 |
| VA 1-308-134 | VA 1-429-667 | VA 1-289-705 |
| VA 1-308-135 | VA 1-429-666 | VA 1-301-850 |
| VA 1-308-138 | VA 1-429-703 | VA 1-301-851 |
| VA 1-321-524 | VA 1-429-702 | VA 1-301-852 |
| VA 1-321-525 | VA 1-428-729 | VA 1-391-325 |
| VA 1-321-526 | VA 1-429-668 | VA 1-391-326 |
| VA 1-321-527 | VA 1-429-525 | VA 1-392-589 |
| VA 1-345-740 | VA 1-429-669 | VA 1-392-590 |
| VA 1-345-741 | VA 1-668-096 | VA 1-397-075 |
| VA 1-345-742 | VA 1-668-230 | VA 1-397-076 |
| VA 1-345-743 | VA 1-668-237 | VA 1-397-077 |
| VA 1-345-744 | VA 1-668-094 | VA 1-401-162 |
| VA 1-345-745 | VA 1-668-101 | VA 1-289-661 |
| VA 1-345-746 | VA 1-669-420 | VA 1-289-662 |
| VA 1-345-747 | VA 1-668-093 | VA 1-289-663 |
| VA 1-345-748 | VA 1-668-107 | VA 1-289-664 |
| VA 1-377-246 | VA 1-668-245 | VA 1-428-736 |
| VA 1-377-247 | VA 1-668-103 | VA 1-429-258 |
| VA 1-377-248 | VA 1-668-109 | VA 1-428-741 |
| VA 1-377-249 | VA 1-668-105 | VA 1-429-253 |
| VA 1-377-509 | VA 1-668-097 | VA 1-429-259 |
| VA 1-377-516 | VA 1-668-231 | VA 1-429-173 |

# PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-174 | VA 1-645-643 | VA 1-430-578 |
| VA 1-429-252 | VA 1-645-681 | VA 1-429-009 |
| VA 1-429-734 | VA 1-645-667 | VA 1-430-581 |
| VA 1-429-661 | VA 1-645-712 | VA 1-289-667 |
| VA 1-429-660 | VA 1-645-714 | VA 1-429-200 |
| VA 1-429-659 | VA 1-645-711 | VA 1-430-579 |
| VA 1-429-698 | VA 1-645-720 | VA 1-429-707 |
| VA 1-429-690 | VA 1-645-655 | VA 1-428-762 |
| VA 1-429-689 | VA 1-646-246 | VA 1-429-022 |
| VA 1-429-688 | VA 1-646-239 | VA 1-429-029 |
| VA 1-429-673 | VA 1-646-232 | VA 1-429-028 |
| VA 1-429-672 | VA 1-646-216 | VA 1-430-583 |
| VA 1-429-657 | VA 1-646-211 | VA 1-429-012 |
| VA 1-429-699 | VA 1-646-247 | VA 1-428-738 |
| VA 1-429-676 | VA 1-646-257 | VA 1-428-739 |
| VA 1-429-658 | VA 1-646-259 | VA 1-429-011 |
| VA 1-429-671 | VA 1-646-201 | VA 1-429-021 |
| VA 1-429-678 | VA 1-646-223 | VA 1-429-023 |
| VA 1-429-675 | VA 1-429-854 | VA 1-429-026 |
| VA 1-429-674 | VA 1-429-205 | VA 1-429-025 |
| VA 1-429-679 | VA 1-429-861 | VA 1-429-027 |
| VA 1-429-686 | VA 1-429-262 | VA 1-429-199 |
| VA 1-429-687 | VA 1-428-746 | VA 1-429-008 |
| VA 1-321-521 | VA 1-429-217 | VA 1-428-737 |
| VA 1-321-523 | VA 1-429-618 | VA 1-429-197 |
| VA 1-308-137 | VA 1-430-010 | VA 1-429-196 |
| VA 1-321-522 | VA 1-429-228 | VA 1-429-198 |
| VA 1-308-136 | VA 1-429-227 | VA 1-430-580 |
| VA 1-308-089 | VA 1-429-619 | VA 1-429-024 |
| VA 1-308-090 | VA 1-430-013 | VA 1-429-020 |
| VA 1-308-082 | VA 1-430-012 | VA 1-664-342 |
| VA 1-308-083 | VA 1-430-011 | VA 1-664-344 |
| VA 1-308-084 | VA 1-430-008 | VA 1-664-331 |
| VA 1-429-704 | VA 1-429-620 | VA 1-664-328 |
| VA 1-429-705 | VA 1-429-622 | VA 1-664-338 |
| VA 1-429-706 | VA 1-429-621 | VA 1-664-335 |
| VA 1-407-581 | VA 1-429-236 | VAu 323-589 |
| VA 1-646-292 | VA 1-428-751 | VAu 353-439 |
| VA 1-646-281 | VA 1-429-226 | VAu 353-448 |
| VA 1-645-715 | VA 1-429-263 | VAu 353-469 |
| VA 1-645-629 | VA 1-429-010 | VAu 353-504 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | |
|---|---|
| VAu 353-511 | VAu 514-094 |
| VAu 514-094 | VAu 323-589 |
| VAu 514-122 | VAu 353-439 |
| VAu 537-932 | VAu 353-448 |
| VAu 537-946 | VAu 353-469 |
| VAu 537-983 | VAu 353-504 |
| VAu 538-018 | VAu 353-511 |
| VAu 586-191 | VAu 514-122 |
| VAu 590-160 | VAu 514-176 |
| VAu 590-169 | VAu 517-389 , |
| VAu 590-327 | VAu 517-394 |
| VAu 590-420 | VAu 517-395 |
| VAu 628-821 | VAu 537-932 |
| VAu 628-822 | VAu 537-946 |
| VAu 653-235 | VAu 537-983 |
| VAu 653-253 | VAu 538-018 |
| VAu 686-179 | VAu 586-191 |
| VAu 686-736 | VAu 590-160 |
| VAu 686-737 | VAu 590-169 |
| VAu 702-997 | VAu 590-327 |
| VAu 756-442 | VAu 590-420 |
| VAu 687-568 | VAu 628-821 |
| VAu 687-569 | VAu 628-822 |
| VAu 687-570 | VAu 653-235 |
| VAu740-679 | VAu 653-253 |
| VAu-517-394 | VAu 686-179 |
| VAu-517-389 | VAu 686-736 |
| VAu 517-395 | VAu 686-737 |
| VAu 514-176 | VAu 687-568 |
| VAu740-680 | VAu 687-569 |
| VAu 740-678 | VAu 687-570 |
| | VAu 702-997 |
| | VAu 740-678 |
| | VAu 740-679 |
| | VAu 740-680 |
| | VAu 756-442 |

