Eric J. Benink, Esq., SBN 187434
Krause Kalfayan Benink & Slavens, LLP
625 Broadway, Suite 635
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Jeffrey N. Mausner, Esq., SBN 122385
Law Offices of Jeffrey N. Mausner
21800 Oxnard St., Suite 910
Woodland Hills, CA 91367
(310) 617-8100 (ph)
(818) 716-2773 (fax)
jeff@mausnerlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation,

    Plaintiff,

v.

RAPIDSHARE AG., a corporation; CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,

    Defendants.

CASE NO. '09 CV 2596 H WMc

**PLAINTIFF PERFECT 10, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

///

///

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local
2  Civil Rule 40.2, Plaintiff Perfect 10, Inc. a California corporation, states that it
3  has no parent corporation and that there is no publicly-held corporation that
4  owns 10% or more of its stock.

6  Dated:  November 18, 2009            KRAUSE KALFAYAN BENINK &
                                        SLAVENS, LLP

8                                       By: _____
9                                           Eric J. Benink
                                            Attorney for Plaintiff