GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:  ballon@gtlaw.com, mantellw@gtlaw.com,
changl@gtlaw.com

Attorneys for defendants
Rapidshare AG, Christian Schmid, and Bobby Chang

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAPIDSHARE A.G., a corporation, CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 09 CV 2596 H (WMC)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>[Filed concurrently with Memorandum; Declarations of L. Pfaff, D. Raimer, B. Hess, and L. Chang]<br><br>DATE:      May 10, 2010<br>TIME:       10:30 a.m.<br>CTRM:      13<br>JUDGE:    Hon. Marilyn L. Huff<br><br>DATE FILED:   November 18, 2009<br>TRIAL DATE:   None Set |

**TO ALL PARTIES:**

PLEASE TAKE NOTICE that on May 10, 2010, at 10:30 a.m., in courtroom 13 of the above-captioned court, located at 940 Front Street, San Diego, California, defendants RapidShare AG, Christian Schmid, and Bobby Chang, will and hereby collectively move pursuant to Federal Rule of Civil Procedure 12(b)(2) for an order dismissing the claims asserted against them on the ground that the Court lacks personal jurisdiction over the defendants.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Lutz Pfaff, Burkhard Hess, Lori Chang, and Daniel Raimer (which further attaches as exhibits the Declarations of Christian Schmid and Bobby Chang), and all Exhibits thereto submitted concurrently with this Motion and Memorandum, the pleadings on file in this matter, and any arguments made at the hearing on this Motion.

DATED: March 23, 2010                    GREENBERG TRAURIG, LLP


By: /s// Wendy M. Mantell
    Wendy M. Mantell
    Attorneys for defendants RapidShare AG,
    Christian Schmid, and Bobby Chang