GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:  ballon@gtlaw.com, mantellw@gtlaw.com,
changl@gtlaw.com

Attorneys for Defendants,
Rapidshare AG, Christian Schmid, and Bobby Chang

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAPIDSHARE A.G., a corporation, CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 09 CV 2596 H (WMC)<br><br>**DECLARATION OF LORI CHANG**<br><br>[Filed concurrently with Notice of Motions and Motions to Dismiss; Memoranda in support of same; Declarations of L. Pfaff, D. Raimer, and B. Hess]<br><br>DATE:  May 10, 2010<br>TIME:  10:30 a.m.<br>CTRM:  13<br>JUDGE:  Hon. Marilyn L. Huff<br><br>DATE FILED:  November 18, 2009<br>TRIAL DATE:  None Set |

I, Lori Chang, declare:

1.     I am an attorney duly licensed to practice law by the State of California and before this Court, and am an associate in the law firm of Greenberg Traurig, LLP, counsel of record for the defendants RapidShare AG, Christian Schmid, and Bobby Chang, in this action. I have personal knowledge of the following facts, except to the extent that they are alleged upon information and belief, and would competently testify thereto if called as a witness.

2.     Using the search functions available at the tripadvisor.com website, I performed a search for nonstop flights between Zurich, Switzerland, and San Diego, California. I searched multiple airlines and chose dates at random in the months of April, May, June, August, and November of 2010, and performed a total of 10 searches (two per month). None of the 10 searches were able to locate a nonstop flight between the Zurich airport and San Diego International airport. I also contacted a travel agent and asked that she search to see whether there were any nonstop flights between Zurich and San Diego. She informed me that there were no airlines offering nonstop flights between these two cities at any time in the month of March (she also informed that her search would only allow her to view flights within the current month). Based on my own searches on tripadvisor.com, I determined that the total amount of flight time would run anywhere from 15 hours to more than 23 hours. I am also informed and believe that without encountering any travel delays, it would take approximately 24 hours or more to travel from RapidShare's office in Cham, Switzerland, to San Diego, taking into account travel time to and from the airports in both Switzerland and the United States and the requirement that passengers arrive 2 hours early for international flights.

3.     Attached as Exhibit A is a true and correct copy of the Order Consolidating Cases, Staying *Google* And *Amazon* And Directing Case Management For *Microsoft*, issued in the United States District Court, Central District of California, in Case No. 2:07-cv-05156-AHM-SH, on December 22, 2008.

4. Attached as Exhibit B is a true and correct copy of the Berne Convention for the Protection of Literary and Artistic Works.

5. Attached as Exhibit C is a true and correct copy of the Paris Convention for the Protection of Industrial Property.

6. Attached as Exhibit D is a true and correct copy of the Agreement on Trade-Related Aspects Of Intellectual Property Rights ("TRIPS Agreement"), which is Annex 1C of the Marrakesh Agreement Establishing the World Trade Organization, signed in Marrakesh, Morocco on April 15, 1994.

7. Attached as Exhibit E is a true and correct copy of a printout of Chapter 17.01 of 4 Melville B. Nimmer and David Nimmer, *Nimmer on Copyright* (Matthew Bender, Rev. Ed. 2009).

8. Attached as Exhibit F is a true and correct copy of a printout of Chapter 17.05 of 4 Melville B. Nimmer and David Nimmer, *Nimmer on Copyright* (Matthew Bender, Rev. Ed. 2009).

9. Attached as Exhibit G is a true and correct copy of a printout of Dr. Adolf Dietz, *Germany* § 2, in International Copyright Law And Practice (Paul Edward Geller ed., Lexis Nexis 2009).

10. Attached as Exhibit H is a true and correct copy of a printout of Dr. Adolf Dietz, *Germany* § 6, in International Copyright Law And Practice (Paul Edward Geller ed., Lexis Nexis 2009).

11. Attached as Exhibit I is a true and correct copy of a printout of Dr. Adolf Dietz, *Germany* § 8, in International Copyright Law And Practice (Paul Edward Geller ed., Lexis Nexis 2009).

