GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com,
changl@gtlaw.com

Attorneys for Defendants,
Rapidshare AG, Christian Schmid, and Bobby Chang

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>RAPIDSHARE A.G., a corporation, CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>       Defendants. | CASE NO. 09 CV 2596 H (WMC)<br><br>**DECLARATION OF DANIEL RAIMER**<br><br>DATE:     May 10, 2010<br>TIME:     10:30 a.m.<br>CTRM:    13<br>JUDGE:   Hon. Marilyn L. Huff<br><br>[Filed concurrently with the Notices of Motion and Motions to Dismiss; Memoranda in support of same; and Declarations of L. Pfaff, B. Hess, and L. Chang]<br><br>DATE FILED:   November 18, 2009<br>TRIAL DATE:  None Set |

I, Daniel Raimer, declare:

1.     I am an attorney admitted to practice in Germany. I received my admission to the "Rechtsanwaltskammer", which is the German equivalent of the bar association, in 2002. I have also obtained an L.L.M degree from the University of San Diego in 2002. I am counsel to the defendants RapidShare AG, Christian Schmid, and Bobby Chang. I have personal knowledge of the following facts.

2.     My native language is German, and I am also fluent in English.

3.     On or around March 16 and 17, 2010, I assisted in the preparation of the declarations of Christian Schmid and Bobby Chang, and finalized English language versions by verbally discussing the contents of the declaration with Mr. Chang and Mr. Schmid in German to confirm that they were entirely comfortable with the text of the declarations. I then transmitted these declarations to Alphatrad International GmbH, a German translation bureau that hires court-certified translators, to translate the documents into German, for Mr. Chang's and Mr. Schmid's review. Attached as Exhibit A are true and correct copies of the court-certified German declaration of Christian Schmid, followed by the same declaration prepared in English, in which the court translator certified that the German version is an exact translation of the English version of Mr. Schmid's declaration. Attached as Exhibit B are true and correct copies of the court-certified German declaration of Bobby Chang, followed by the same declaration prepared in English, in which the court translator certified that the German version is an exact translation of the English version of Mr. Chang's declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2010, in Düsseldorf, Germany.

_____
DANIEL RAIMER

# **TABLE OF EXHIBITS**

1. Exhibit A:        Declaration of Christian Schmid
2. Exhibit B:        Declaration of Bobby Chang

# Exhibit A

*Beglaubigte Übersetzung aus dem Englischen*

1

2 GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
3 WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
4 2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
5 Telefon: (310) 586-7700
Fax: (310) 586-7800
6 Email: ballon@gtlaw.com, mantellw@gtlaw.com

7

8 Anwälte der Beklagten,
RapidShare AG, Christian Schmid und Bobby Chang

9

10                **UNITED STATES DISTRICT COURT**

11                    **[BUNDESBEZIRKSGERICHT]**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13             **[SÜDLICHER BEZIRK VON KALIFORNIEN]**

14

| | |
|---|---|
| 15 PERFECT 10, INC., eine kalifornische Gesellschaft, | FALL NR. 09 CV 2596 H (WMC) |
| 16 | **ERKLÄRUNG VON CHRISTIAN SCHMID** |
| 17 Klägerin, | |
| 18 gegen | DATUM: 10. Mai 2010 |
| 19 RAPIDSHARE A.G., eine | ZEIT: 10:30 Uhr |
| 20 Gesellschaft, CHRISTIAN SCHMID; | CTRM: 13 |
| BOBBY CHANG; und einschließlich | RICHTERIN: Marilyn L. Huff |
| 21 aller nicht namentlich genannten | EINREICHUNGSDATUM: |
| Personen, | VERHANDLUNGSDATUM: |
| 22 | noch nicht festgelegt |
| 23 Beklagte. | |

24

25

26

27

28

---

ERKLÄRUNG VON CHRISTIAN SCHMID

1  Ich, Christian Schmid, erkläre:

2  1.  Ich bin der Verwaltungsratspräsident der RapidShare AG ("RapidShare")
3  und ein Beklagter in diesem Verfahren. Ich habe persönliche Kenntnis von den folgenden
4  Tatsachen.

