# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                          Plaintiff,<br><br>  vs.<br><br>RAPIDSHARE AG., a corporation; CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>                        Defendants. | **CASE NO. 09-CV-2596 H (WMC)**<br><br>**ORDER SUBMITTING DEFENDANTS' MOTIONS TO DISMISS** |

A motion hearing on Defendants' motions to dismiss for lack of personal jurisdiction and forum non conveniens is scheduled for May 10, 2010 at 10:30 a.m. in courtroom 13. The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines these matters are appropriate for resolution without oral argument, submits them on the parties' papers, and vacates the motion hearing.

      **IT IS SO ORDERED**.

DATED: April 5, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record