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| PERFECT 10, INC. | RAPIDSHARE AG., a corporation; CHRISTIAN SCHMID; BOBBY CHANG |

| (b) County of Residence of First Listed Plaintiff  Los Angeles | County of Residence of First Listed Defendant |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| (c) Attorney's (Firm Name, Address, and Telephone Number)    See Attachment | Attorneys (If Known)    '09 CV 2596 H WMc |
|---|---|

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **PERSONAL INJURY** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 362 Personal Injury - Med. Malpractice | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage | | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | **IMMIGRATION** | | |
| ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 462 Naturalization Application | | |
| ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 463 Habeas Corpus - Alien Detainee | | |
| ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | ☐ 465 Other Immigration Actions | | |
| ☐ 444 Welfare | ☐ 530 General | | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | | | |
| ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. § 101, et seq.

Brief description of cause:
Copyright Infringement.

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $5,000,000.00 | CHECK YES only if demanded in complaint:   JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|---|

DATE
November 18, 2009

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 7410   AMOUNT $350—   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

TB 11/8/07

1

## Attachment

2

3   Eric J. Benink, Esq.                                    Attorney for Plaintiff,
    KRAUSE, KALFAYAN,                                          Perfect 10, Inc.
4   BENINK & SLAVENS, LLP
    625 Broadway, Suite 635
5   San Diego, CA 92101
    Telephone:  (619) 232-0331
6

7   Jeffrey N. Mausner, Esq.                                 Attorney for Plaintiff,
    LAW OFFICES OF JEFFREY N. MAUSNER                           Perfect 10, Inc.
8   21800 Oxnard Street, Suite 910
    Woodland Hills, CA 91367
9   Telephone:  (310) 617-8100

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS007410
Cashier ID: mbain
Transaction Date: 11/18/2009
Payer Name: PERFECT 10 V RAPIDSHARE
----------------------------------
CIVIL FILING FEE
 For: PERFECT 10 V RAPIDSHARE
 Case/Party: D-CAS-3-09-CV-002596-001
 Amount:         $350.00
----------------------------------
CHECK
 Check/Money Order Num: 3538
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```