12. Attached as Exhibit J is a true and correct copy of a printout of Francois Dessemontet, *Switzerland* § 2, in International Copyright Law And Practice (Paul Edward Geller ed., Lexis Nexis 2009)

13.    Attached as Exhibit K is a true and correct copy of a printout of Francois Dessemontet, *Switzerland* § 6, in International Copyright Law And Practice (Paul Edward Geller ed., Lexis Nexis 2009)

14.    Attached as Exhibit L is a true and correct copy of a printout of Francois Dessemontet, *Switzerland* § 8, in International Copyright Law And Practice (Paul Edward Geller ed., Lexis Nexis 2009)

15.    Attached as Exhibit M is a true and correct copy of a printout of a printout of the webpage located at http://www.osec.doc.gov/ogc/occic/refmj.htm.

16.    Attached as Exhibit N is a true and correct copy of a printout of a webpage from the California Secretary of State website, showing that Perfect 10, Inc. is located in Beverly Hills, CA.

17.    Attached as Exhibit O is a true and correct copy of an article printed from the website www.xbiz.com.

18.    Attached as Exhibit P is a true and correct copy of a webpage from the website located at www.hegre-art.com, which is a website that purports to be the official site dedicated to displaying the works of photographer Petter Hegre.  This webpage states that Petter Hegre "is today primarily based in the south of Portugal or in his studio in Paris."  Attached as Exhibit Q is a true and correct copy of a webpage from the website located at www.hegre-art.com, which provides background information for a Hungarian model that was photographed by Petter Hegre and featured in Perfect 10's publication.

19.    Upon information and belief, the majority of Perfect 10's models are located in eastern Europe, primarily in the former Soviet Union.  Attached as Exhibit R is a true and correct copy of a printout of a webpage from the website www.statemaster.com, stating that "[t]he majority of *Perfect 10*'s models hail from Eastern Europe -- particularly former Soviet Union states . . . ."

20.    Upon further information and belief, many, if not most, of Perfect 10's photos were created by the photographer Petter Hegre.  Attached as Exhibit S is a pleading filed by Perfect 10 in the matter of *Perfect 10, Inc. v. Amazon.com, Inc. et al.*,

titled "Perfect 10's Response To December 2, 2008 Order," in which Perfect 10 states, on page 5, that "potentially hundreds of images [were] acquired [by Perfect 10] from [Petter] Hegre. . . ."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2010, in Santa Monica, California.

_____
LORI CHANG

# **TABLE OF EXHIBITS**

1. Exhibit A:  Consolidation Order

2. Exhibit B:  Berne Convention

3. Exhibit C:  Paris Convention

4. Exhibit D:  TRIPS Agreement

5. Exhibit E:  Nimmer on Copyright §17.01

6. Exhibit F:  Nimmer on Copyright §17.05

7. Exhibit G:  Dr. Adolf Dietz, *Germany* §2 in International Copyright Law and Practice (Paul Edward Geller ed., Lexis Nexis 2009)

8. Exhibit H:  Dr. Adolf Dietz, *Germany* §6 in International Copyright Law and Practice (Paul Edward Geller ed., Lexis Nexis 2009)

9. Exhibit I:  Dr. Adolf Dietz, *Germany* §8 in International Copyright Law and Practice (Paul Edward Geller ed., Lexis Nexis 2009)

10. Exhibit J:  Francois Dessemontet, *Switzerland* §2 in International Copyright Law and Practice (Paul Edward Geller ed., Lexis Nexis 2009)

11. Exhibit K:  Francois Dessemontet, *Switzerland* §6 in International Copyright Law and Practice (Paul Edward Geller ed., Lexis Nexis 2009)

12. Exhibit L:  Francois Dessemontet, *Switzerland* §8 in International Copyright Law and Practice (Paul Edward Geller ed., Lexis Nexis 2009)

13. Exhibit M:  Office of the Chief Counsel for International Commerce, U.S. Department of Commerce, *Recognition and Enforcement of Foreign Money Judgment* (2002)

14. Exhibit N:  Perfect 10 California Secretary of State Record

15. Exhibit O:  Xbiz.com Web Article

16. Exhibit P:  Herge Art Web Page

TABLE OF EXHIBITS

17. Exhibit Q:   Herge Art Web Page

18. Exhibit R:   Statemaster.com Web Page

19. Exhibit S:   Perfect 10's Response to Order

TABLE OF EXHIBITS