5  2.  Meine Muttersprache ist Deutsch. Ich spreche etwas Englisch, aber ich
6  würde mein Englisch nicht als fließend bezeichnen.

7  3.  Ich bin deutscher Staatsbürger und lebe in der Schweiz. Ich habe niemals in
8  Kalifornien oder anderswo in den Vereinigten Staaten gelebt. Ich war noch nie in
9  Kalifornien oder anderswo in den Vereinigten Staaten. Ich fliege nicht gern und daher
10  reise ich auch nie in Länder außerhalb Europas.

11  4.  Ich besitze keine Bankkonten oder anderes bewegliches oder unbewegliches
12  Vermögen in Kalifornien oder anderswo in den Vereinigten Staaten.

13  5.  Ich habe auch keine direkten Geschäftsinteressen in Kalifornien oder
14  anderswo in den Vereinigten Staaten. Ich besitze keine Unternehmen, die sich in
15  Kalifornien oder anderswo in den Vereinigten Staaten befinden oder eingetragen sind
16  und ich bin kein Mitglied einer Personengesellschaft, einer Gesellschaft mit beschränkter
17  Haftung oder eines Joint Venture, die in Kalifornien oder den Vereinigten Staaten
18  gegründet wurden. Ich bin auch kein Vorstandsmitglied einer US-amerikanischen
19  Gesellschaft.

20  6.  Ich war zuvor niemals Partei in einem Prozess, der in Kalifornien oder
21  anderswo in den Vereinigten Staaten angestrengt oder abgehalten wurde.

22  7.  Ich habe RapidShare-Anwender oder Dritte niemals bewusst aufgefordert,
23  irgendeine Art von Urheberrechtsverletzung im Hinblick auf Perfect 10-Bilder (oder
24  anderes urheberrechtlich geschütztes Material) zu begehen. Ich habe niemals persönlich
25  Perfect 10-DVDs, -Videos oder andere Medien oder Dateien, die urheberrechtlich
26  geschütztes Material von Perfect 10 beinhalten, kopiert oder vertrieben. Tatsächlich hatte
27  ich bis zu diesem Prozess noch nie etwas von Perfect 10 gehört.

28

1       Im Bewusstsein der Strafbarkeit eines Meineides gemäß den Gesetzen der

2 Vereinigten Staaten von Amerika erkläre ich hiermit, dass die obigen Angaben und

3 Aussagen wahr und richtig sind. Ausgefertigt am ___ März 2010 in Cham, Schweiz.

4                                 CHRISTIAN SCHMID

5

6

7

8 **Beglaubigung**

9 Als vom Präsidenten des Landgerichts Landshut öffentlich bestellte und allgemein beeidigte Übersetzerin für die englische Sprache bestätige ich:

10 Vorstehende Übersetzung der mir im Original / in Kopie vorgelegten, in englischer Sprache abgefassten Urkunde ist richtig und vollständig.

11 Geisenhausen, den 22.03.2010

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ERKLÄRUNG VON CHRISTIAN SCHMID

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com

Attorneys for Defendants,
RapidShare AG, Christian Schmid, and Bobby Chang

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RAPIDSHARE A.G., a corporation, CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 09 CV 2596 H (WMC)<br><br>**DECLARATION OF CHRISTIAN SCHMID**<br><br>DATE:        May 10, 2010<br>TIME:        10:30 a.m.<br>CTRM:       13<br>JUDGE:      Hon. Marilyn L. Huff<br><br>DATE FILED:<br>TRIAL DATE:      None Set |

DECLARATION OF CHRISTIAN SCHMID

1    I, Christian Schmid, declare:

2    1.    I am the Verwaltungsratspraesident of RapidShare AG ("RapidShare") and a
3    defendant in this action. I have personal knowledge of the following facts.

4    2.    My native language is German. I speak some English but do not consider
5    myself to be fluent in the language.

6    3.    I am a citizen of Germany and reside in Switzerland. I have never lived in
7    California or anywhere else in the United States. I have never even visited California or
8    elsewhere in the United States. I do not like to travel by plane, and as such, I never travel
9    internationally outside of Europe.

10   4.    I have no bank accounts or other tangible personal or real property in
11   California or anywhere else in the United States.

12   5.    I also have no direct business interests in California or anywhere in the
13   United States. I do not own any companies incorporated or located in California or any
14   other State of the United States, nor am I a member of any partnership, limited liability
15   company, or joint venture formed in California or the United States. I am also not a
16   member of any boards of directors of any U.S. companies.

17   6.    I have never previously been named a party to any lawsuit filed in California
18   or elsewhere in the United States.

19   7.    I have never done anything to intentionally encourage RapidShare users or
20   other third parties to engage in any acts of infringement involving Perfect 10 images (or
21   for that matter any copyrighted works). In addition, I have never personally copied or
22   distributed any Perfect 10 DVDs, videos, or other media or files that incorporate Perfect
23   10's copyrighted material. Indeed, prior to this lawsuit I had never heard of Perfect 10.

24

25   I declare under penalty of perjury under the laws of the United States of America
26   that the foregoing is true and correct. Executed on March ___, 2010, in Cham,
27   Switzerland.

28

CHRISTIAN SCHMID

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

*Beglaubigte Übersetzung aus dem Englischen*

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telefon: (310) 586-7700
Fax: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com

Anwälte der Beklagten,
RapidShare AG, Christian Schmid und Bobby Chang

## UNITED STATES DISTRICT COURT

## [BUNDESBEZIRKSGERICHT]

## SOUTHERN DISTRICT OF CALIFORNIA

## [SÜDLICHER BEZIRK VON KALIFORNIEN]

| | |
|---|---|
| PERFECT 10, INC., eine kalifornische Gesellschaft,<br><br>        Klägerin,<br><br>        gegen<br><br>RAPIDSHARE A.G., eine Gesellschaft, CHRISTIAN SCHMID; BOBBY CHANG; und einschließlich aller nicht namentlich genannten Personen,<br><br>        Beklagte. | FALL NR. 09 CV 2596 H (WMC)<br><br>**ERKLÄRUNG VON BOBBY CHANG**<br><br>DATUM:        10. Mai 2010<br>ZEIT:          10:30 Uhr<br>CTRM:          13<br>RICHTERIN:    Marilyn L. Huff<br><br>EINREICHUNGSDATUM:<br>VERHANDLUNGSDATUM:<br>noch nicht festgelegt |

ERKLÄRUNG VON BOBBY CHANG

Ich, Bobby Chang, erkläre:

1. Ich bin der Geschäftsführer der RapidShare AG ("RapidShare") und ein Beklagter in diesem Verfahren. Ich habe persönliche Kenntnis von den folgenden Tatsachen, mit Ausnahme jener Tatsachen, die ich nach bestem Wissen und Gewissen erklärt habe.

2. Meine Muttersprache ist Deutsch. Ich spreche etwas Englisch, aber mein Englisch ist nicht gut genug, um ein Rechtsdokument ohne die entsprechende Übersetzung vollständig zu verstehen.

3. Ich bin deutscher Staatsbürger und lebe in der Schweiz. Ich habe niemals in Kalifornien oder anderswo in den Vereinigten Staaten gelebt. Seit ich im Jahr 2006 angefangen habe, bei RapidShare zu arbeiten, war ich nicht mehr geschäftlich in den Vereinigten Staaten. Ich wurde eingeladen im Juni 2010 in Kalifornien in einem Anti-Piraterie-Gremium des Anti-Piraterie-Workshops der Software and Information Industry Association (SIIA) zu sprechen, aber ich werde entweder per Videokonferenz daran teilnehmen oder einen Vertreter aus Deutschland hinschicken, der an meiner Stelle und in meinem Namen daran teilnimmt. Ich beabsichtigte nicht, bei der Konferenz persönlich anwesend zu sein.

4. Ich besitze keine Bankkonten oder anderes bewegliches oder unbewegliches Vermögen in Kalifornien oder anderswo in den Vereinigten Staaten.

5. Des Weiteren habe ich keine bestehenden oder zukünftigen Geschäftsinteressen in Kalifornien oder anderswo in den Vereinigten Staaten. Ich besitze keine Unternehmen, die sich in Kalifornien oder anderswo in den Vereinigten Staaten befinden oder eingetragen sind und ich bin kein Mitglied einer Personengesellschaft, einer Gesellschaft mit beschränkter Haftung oder eines Joint Venture, die in Kalifornien oder den Vereinigten Staaten gegründet wurden. Ich bin auch kein Vorstandsmitglied einer Gesellschaft, die in den Vereinigten Staaten besteht.

1

ERKLÄRUNG VON BOBBY CHANG

6. Ich bin keine Vertragspartei in einem Vertrag, der in Kalifornien ausgefertigt oder abgeschlossen wurde oder der auf andere Weise kalifornischem Recht unterliegt.

7. Ich war zuvor niemals Partei in einem Prozess, der in Kalifornien oder anderswo in den Vereinigten Staaten angestrengt oder abgehalten wurde.

8. RapidShare versucht die Benutzer von einer Urheberrechtsverletzung abzuhalten und entfernt jegliches Material und, falls nötig, Benutzerkonten, wenn von dem Halter eines Urheberrechts dahingehend Hinweise auf eine Verletzung eingehen. Ich glaube, dass ich genau aus diesem Grund eingeladen wurde, bei der obengenannten SIIA-Anti-Piraterie-Workshop-Konferenz zu sprechen.

9. Weder ich noch RapidShare haben unsere Benutzer oder Dritte bewusst dazu aufgefordert, irgendeine Art von Urheberrechtsverletzung im Hinblick auf Perfect 10-Bilder (oder anderes urheberrechtlich geschütztes Material) zu begehen. Ich habe niemals persönlich Perfect 10-DVDs, -Videos oder andere Medien oder Dateien, die urheberrechtlich geschütztes Material von Perfect 10 beinhalten, kopiert oder vertrieben. Tatsächlich hatte ich bis zu diesem Prozess noch nie etwas von Perfect 10 gehört.

10. RapidShare ist eine schweizerische Gesellschaft mit Hauptsitz und alleinigem Geschäftssitz in Cham, Schweiz. Das Unternehmen beschäftigt derzeit etwa 50 Mitarbeiter, einschließlich Christian Schmid und mir. Keiner der Angestellten von RapidShare wohnt oder hat seinen festen Wohnsitz in Kalifornien oder anderswo in den Vereinigten Staaten. Der leitende Rechtsberater von RapidShare hat seinen Sitz in Deutschland.

11. RapidShare besitzt keine Tochtergesellschaften, die in Kalifornien oder anderswo in den Vereinigten Staaten gegründet wurden, eingetragen sind oder sich dort befinden. Das Unternehmen ist weder Gesellschafter noch Mitglied einer Unternehmensorganisation mit Sitz in den Vereinigten Staaten.

12. RapidShare besitzt keine Bankkonten oder anderes unbewegliches oder bewegliches Vermögen in Kalifornien oder anderswo in den Vereinigten Staaten.

2

ERKLÄRUNG VON BOBBY CHANG

13. RapidShare hat einen Lizenzvertrag über Inhalte mit einer US-amerikanischen Gesellschaft -- Warner Brothers -- geschlossen, aber der Vertrag wurde vollständig in Europa ausgehandelt und RapidShare hat erst kurz vor dem Geschäftsabschluss im Februar 2009 erfahren, dass dieser durch die US-amerikanische Muttergesellschaft von Warner Brothers in Burbank, Kalifornien und nicht in Deutschland ausgefertigt wird. Alle Verhandlungen und jegliche Korrespondenz vor der Ausfertigung des Lizenzvertrages wurden mit Warner Brothers-Vertretern in Deutschland oder dem Vereinigten Königreich geführt. Der Lizenzvertrag wurde von RapidShare in der Schweiz ausgefertigt und Warner Brothers in Deutschland durch den deutschen Rechtsbeistand von RapidShare vorgelegt. Die Kopie des von Warner Brothers ausgefertigten Vertrages wurde von Warner Brothers in Deutschland an RapidShare übersendet. RapidShare führte vor der Ausfertigung dieses Lizenzvertrages keine direkte Kommunikation mit Warner Brothers in den Vereinigten Staaten und ich erkläre ausdrücklich nach bestem Wissen und Gewissen, dass jede nachfolgende Kommunikation mit Warner Brothers weiterhin mit Vertretern in Europa und nicht in den Vereinigten Staaten geführt wurde. Gemäß diesem Vertrag werden RapidShare von Warner Brothers in Deutschland lizenzierte Filmtrailer hauptsächlich in deutscher Sprache zur Verfügung gestellt. Die Trailer werden von RapidShare auf Servern in Deutschland gespeichert und sind hauptsächlich für ein deutschsprachiges Publikum vorgesehen.

14. Es wäre sowohl für mich, für RapidShare als auch für unsere Angestellten, die als Zeugen vernommen werden könnten, sehr umständlich, an einem Prozess in Kalifornien teilzunehmen. Die Gründe dafür sind die Folgenden: 1. RapidShare hat seinen Sitz in Cham, Schweiz, und liegt damit einige Zeitzonen vor Kalifornien (8-10 Stunden, je nach Jahreszeit). Um beispielsweise Ansprüche aus Urheberrechtsverletzungen zurückzuweisen, könnte es nötig sein, dass Mitglieder der Datenmissbrauchsabteilung von RapidShare, welche für die Untersuchung und Bearbeitung von Ansprüchen aus Urheberrechtsverletzungen zuständig ist, im Hinblick

3
ERKLÄRUNG VON BOBBY CHANG

auf die Bemühungen von RapidShare, den Zugang zu deaktivieren oder Links zu Dateien, die von Perfect 10 in den Hinweisen an RapidShare genannt wurden, zu entfernen, aussagen. Abgesehen von den Kosten für die Reise (z.B. Flüge, Mietautos, Hotels, und, falls nötig, Pässe), wäre aus logistischer Sicht sehr schwierig, nach San Diego zu reisen. Die Angestellten von RapidShare müssten von Zürich aus, dem Ort mit dem nächsten internationalen Flughafen, abfliegen (der von Cham ungefähr eine Autostunde entfernt liegt), und ich glaube, dass es so gut wie keinen direkten Flug von Zürich nach San Diego gibt und dass die Reise insgesamt etwa 14-16 Stunden oder mehr (Verzögerungen nicht mitgerechnet) dauern würde. Darüber hinaus wurde ich darüber unterrichtet, dass RapidShare gemäß dem schweizerischen Recht den Angestellten die Überstunden bezahlen müsste oder ihnen für die Zeit, die sie für die Reise in die Vereinigten Staaten benötigt haben, um dort vor Gericht auszusagen oder ähnliches, zusätzliche Urlaubstage zur Verfügung stellen müsste. Die Entfernung, die Dauer der Reise in die Vereinigten Staaten und wieder zurück sowie der Zeitunterschied würden die Fähigkeit von RapidShare zur Durchführung der normalen Geschäftstätigkeiten beeinträchtigen (und könnten auch dazu führen, dass RapidShare zusätzliche Kosten dadurch entstehen, dass das Unternehmen Dritte bezahlen müsste, die die Arbeit jener RapidShare-Angestellten übernehmen, die sich aufgrund dieses Falles in Kalifornien befinden).

       2. Ein Übersetzer für die deutsche Sprache würde höchstwahrscheinlich für jeden Angestellten von RapidShare, der in dieser Sache als Zeuge aufgerufen wird, nötig sein. Alle RapidShare-Angestellten beherrschen die deutsche Sprache fließend, aber RapidShare verlangt von seinen Angestellten nicht, dass sie fließend Englisch können. Es würden uns auch beträchtliche Übersetzungskosten für Dokumente und E-Mails entstehen, da der Großteil dieser in deutscher Sprache verfasst ist. Wenn dieser Fall in der Schweiz oder Deutschland verhandelt werden würde, würden die Übersetzungskosten völlig wegfallen und die Reise- und Überstundenkosten könnten auf ein Minimum beschränkt werden.

---

4

ERKLÄRUNG VON BOBBY CHANG

3. Alle möglicherweise wichtigen Informationen und Dokumente befinden sich in der Schweiz oder Deutschland. RapidShare besitzt keine Dokumente oder Aufnahmen bzw. Aufzeichnungen in den Vereinigten Staaten und speichert keine seiner Daten in den Vereinigten Staaten oder auf US-amerikanischen Servern.

Im Bewusstsein der Strafbarkeit eines Meineides gemäß den Gesetzen der Vereinigten Staaten von Amerika erkläre ich hiermit, dass die obigen Angaben und Aussagen wahr und richtig sind. Ausgefertigt am 23 März 2010 in Cham, Schweiz.

BOBBY CHANG

**Beglaubigung**

Als vom Präsidenten des Landgerichts Landshut öffentlich bestellte und allgemein beeidigte Übersetzerin für die englische Sprache bestätige ich:

Vorstehende Übersetzung der mir im Original / in Kopie vorgelegten, in englischer Sprache abgefassten Urkunde ist richtig und vollständig.

Geisenhausen, den 22.03.2010

5

ERKLÄRUNG VON BOBBY CHANG

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com

Attorneys for Defendants,
RapidShare AG, Christian Schmid, and Bobby Chang

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | CASE NO. 09 CV 2596 H (WMC) |
| Plaintiff, | **DECLARATION OF BOBBY CHANG** |
| v. | DATE: May 10, 2010<br>TIME: 10:30 a.m.<br>CTRM: 13<br>JUDGE: Hon. Marilyn L. Huff |
| RAPIDSHARE A.G., a corporation, CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive, | DATE FILED:<br>TRIAL DATE: None Set |
| Defendants. | |

DECLARATION OF BOBBY CHANG

I, Bobby Chang, declare:

1.    I am the Geschaeftsfuehrer of RapidShare AG ("RapidShare") and a defendant in this action. I have personal knowledge of the following facts except with respect to those facts stated on information and belief.

2.    My native language is German. I speak some English but do not consider myself to be fluent enough in English to fully understand a legal document without aid of translation.

3.    I am a citizen of Germany and a resident of Switzerland. I have never lived in California or anywhere else in the United States. Since joining RapidShare in 2006, I have not traveled on business to the United States. I have been invited to speak on an anti-piracy panel at the Software and Information Industry Association (SIIA) Anti-Piracy Workshop in California in June 2010, but I will either participate by videoconference or send outside counsel from Germany to participate on my behalf. I do not plan to attend the conference in person.

4.    I have no bank accounts or other tangible personal or real property in California or anywhere else in the United States.

5.    I also do not have any existing or prospective business interests in California or anywhere in the United States. I do not own any companies incorporated or located in California or any other State of the United States, nor am I a member of any partnership, limited liability company, or joint venture formed in California or the United States. I am also not a member of any boards of directors of any company existing in the United States.

6.    I am not a party to any contract executed or negotiated in California or otherwise governed by California law.

7.    I have never previously been a party to any lawsuit filed in California or elsewhere in the United States.

8.    RapidShare seeks to deter users from engaging in copyright infringement and will remove material and where appropriate terminate user accounts in response to

1

DECLARATION OF BOBBY CHANG

notices from copyright owners.  Indeed, I believe that it is for this reason that I was invited to speak at the SIIA Anti-Piracy Workshop conference discussed above.

9.      Neither I nor RapidShare did anything to intentionally encourage our users or other third parties to engage in any acts of infringement involving Perfect 10 images (or for that matter any copyrighted works).  I have never personally copied or distributed any Perfect 10 DVDs, videos, or other media or files that incorporate Perfect 10's copyrighted material. Indeed, prior to this lawsuit I had never heard of Perfect 10.

10.     RapidShare is a Swiss company that has its headquarters and sole place of business in Cham, Switzerland.  It currently employs a staff of approximately 50, including myself and Christian Schmid.  None of RapidShare's employees reside or are domiciled in California or elsewhere in the United States   RapidShare's primary corporate counsel is located in Germany.

11.     RapidShare does not own any subsidiaries that are incorporated in or located in California, or for that matter anywhere else in the United States.  It also is not a partner or member of any business organization based in the United States.

12.     RapidShare does not maintain any bank accounts or own any other tangible personal or real property in California or elsewhere in the United States.

13.     RapidShare has one license agreement for content with a U.S. company -- Warner Brothers -- but the contract was negotiated entirely in Europe and RapidShare did not learn that it would be executed by Warner Brother's U.S. parent company in Burbank, California, rather than in Germany, shortly before the deal closed in February 2009.  All of the negotiations and communications preceding execution of the license agreement were with Warner Brothers representatives in Germany or the United Kingdom.   The license agreement was executed by RapidShare in Switzerland and provided to Warner Brothers in Germany by RapidShare's German counsel. The copy of the agreement executed by Warner Brothers was transmitted to RapidShare by Warner Brothers in Germany. RapidShare had no direct communications with Warner Brothers in the United States prior to executing the license agreement and to the best of my

knowledge all subsequent communications with Warner Brothers have continued to be with representatives in Europe, not in the United States. Pursuant to this agreement, licensed movie trailers are provided to RapidShare by Warner Brothers in Germany and are primarily in German. The trailers are stored by RapidShare on servers in Germany and are intended primarily for a German-speaking audience.

14. It would be extremely burdensome for both myself and RapidShare, as well as for any of our employees who might be deemed witnesses, to litigate in California. First, RapidShare is located in Cham, Switzerland, which is several time zones ahead of California (8-10 hours, depending on the time of the year). For example, to rebut claims of infringement it might be necessary for members of RapidShare's Abuse Department, which is responsible for investigating and addressing claims of infringement, to testify to RapidShare's efforts to disable access to or remove links to files identified by Perfect 10 in notices sent to RapidShare. Putting aside the costs associated with making travel arrangements (e.g., flights, car rentals, hotels, and, if necessary, passports), it would be very difficult logistically to travel to San Diego. RapidShare employees would have to fly from Zurich, the location of the nearest international airport (which is about an hour away from Cham by car), and I am informed and believe that there are virtually no direct flights between Zurich and San Diego, and that the total travel time would be roughly 14-16 hours or more (excluding delays). Moreover, I am informed that RapidShare would be required under Swiss law to pay employees overtime wages or to compensate them with extra days of vacation for any time spent by them traveling to the United States to testify at trial or otherwise. The distance, length of time involved in traveling to and from the United States and time difference would also adversely affect RapidShare's ability to conduct business (and could require RapidShare to incur additional expenses to pay others to cover the work of any RapidShare employees who were required to spend time in California in connection with this case).

Second, a German translator would most likely be necessary for any RapidShare employee who is deemed a witness in this matter. All RapidShare

3
DECLARATION OF BOBBY CHANG

employees are fluent in German, but RapidShare does not require that they also be fluent in English. We would also need to incur substantial translation expenses for documents and emails, the overwhelming majority of which are in German. Translation expenses would not be required if this case were litigated in Switzerland or Germany and travel and overtime expenses would be minimal.

Third, all potentially relevant information and documents are located in Switzerland or Germany. RapidShare does not maintain any documents or records anywhere in the United States, and stores none of its data in the United States or on U.S. servers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2010, in Cham, Switzerland.

BOBBY CHANG

4
DECLARATION OF BOBBY CHANG