Eric J. Benink, Esq., SBN 187434
Krause Kalfayan Benink & Slavens, LLP
625 Broadway, Suite 635
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Jeffrey N. Mausner, Esq., SBN 122385
Law Offices of Jeffrey N. Mausner
21800 Oxnard St., Suite 910
Woodland Hills, CA 91367
(310) 617-8100 (ph)
(818) 716-2773 (fax)
jeff@mausnerlaw.com

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br> Plaintiff,<br> v.<br><br>RAPIDSHARE A.G., a corporation; CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br> Defendants. | CASE NO. 09 CV 2596 H (WMC)<br><br>**DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS RAPIDSHARE A.G., CHRISTIAN SCHMID, AND BOBBY CHANG**<br><br>DATE: May 12, 2010<br>TIME: 1:30 p.m.<br>CTRM: 13<br>JUDGE: Hon. Marilyn L. Huff<br><br>Demand for Jury Trial<br>Discovery Cut-Off Date: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

## DECLARATION OF DR. NORMAN ZADA

I, Norman Zada, declare as follows:

1.      I make this declaration in support of Perfect 10's motion for preliminary injunction. Except where otherwise stated, I have direct and personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I have spent at least 100 hours downloading Perfect 10 copyrighted images ("P10 Images") using Rapidshare, and investigating Rapidshare affiliates. In case the Court wishes to make a determination as to whether Perfect 10 owns valid copyrights, I will occasionally refer, for illustrative purposes, to a sample of 12 images (***"The Sample") which are described in the Declaration of Melanie Poblete ("Poblete Decl."), as well as in this declaration.*** A copy of each image in "The Sample" is contained in Exhibit 11 (the disk), along with information for each image, including the copyright registration and deposit material that covers each of the images. Perfect 10 owns the copyright for each of the 12 images in The Sample. The deposit material for each of the twelve sample images consists of the complete Perfect 10 magazine in which that image appeared. I have included in Exhibit 11 (the disk) in a subfolder of "The Sample" folder, labeled "Other copyright certificates," certificates obtained from the Copyright Office which cover many other images appearing in exhibits attached to this declaration. Those certificates cover each and every Perfect 10 Magazine, the Perfect 10 website, and many other registrations. I have also included in Exhibit 11, in a subfolder of "The Sample" folder, labeled "Other Deposit Materials," all of the other deposit materials covering each Perfect 10 copyrighted image in each issue of Perfect 10 Magazine. So in total, I have attached to this declaration deposit materials which cover at least 4,000 P10 Images. I have also included work for hire and/or assignment of rights agreements in "The Sample" folder, in a subfolder entitled "Work Made for Hires and AoRs." In total, Perfect 10's deposit materials at the Copyright Office are very massive and would require a large number of DVDs to be filed with the Court. Should the Court wish to see more such deposits, they will be made available at the

1   Court's request. Whenever I refer to an image as a P10 Image, that means Perfect 10

2   owns the copyright for that image.

3   **PROFESSIONAL BACKGROUND AND WORK DONE FOR THIS**

4   **DECLARATION**

5       2.      I am President of Plaintiff Perfect 10, Inc. ("Perfect 10"). After receiving

6   a Ph.D. in Operations Research from the University of California at Berkeley, I

7   worked as a research staff member in the main computer science department at IBM,

8   and subsequently taught as a visiting professor in the area of applied mathematics at

9   Stanford University, UCLA, Columbia University, and UC Irvine. I have programmed

10  computers for at least twenty years. I have been involved in every aspect of this case

11  and, if called as a witness, could and would competently testify thereto.

12      3.      The Exhibits attached hereto, except where otherwise noted, fall into one

13  of the following categories: (a) true and correct copies of documents that I have

14  downloaded as Adobe PDF files from the Internet – I have personally downloaded

15  each and every one of the Adobe files attached to this declaration as printed exhibits;

16  (b) true and correct copies of snapshots of my computer screen, which I captured using

17  the program "snagit;" c) true and correct copies of DMCA notices that I sent to

18  Rapidshare; (d) true and correct copies of a translation that I ordered and paid for of a

19  German Court decision; (e) true and correct copies of files that contain deposit

20  materials and copyright certificates for P10 Images, registered with the U.S. Copyright

21  Office; and (f) true and correct copies of Work Made for Hire/Assignment of Rights

22  Agreements between Perfect 10 and the photographers for images in "The Sample," as

23  well as most Perfect 10 Images. Exhibits reflecting dates contain the correct date the

24  document was downloaded, captured and/or saved, and, when applicable, the URL of

25  the webpage. I have added green check marks or highlighting to some exhibits so that

26  the Court may more readily locate relevant information contained in those exhibits. I

27  will use the terms "P10" and "Perfect 10" interchangeably to denote Perfect 10

28  copyrighted images.

4.      Perfect 10 owns the copyrights for all of the P10 Images described as such in this declaration, including the 12 P10 Images that will be used as a sample for Perfect 10's motion.   During the last 14 years, Perfect 10 has created more than 20,000 copyrighted photographs of female models and has purchased additional images, at a cost of millions of dollars.  Perfect 10 owns the copyrights for more than 48,000 images, in total.  Perfect 10 also owns registered trademarks for "Perfect 10" and for "P10." Perfect 10 derives all of its revenue, directly or indirectly, from its images.  From 1997 through June 2007, Perfect 10 published the well-known magazine "PERFECT 10."  The magazine contains high-quality, nude or partially nude photographs, of beautiful "natural" models such as Sports Illustrated swimsuit cover model/Victoria's Secret model Marisa Miller.  After losing more than $50 million because of rampant infringement, Perfect 10 was forced to cease production of its flagship magazine in June 2007 and lay off key employees.   Perfect 10 continues to sell back issues of its magazine and run its website, www.perfect10.com.   Consumers may view more than 20,000 Perfect 10 Images as well as several videos on the website through an individual, confidential password by paying a monthly fee of $25.50.  The images are arranged alphabetically by model name so that the images of any particular model can be readily located.   Perfect 10's revenues have declined from close to $2,000,000 a year to less than $150,000 a year.  Perfect 10 is very close to bankruptcy.  The success of Perfect 10's business is entirely dependent on its intellectual property.  Perfect 10 simply cannot compete with Rapidshare, which sells access to billions of dollars of pirated full-length movies, songs, computer programs, and images (including Perfect 10's Images), for as little as $10 a month.

**RAPIDSHARE HAS INFRINGED AT LEAST 43,000 P10 IMAGES**

5.      I have personally downloaded from Rapidshare at least 26,000 P10 Images, which was the number Perfect 10 used when it filed its complaint against Rapidshare, as well as portions of Perfect 10 videos.  In March of 2010, Perfect 10 has downloaded at least 17,000 additional full-size P10 Images from rapidshare.com.

There are a variety of ways by which a user can download images from Rapidshare, after paying Rapidshare a fee to become a member.

6.      Attached as Exhibit 1 is a demonstration of one way to find and download Perfect 10 images from Rapidshare by performing a Google search on the model's name.  Page 1 of Exhibit 1 shows the first page of the results of a Google search that I conducted on March 10, 2010 for "Lisa Fuxler," a Perfect 10 model, who has also modeled for Giorgio Armani.  I have placed a green check mark by the third result.  I have highlighted the mention of rapidshare.com in that listing.  Page 2 of Exhibit 1 is the result I obtained by clicking on that search result, which I printed from the website filestube.com on March 10, 2010.  Page 3 of Exhibit 1 is the result I obtained by clicking on the checked link on page 2.  Page 3 shows the file named "http://rapidshare.com/files/81597199/Lisa_Fuxler_Perfect_10_8px_-_Model_for_Armani.zip" offered by Rapidshare for downloading to premium users.  Because I had already paid Rapidshare to become a "Premium user" I simply clicked on the link that I have check marked on page 3, labeled "Premium user."  Although Rapidshare claims to offer a free option, my experience is that it either doesn't work at all or is so slow that it cannot be used.  I obtained page 4 of Exhibit 1 by clicking on the checked link shown on page 3.   Once I clicked on the checked download option on page 4, I was able to download 8 full-size Perfect 10 copyrighted images of Lisa Fuxler.  On page 5 of Exhibit 1, the box on the right shows that download (marked with a green check), along with some of my other downloads, and the date they occurred.  The Lisa Fuxler download was done at 1:21 PM on March 10, 2010.  I had done some other downloads, listed below that download, a few days earlier.  The box on the left shows what was in the Lisa Fuxler download I obtained from Rapidshare.  By clicking on the check marked "extract' option, I was able to unzip those files and download the full size images into the location of my choice on my computer.  I have included as page 6 of Exhibit 1, one of the images that I was able to download of Lisa Fuxler in this fashion which is included in "The Sample."  Rapidshare is not authorized

Decl. of Dr. Norman Zada In Support of Perfect 10's Motion for Preliminary Injunction Against Rapidshare

to distribute, display, sell or use Perfect 10's copyrighted images in any way.  (Perfect 10 has placed redaction banners over portions of the full-size images it has filed as attachments to this declaration to discourage unauthorized reproduction of such images from Pacer.  Those redactions do not appear in the full-size images that Rapidshare provides to its users.)   Rapidshare has an affiliate program.  I have attached as pages 7-9 of Exhibit 1 information describing that program which I printed from rapidshare.com on October 28, 2009.  On page 8 of Exhibit 1, it states, "Rapidshare now offers you an affiliate program through which you can earn hard cash….As soon as someone buys a Premium Account from the download page of a file you have uploaded, ReferrerPoints will be credited to your account.  You can cash out the ReferrerPoints at an exchange rate which is also shown in the Premium and Collector's Zone."  On page 9 of Exhibit 1 it states, "… that means, you will be credited 22,60 Euro for a one year Premium Account that you have referred!  As if this were not enough, you also get Premium-RapidPoints when Premium customers download your files."  Based on this description, filestube.com receives payment from Rapidshare for, at the minimum, referring traffic to Rapidshare.

       7.    Once the user has located a Rapidshare search engine (and there are many of them), the user can just go directly to that search engine and perform searches on Perfect 10 model names, or on "Perfect 10 Magazine" there.  Attached as pages 1-4 of Exhibit 2 are some of the results I obtained by doing the search "Perfect 10 Magazine" on the Rapidshare search engine filestube.com.  The search term that I used appears in the search box at the top of each page.  I was able to download Perfect 10 images as shown by clicking on the various Rapidshare download links that were offered.  I have highlighted one such link on page 1 of Exhibit 2.  By clicking on that link, I was able to download 8 full-size P10 Images of Isabelle Funaro, one of Perfect 10's top models.  I have included as page 5 of Exhibit 2 a Perfect 10 copyrighted image of Isabelle Funaro that I downloaded on March 11, 2010 from Rapidshare, using the highlighted link on page 1 of Exhibit 2.  This image is one of the 12 Sample Images.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8.     Attached as Exhibit 3 is a print-screen of the listings on www.copyright.gov, the website of the U.S. Copyright Office, of service providers registered with the U.S. Copyright Office as of March 9, 2010.  As the exhibit shows, there was no listing for Rapidshare.

9.     Attached as page 1 of Exhibit 4 is a WHOIS report for Rapidshare that I used to find Rapidshare's physical address to send it a notice of infringement.  It lists Christian Schmid as the registered owner of the domain rapidshare.com, with an address of Rapidshare AG, Gewerbestrasse 6, Cham 6330, and phone number 41-41-7487888.   In my experience, if Mr. Schmid were not the registered owner, the registered owner would be listed as Rapidshare A.G., not as Mr. Schmid.  Mr. Schmidt is also listed as the technical and administrative contact.  Attached as page 2 of Exhibit 4 is a copy of the textual part of that notice, which I sent to Rapidshare and Christian Schmid by Federal Express.  Page 3 is a print screen of the folders on a disk that I included as part of the notice.  In each folder were P10 Images of the model whose name appears on the folder that I had downloaded from Rapidshare.  Page 4 is the Federal Express label that I used.  Page 5 shows that Perfect 10's notice was received and signed for by an F. AGGARWAL on May 29, 2009, as I have highlighted in yellow.

10.     Attached as Exhibit 5 are print screens that I made on March 11, 2010, of some of the full-size images that were included in Perfect 10's May 27, 2009 notice to Rapidshare.  The images appear to look like thumbnails on my computer screen, but they were sent as full-size images.  I have placed all of the 824 P10 Images, that were included in the notice into Exhibit 11 (the disk) in a folder labeled "P10 Images included in DMCA notice" for full-size viewing if the Court would like to further examine the images sent.

11.     Perfect 10 was able to download at least 17,000 full-size Perfect 10 copyrighted images from Rapidshare on or after March 5, 2010, over 9 months after the May 27, 2009 notice was sent.  Attached as pages 1-3 of Exhibit 6 are print screens

of model folders for some of the images Perfect 10 downloaded in March of 2010, which match the images I sent to Rapidshare in Perfect 10's May 27, 2009 notice. Attached as pages 4-6 are full-size versions of some of the images that were included in the notice, that Rapidshare still has not removed. Attached as pages 7-16 of Exhibit 6 are additional full-size P10 Images that Perfect 10 downloaded from Rapidshare in March 2010 that are all from "The Sample." I have included in Exhibit 11 (the disk), copies of more than 2,390 full-size P10 Images that Perfect 10 downloaded from Rapidshare in March of 2010, in a folder labeled "Downloaded from Rapidshare in March of 2010." Almost all of those images display Perfect 10 copyright notices. An "sc" by the file name means that the images were downloaded by Sheena Chou under my direction. If there is no "sc," I personally downloaded those images. I have placed in Exhibit 11, in a folder labeled "Evidence of downloads," print screens of my actual downloading of a number of those P10 Images from Rapidshare.

12. Attached as pages 1-4 of Exhibit 7 are the results of searches that I performed on google.com on March 12, 2010. I obtained page 1 by doing a search on google.com by putting [avatar rapidshare.com] in the Google search box and pressing "enter." At the top it says, "Results 1-100 of about 32,300,000 for avatar rapidshare.com." I have highlighted the third search result, where it says, "James Camerons Avatar rapidshare.com Download." I have examined a number of those results and in every case, there were rapidshare links offered for downloading the movie in question. I obtained page 2 of Exhibit 7 by doing the Google search: [Beatles rapidshare.com]. The first result says "Download the Beatles." I obtained page 3 of Exhibit 7 by doing the Google search: [Windows 7 rapidshare.com]. The first result says "Download Windows 7 Rapidshare." I obtained page 4 by doing the Google search: [Maxim Magazine rapidshare.com]. The first result says "maxim magazine download." Attached as pages 5-6 of Exhibit 7 is a spreadsheet that was created under my direction. It lists the number of Google search results for various Google searches performed in March 2010 for various famous movie titles and the

term "rapidshare.com," similar to the [avatar rapidshare.com] search that I used to obtain page 1 of Exhibit 7. Attached as page 7 of Exhibit 7 is a spreadsheet that was created under my direction that was obtained by performing various Google searches in March 2010 for various television shows and the term "rapidshare.com." Attached as pages 8-9 of Exhibit 7 is a spreadsheet that was created under my supervision that was obtained in March 2010 by performing various Google searches for various musical artists or singers and the term "rapidshare.com". For example, the first entry on page 9 was obtained by performing the Google search: ["Michael Jackson" rapidshare.com]. I have examined a number of the search results and in every case, there were rapidshare links offered to download one or more songs sung by Michael Jackson.

13. Attached as Exhibit 8 is a true and correct copy of the ruling of Judge Maxine M. Chesney of the U.S. District Court for the Northern District of California, granting Perfect 10 partial summary judgment against Guba, LLC. filed on December 30, 2002 (Case No. C02-2842 MMC). Guba LLC was similar to Rapidshare, in that it sold access to Perfect 10 copyrighted images. Page 1 of Exhibit 8 states, "It is undisputed that images of 332 photographs in which Perfect 10 owns copyrights were found on GUBA's internet website www.guba.com, on May 31, 2002." I have added the yellow highlighting for ease of reference. In contrast, Rapidshare has copied and sold at least 43,000 copies of P10 Images, of which at least 26,000 are distinct.

14. Attached as page 1 of Exhibit 9 is an article that I printed from the Los Angeles Times website, latimes.com, on March 26, 2010. It is entitled "German court throws the book at RapidShare." Further down on the page, it states that "Rapidshare accounted for 36% of the 53,000 takedown notices issued by publishers between July and December, according to a study by Attributor, a content monitoring consulting service based in Redwood City, Calif. The site attracts more than 42 million visitors a day, representing just under 3% of the world's Internet users, according to Web traffic tracker Alexa Internet." Attached as pages 2-3 of Exhibit 9 is an article that I printed

from whatisrapidshare.com on November 1, 2008. It states, "every movie, every song… you can find on the Rapidshare servers." At the end it states, "You will never ever buy another program, game, or music album ever again." Attached as page 4 of Exhibit 9 is an article that I printed from afterdawn.com on February 16, 2010. Near the top it says, "The court apparently disagreed and said that the site was used mainly for illegal activities and that the company generates 'substantial' monthly revenue from those illegal activities." I have attached as pages 5-6 of Exhibit 9 an article dated October 1, 2008 that I printed from the website zeropaid.com on April 8, 2010. It states "The court also ruled that Rapidshare cannot argue that it is impossible to stay in business if it would have to check every single file. 'A business model that doesn't use common methods of prevention cannot claim the protection of the law', the decision reads." Attached as pages 7-8 of Exhibit 9 are two pages from a 38 page English translation of a German appeals court ruling that I paid to have translated. I have included the entire ruling in Exhibit 11 (the disk) in a folder labeled "Translation of German Appeals Court Ruling." Attached as page 9 of Exhibit 9 is a document that I printed from the website rapidshare.de. It states, "This project has been created and is maintained by Rapidtec Christian Schmid." Rapidshare.de is similar to rapidshare.com and has infringed thousands of full-size P10 Images. Attached as page 10 of Exhibit 9 is a print-screen of a "who is" report for rapidshare.de that I printed from domaintools.com on April 5, 2010. This report lists Mr. Schmid as the registered owner and sole contact. (In my experience, if Mr. Schmid were not the registered owner and it were instead RapidTec, then RapidTec would be listed as the registered owner and not Mr. Schmid.) Attached as pages 11-13 of Exhibit 9 are additional articles regarding Rapidshare. Page 11 states, "RapidShare is owned by Christian Schmid of Germany. The site, by many accounts, is considered one of the largest resources for stolen motion-picture files, software, music, games and adult photos and videos." Page 12 states, "The founder of Rapidshare, Christian Schmid, stays in the background. The current CEO of the company is Bobby Chang." I have added the

Decl. of Dr. Norman Zada In Support of Perfect 10's Motion for Preliminary Injunction Against Rapidshare

yellow highlighting in Exhibit 9.

15. Perfect 10 is not the only copyright holder that is attempting to stop the massive infringement taking place on Rapidshare. Attached as page 1 of Exhibit 10 is the first page of the results I obtained on March 30, 2010 when I did a search on chillingeffects.org for "rapidshare." Chillingeffects.org publishes DMCA notices that various copyright holders send, primarily to Google. To my knowledge, Rapidshare does not publish on chillingeffects.org any notices which it receives directly. At the top, I have placed a green check-mark where it says "237 results." Attached as pages 2-5 are a portion of one such notice that I obtained from chillingeffects.org. The notice was from Titan Media to Google, and complained about Google search results linking to infringing content. In Exhibit 10, I have highlighted a number of instances where the complaint identifies infringing content offered by rapidshare.com. Attached as pages 6-9 of Exhibit 10 are a portion of a notice from Hachette Book Group to Google, which similarly complains about infringements on the website rapidshare.com. Attached as pages 10-12 of Exhibit 10 are pages from a notice from Stones Throw Records to Google. I have again highlighted several instances where the copyright holder complains about Google linking to infringing content offered by rapidshare.com. I have attached as pages 13-25 of Exhibit 10, a portion of two separate notices which Twentieth Century Fox sent to Google, which complained about infringements offered by Rapidshare affiliates. I have highlighted some of those affiliates, including filestube.com, which offers Rapidshare links for downloading Perfect 10 copyrighted images. *See* Exhibit 1, page 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of April 2010 in Los Angeles County, California.

_____
NORMAN ZADA

# **TABLE OF EXHIBITS**

1.  Exhibit 1:      About RapidShare
2.  Exhibit 2:      Using a RapidShare Search Engine
3.  Exhibit 3:      Copyright Office DMCA Agent Listings
4.  Exhibit 4:      Perfect 10's DMCA Notice to RapidShare
5.  Exhibit 5:      Perfect 10 Images in Perfect 10's DMCA Notice to RapidShare
6.  Exhibit 6:      Perfect 10 Images Downloaded From RapidShare in March 2010
7.  Exhibit 7:      Movies and Songs Offered by RapidShare
8.  Exhibit 8:      Ruling Re Summary Judgment in Perfect 10, Inc. v. Guba, LLC.
9.  Exhibit 9:      German Court RapidShare Rulings
10. Exhibit 10:    Third Party DMCA Notices Regarding RapidShare
11. Exhibit 11:    A Disk (Filed Separately)

Exhibit 1

**Web**   Images   Videos   Maps   News   Shopping   Gmail   more ▼   Web History | Search settings | Sign in



"Lisa Fuxler"   [ Search ]   Advanced Search

**Web**   ⊞ Show options...   Results **1 - 100** of about **28,000** for **"Lisa Fuxler"**. (0.33 seconds)

Image results for **"Lisa Fuxler"** - Report images










Sponsored Links

**We Found Lisa Fuxler**
Current Phone, Address, Age & More.
Instant & Accurate **Lisa Fuxler**
www.Intelius.com

See your ad here »

Latest Pictures of **Lisa Fuxler** > New, Latest Photos Shoot : pics ...
**Lisa Fuxler**. Promoting media: pictures, videos, wallpapers, quotes, bio, filmography.
View newly **Lisa Fuxler** Pictures » · Join a **Lisa Fuxler** fan club » ...
www.platinum-celebs.com › Celeb - Cached - Similar

**Lisa Fuxler** Resources @ Platinum-Celebs.com
**Lisa Fuxler** Contact Info. Soon Online!! **LISA FUXLER** Main Links: **Lisa Fuxler** « ...
Join a **Lisa Fuxler** fan club ». Today Birthdays (6. December): ...
www.platinum-celebs.com/celeb/**lisa-fuxler**/contact.php

⊞ Show more results from www.platinum-celebs.com

✓ **Lisa Fuxler** Perfect 10 8px Model for Armani - Download from ...
File: **Lisa Fuxler** Perfect 10 8px Model for Armani download, from: rapidshare.com , size:
373 KB, date: 2009-01-27 15:37:27 - FilesTube.com, Rapidshare Files.
www.filestube.com/.../**Lisa-Fuxler**-Perfect-10-8px-Model-for-Armani.html - Cached

**lisa fuxler** - Rapidshare Search - (2 files)
**lisa fuxler** download on rapidshare search engine - **Lisa Fuxler** , **Lisa Fuxler** Perfect 10
8px Model for Armani , Rapidshare Files.
www.filestube.com/l/lisa+fuxler - Cached

⊞ Show more results from www.filestube.com

CelebsParty.com - **Lisa Fuxler**
photos movies **Lisa Fuxler** nude secret paparazzi. ... Directory: Home > Secret archive >
Models > **Lisa Fuxler** >. Page 1 of 1, Page: [1], Total Files: 7 ...
www.celebsparty.com/index.cgi?c=show...;p.../**Lisa_Fuxler** - Cached - Similar

Exh. 1, Pg. 1

FilesTube   Groups   Video   Games   Lyrics   Software   Message Box   More ▼

You are not logged in   Log in | Sign up

Files Tube

Search for files...   All   Search   Advanced search

Filestube.com is a search engine designed to search files in various file sharing and uploading sites, like rapidshare, megaupload, badongo, mediafire and many more...

↑ Advertise here

# Lisa Fuxler Perfect 10 8px Model for Armani Download

Free Sign Up >>

⬇ **Lisa_Fuxler__Perfect_10___8px_- Model_for_Armani.zip** [FAST DOWNLOAD]



**Download now from rapidshare.com:** ✔

**Lisa_Fuxler__Perfect_10..._- Model_for_Armani.zip**   373 KB   ⬇ Download

💾 Save to download list   📋 My download lists

**Direct links:**

> http://rapidshare.com/files/81597199/Lisa_Fuxler__Perfect_10___8px_-
> _Model_for_Armani.zip

↑ Advertise here

You can rate it ☆☆☆☆☆ (0 votes, avg: 0.00 out of 5)

**Sponsored link:**   ✅ [TRUSTED DOWNLOAD] Lisa_Fuxler__Perfect_10___8px_-_Model_for_Armani.zip

**Password recovery:**   RAR Magic Password Cracker

**Added:**   2009-01-27 15:37:27

**Link(s) source:**   http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0

**Source title:**   imc magazine website • view topic - famous perfect 10 models + picture request

**Search for password:**   🔒 Click to search

**Tags:**   lisa   fuxler   perfect   8px   model   armani

**Recent downloads:**

Ken Hensley Proud Words on a Dusty Shelf.ape01.rar
rapidshare.com, size: 136 MB

melayu sex mak datin.avi
rapidshare.com, size: 77 MB

Johnny Cash American VI Ain't No Grave.rar
uploaded.to, size: 74 MB

Kelly.Reilly.Joe s.Palace.DVD.Sex.Scene.1.mpg
rapidshare.com, size: 51 MB

**Share link:**   http://www.filestube.com/3682e1e18304f1c103e9,g/Lisa-Fuxler-Perfect-10-8px-Model-for-Armani.html

📑 BOOKMARK ⊞ 🔖 🌐 ...

**Forum link:**   [url="http://www.filestube.com/3682e1e18304f1c103e9,g/Lisa-Fuxler-Perfect-10-8px-Model-for-Armani.html"]Lisa_

## Submit your comment:

**Author:**

**Message:**





RapidShare: 1-CLICK Web hosting - Easy Filehosting - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://rs444.rapidshare.com/files/81597199/Lisa_Fuxler__Perfect_10__8px__-_Model_for_Armani.zip

Most Visited   Getting Started

Lisa Fuxler Perfect 10 8px Model for Ar...   |   RapidShare: 1-CLICK Web hostin...

Home | News | Premium Zone | Free Zone | RapidTainment | RapidTools | Support | RapidShare AG | Privacy Policy



Premium Zone | Settings | Remote Uploads | View Logs | TrafficShare | Convert RapidPoints | Extend Account | New Premium Zone | Logout

## ✎ FILE DOWNLOAD | PREMIUM USER

**10937878** Wants to download the following file:

**http://rapidshare.com/files/81597199/Lisa_Fuxler__Perfect_10___8px__-_Model_for_Armani.zip** | 373 KB

⊞ Extended Download Settings



DOWNLOAD

### Notice

Your Premium Account is valid until Sun, 11. Jul 2010.

Under Settings you can specify the download process. For instance, you have the option to store your files without being redirected to RapidShare. For this, activate option "Direct downloads".

About us | Jobs | Terms of use | Imprint



March 2010

Done

 start    3 Window...    31010.doc [...    31010.doc [...    Zada Declar...    Contacts -...    Inbox for n...    RapidShare:...    "Lisa Fuxler"...    Pages from ...      1:30 PM





REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

PERFECT 10 Copyright © 1999 Perfect 10, Inc. http://www.perfect10.com

Home | News | Rewards | Money | Premium Zone | Free Zone | RapidGames | RapidTools | Support | RapidShare AG | Privacy Policy



# ⤣ RAPIDSHARE AG | ABOUT US

## Who we are

RapidShare, founded in 2006, is one of the biggest and fastest one-click file hosts in the world. Within a short time, we succeeded in rising to become the twelfth most visited homepage in the world, and the trend is still moving upwards.

We are a young enterprise with a motivated team. Each day we work towards making transfers of huge data volumes faster, simpler and more secure for our users and customers, whether from London to Berlin or to the Bahamas - we are available wherever the internet is.

With a storage capacity of several petabytes (a petabyte is a million gigabytes) and an internet connection that transfers hundreds of gigabytes simultaneously, RapidShare has the infrastructure required to meet high demands.

## What we do

### RapidShare

With one-click hosting, our users can upload big files in one step and subsequently make them available to friends and family via the download link. The download link can only be accessed by the person who has stored the file. In this way, data is secured against unauthorised access. Apart from the free service, Premium Accounts for various time periods can be purchased. Matching our customer needs, Premium Accounts offer additional convenience. Additionally, TrafficShare provides the option to make files available for direct downloading. The recipient of the file can access it instantaneously even if he/she is not a Premium Account member of RapidShare.

### RapidGames

In our entertainment area gamers can find the latest patches, demos and trailers to download.

## Media Contact

RapidShare AG, Corporate Communications

E-Mail: press@rapidshare.com

---

About us | Jobs | Terms of use | Imprint

## Earn up to 20 Euro for gaining us a new customer!

June 15, 2009

RapidShare now offers you an ==affiliate program== through which you can earn hard cash. Our affiliate program is not to be confused with other affiliate programs though. We will continue not to bother our customers with annoying pop up ads. It's also possible without that: a new one year account that is acquired today can earn you ==20 Euro!== Any owner of a Premium or Collector's account can participate. There is no need for a complicated setup process either. Just have a look at your Premium or Collector's Zone - you might already have earned some Euros. ==As soon as someone buys a Premium Account from the download page of a file you have uploaded, ReferrerPoints will be credited to your account. You can cash out the ReferrerPoints at an exchange rate which also is shown in the Premium and Collector's Zone.== More information can be found in our [FAQ](FAQ).

## Congratulations!

June 08, 2009

Srishti A. from India is the lucky winner of our RapidShare Lottery. COO Bobby Chang will personally congratulate the 19-year-old and present her with the 50.000 EUR at the beginning of July. Pictures and more information will be published here.

Due to the big interest in our lottery, we have decided to additionally raffle 1000 x 10.000 RapidPoints among all participants. The winners will be notified by e-mail and the RapidPoints will automatically be given to the accounts that contained the winning tickets.

RapidShare customers from more than 60 countries have participated in the lottery. Until May 31 everybody had the possibility to exchange 50 RapidPoints for a lottery ticket to join in our big lottery. We want to thank all our users from all over the world for the enormous participation.

## Privacy Policy online

June 06, 2009

RapidShare is fast, easy and secure. You can experience "Fast" and "Easy" on our website every day. But how about "Secure"? What is happening to your data behind the scenes? Especially in today's world, which suffers from a "surveillance hype" in many places, that question becomes more and more important. Our support team also receives a lot of questions about data privacy, and quite a number of rumours are circulating on the internet. Therefore, we have set ourselves the goal of handling this topic as transparently as possible. After all, it is your right to know straight from the source what information we store and how we treat it. From now on, the navigation bar on top of each RapidShare page will show the link "Privacy Policy", under which the questions our customers ask about data privacy are answered in an easily understandable, yet legally binding way.

## File migrator can no longer be used for free

June 06, 2009

Our file migrator really is a useful tool. You can move one, several or even all your files from one account to another, even amongst different account types, within seconds. Unfortunately, that tool has been abused often in the past. That is why we now have to charge a fee for using it. From now on, using the file migrator will cost 500 RapidPoints, 250 of which will be subtracted from the source account and 250 from the destination account. Thus, we hope to contain improper usage of the file migrator. It is possible that we will have to restrict it further so it can be used only once per day. We would like to point out that the original purpose of that tool was to enable you of moving your files from a collector's account to a Premium account if you decide to become a Premium customer (or the other way around) - not for moving lots of files several times a day between several accounts.

## RapidShare Lottery deadline

June 01, 2009

What would you do or buy if you were the winner of 50.000 EUR in cash? A new car, new stereo equipment with high-tech speakers, the holiday of your dreams - the winner of the RapidShare Lottery will be happy about a suitcase full of money.

Exh. 1, Pg. 8

**8**

Home | News | Rewards | Money | Premium Zone | Free Zone | RapidGames | RapidTools | Support | RapidShare AG
Privacy Policy



 **NEWS**

1 | 2 | 3 | 4

## Premium RapidPoints are becoming more valuable

September 14, 2009

When we changed the RapidPoints system on August 22, we have also increased the reward department's budget by a remarkable amount. And while the summer special, which allowed creating a new RapidShare account for only 1998 Free-RapidPoints, has ended today, the Premium-RapidPoints' exchange rate is steadily increasing.

Even we do not know when the peak will be reached. An autonomous system calculates the exchange rate using complex formulas that we have developed from the experiences and statistics of the last months. Of course, this means that the exchange rate might also decline in the future. Our goal was simply to make it possible for our customers to get the maximum out of the reward program, without taking an incalculable risk on our side. That goal has been achieved.

Here you can get information about our reward program. Currently, the exchange rate is 1,13 Euro for 1000 Premium-RapidPoints - that means, you will be credited 22,60 Euro for a one year Premium Account that you have referred! As if this were not enough, you also get Premium-RapidPoints when Premium customers download your files.

## RapidShare points system 2.0 [Update]

August 22, 2009

We have received a lot of feedback regarding our points and rewards system. We have now developed a new system, which will make valuable rewards possible for all our loyal customers and partners. We would like to thank all the customers who have contributed to this new system by providing their feedback and ideas!

Premium-RapidPoints will now be counted separately from the classical (Free-)RapidPoints. Premium-RapidPoints can be exchanged for Free-RapidPoints, but as an additional possibility, you will also be able to use them in place of the former "ReferrerPoints" in exchange for valuable rewards.

Your Premium-RapidPoints are shown in the Premium or Collector's Zone, as well as the conversion feature. API programmers can find the according functions in the API documentation.

As a compensation for the waiting time until our new system has been finished, we are offering a great summer special: currently, you can create a 30-days Premium Account for only 1998 Free-RapidPoints!

**Update, August 24:**
In order to simplify the system, the currency "ReferrerPoints" has been removed. The news message has been updated accordingly. When you gain us a new customer, you will receive Premium-RapidPoints instead, which you can use just like the ReferrerPoints. Of course all ReferrerPoints that have been collected until now have been conversed into the according number of Premium-RapidPoints.

Exhibit 2

FilesTube | Groups | Video | Games | Lyrics | Software | Message Box | More ▼

You are not logged in | Log in | Sign up

**Files** Tube

perfect 10 magazine | All | Search | Advanced search

⊟ Hide options     Results for: **perfect 10 magazine**

⚠ Create alert   RSS   Results **1 - 10** of **75** (found in 0.016s)

› **All results**
- Rapidshare
- Megaupload
- Hotfile
- Mediafire

more...

› **Relevance**
- Popularity
- Date
- Size

› **Any size**
- Less than 20MB
- 20MB to 200MB
- 200MB to 1GB
- Bigger than 1GB

Reset options

↓ **perfect 10 magazine** [Full DOWNLOAD]

↓ **perfect 10 magazine**.full.rar

↓ **Rajsova_Stanislava_aka_Maria_Polack__Perfect_10...**

Sponsored results

Also try:   **perfect 10 magazine** rapidshare   rapidshare com files **magazine perfect 10**   **perfect 10 magazine** jodi

Rajsova Stanislava aka Maria Polack **Perfect 10** 20px
**rapidshare.com**   ext: .zip   size: 5 MB   date: 2009-01-27
☆ ☆ ☆ ☆ ☆   Rajsova Stanislava aka Maria Polack **Perfect 10** 20px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 – Download

Isabelle Funaro **Perfect 10** 8px - Nude Model
**rapidshare.com**   ext: .zip   size: 555 KB   date: 2009-01-27
☆ ☆ ☆ ☆ ☆   Isabelle Funaro **Perfect 10** 8px - Nude Model
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 – Download

Kristina Kovari **Perfect 10** 30px
**rapidshare.com**   ext: .zip   size: 2 MB   date: 2009-01-27
☆ ☆ ☆ ☆ ☆   Kristina Kovari **Perfect 10** 30px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 – Download

Video results for: **perfect 10 magazine**


How to Save Money on Your Wedding
Helen from Perfect Brides magazine gives tips of (More)
▭ Watch here


The Super Parent Trap: Mom Matters #10
Mom Matters is 10 easy-to-watch minutes of (More)
▭ Watch here

Lorrie Stewart **Perfect 10** 12px - Venus Swimwear BnBabes Benchwarmer
**rapidshare.com**   ext: .zip   size: 8 MB   date: 2009-01-27
☆ ☆ ☆ ☆ ☆   Lorrie Stewart **Perfect 10** 12px - Venus Swimwear BnBabes Benchwarmer
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 – Download

Karine Ferri-Jaubert **Perfect 10** 26px - Bachelor 2 France
**rapidshare.com**   ext: .zip   size: 8 MB   date: 2009-01-27
☆ ☆ ☆ ☆ ☆   Karine Ferri-Jaubert **Perfect 10** 26px - Bachelor 2 France
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 – Download

Leslie Ann Heaton **Perfect 10** 8px - Nude Model
**rapidshare.com**   ext: .zip   size: 1 MB   date: 2009-01-27
☆ ☆ ☆ ☆ ☆   Leslie Ann Heaton **Perfect 10** 8px - Nude Model
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 – Download

Andrea Krumlova **Perfect 10** 16px - Czech PB M B
**rapidshare.com**   ext: .zip   size: 3 MB   date: 2009-01-27
☆ ☆ ☆ ☆ ☆   Andrea Krumlova **Perfect 10** 16px - Czech PB M B
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 – Download

Elle Williams **Perfect 10** 17px -maybe porn
**rapidshare.com**   ext: .zip   size: 3 MB   date: 2009-01-27
☆ ☆ ☆ ☆ ☆   Elle Williams **Perfect 10** 17px -maybe porn
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 – Download

Sasha Brinkova **Perfect 10** 12px - Nude Model


FilesTube - Media Search Engine on Facebook

Become a Fan

**Share FilesTube link**
🔥 Share  |  f  ⊞  ✦  ✦  t

**Link to FilesTube**
Show your support by placing a link to filestube.com on your website and favorite forums:

<a target="_blank" href="http://www.filestube.com">Rapidshare search engine</a>

↑ Advertise here


THE TOP 10 STARS OF THE DECADE

FEEDBACK

You are not logged in | Log in | Sign up

**FilesTube**  FilesTube  Groups  Video  Games  Lyrics  Software  Message Box  More ▼

perfect 10 magazine   | All |   Search   Advanced search

⊟ Hide options    Results for: **perfect 10 magazine**    ⚠ Create alert   [RSS]  Results **11 - 20** of 75 (found in 0.110s)

› **All results**
- Rapidshare
- Megaupload
- Hotfile
- Mediafire
   more...

› **Relevance**
- Popularity
- Date
- Size

› **Any size**
- Less than 20MB
- 20MB to 200MB
- 200MB to 1GB
- Bigger than 1GB

Reset options

⬇ **perfect 10 magazine** [Full DOWNLOAD]

⬇ **perfect 10 magazine**.full.rar

⬇ **Veronica_Vanoza_aka_Veronika_Bitnerova__Perfect...**

Sponsored results

**Also try:** perfect 10 magazine rapidshare   rapidshare com files magazine perfect 10
   perfect 10 magazine jodi

Veronica Vanoza aka Veronika Bitnerova **Perfect 10** 8px - Pornstar
**rapidshare.com**  ext: .zip  size: 750 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Veronica Vanoza aka Veronika Bitnerova **Perfect 10** 8px - Pornstar
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Abby Essien **Perfect 10** 8px
**rapidshare.com**  ext: .zip  size: 448 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Abby Essien **Perfect 10** 8px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Gabi Black aka Gabi Feke **Perfect 10** 8px - Pornstar
**rapidshare.com**  ext: .zip  size: 658 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Gabi Black aka Gabi Feke **Perfect 10** 8px - Pornstar
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Alexa Latona **Perfect 10** 20px
**rapidshare.com**  ext: .zip  size: 4 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Alexa Latona **Perfect 10** 20px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Alexandria Karlsen **Perfect 10** 19px
**rapidshare.com**  ext: .zip  size: 1 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Alexandria Karlsen **Perfect 10** 19px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Marketa Brymova aka Marketa Laysova **Perfect 10** 19px
**rapidshare.com**  ext: .zip  size: 5 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Marketa Brymova aka Marketa Laysova **Perfect 10** 19px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Erica Campbell **Perfect 10** 23px
**rapidshare.com**  ext: .zip  parts: 2  size: 5 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Erica Campbell **Perfect 10** 23px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Ashley Smith **Perfect 10** 25px
**rapidshare.com**  ext: .zip  size: 5 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Ashley Smith **Perfect 10** 25px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Elle Williams **Perfect 10** 19px - Pornstar
**rapidshare.com**  ext: .zip  size: 3 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Elle Williams **Perfect 10** 19px - Pornstar
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Gina Raye Swensson **Perfect 10** 8px - Softcore Movie Actress
**rapidshare.com**  ext: .zip  size: 723 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Gina Raye Swensson **Perfect 10** 8px - Softcore Movie Actress
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

**FilesTube - Media Search Engine**
on Facebook
Become a Fan

**Share FilesTube link**
➦ Share | f 🔷 🔶 t

**Link to FilesTube**
Show your support by placing a link to filestube.com
on your website and favorite forums:

<a target="_blank" href="http://www.filestube.com">Rapidshare
search engine</a>

↑ Advertise here



FEEDBACK

FilesTube  Groups  Video  Games  Lyrics  Software  Message Box  More ▼
You are not logged in | Log in | Sign up

**Files Tube**

perfect 10 magazine | All | Search | Advanced search

⊟ Hide options    Results for: **perfect 10 magazine**    ⚠ Create alert  RSS  Results **21 - 30** of **75** (found in **0.160s**)

› **All results**
🔹 Rapidshare
🔶 Megaupload
🟧 Hotfile
🔵 Mediafire
more...

› **Relevance**
Popularity
Date
Size

› **Any size**
Less than 20MB
20MB to 200MB
200MB to 1GB
Bigger than 1GB

Reset options

⬇ **perfect 10 magazine** [Full DOWNLOAD]

⬇ **perfect 10 magazine**.full.rar

⬇ **Jayde_Steele__Perfect_10___4px__-_Mens_Mags__H...**

Sponsored results

**Also try:** perfect 10 magazine rapidshare  rapidshare com files magazine perfect 10  perfect 10 magazine jodi

Jayde Steele **Perfect 10** 4px - Mens Mags Hip Hop Honeys
**rapidshare.com**  ext: **.zip**  size: 442 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Jayde Steele **Perfect 10** 4px - Mens Mags Hip Hop Honeys
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Tereza Benesova **Perfect 10** 19px
**rapidshare.com**  ext: **.zip**  size: 2 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Tereza Benesova **Perfect 10** 19px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Julia Schultz **Perfect 10** 4px
**rapidshare.com**  ext: **.zip**  size: 251 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Julia Schultz **Perfect 10** 4px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Amy Caro **Perfect 10** 8px - P10 Model Boxing
**rapidshare.com**  ext: **.zip**  size: 665 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Amy Caro **Perfect 10** 8px - P10 Model Boxing
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Elena Daniels **Perfect 10** 16px - CyberGirl 2-2006 Web Model
**rapidshare.com**  ext: **.zip**  size: 3 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Elena Daniels **Perfect 10** 16px - CyberGirl 2-2006 Web Model
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Zita Gorocs aka Zita Gorog **Perfect 10** 24px
**rapidshare.com**  ext: **.zip**  size: 5 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Zita Gorocs aka Zita Gorog **Perfect 10** 24px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Daniela Gil **Perfect 10** 39px
**rapidshare.com**  ext: **.zip**  size: 9 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Daniela Gil **Perfect 10** 39px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Zoya Konyieva **Perfect 10** 40px - Nude Model
**rapidshare.com**  ext: **.zip**  size: 3 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Zoya Konyieva **Perfect 10** 40px - Nude Model
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Petra Kocarova **Perfect 10** 12px - Miss Czech Republic
**rapidshare.com**  ext: **.zip**  size: 1 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Petra Kocarova **Perfect 10** 12px - Miss Czech Republic
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Zuzana Drabinova **Perfect 10** 8px
**rapidshare.com**  ext: **.zip**  size: 1 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Zuzana Drabinova **Perfect 10** 8px

**FilesTube - Media Search Engine**
Files Tube on Facebook
👍 Become a Fan

**Share FilesTube link**
🔥 Share | 🔵 📘 🔵 🔵 ⓣ

**Link to FilesTube**
Show your support by placing a link to filestube.com on your website and favorite forums:

<a target="_blank" href="http://www.filestube.com">Rapidshare search engine</a>

↑ Advertise here



FEEDBACK

Exh. 2, Pg. 3

**12**



FilesTube   Groups   Video   Games   Lyrics   Software   Message Box   More ▼          You are not logged in   Log in  |  Sign up

**Files Tube**

[ perfect 10 magazine ]   [ All ]   Search   Advanced search

⊟ Hide options          Results for: **perfect 10 magazine**          ⚠ Create alert   **RSS**   Results **31 - 40** of 75 (found in 0.181s)

**› All results**
- Rapidshare
- Megaupload
- Hotfile
- Mediafire
  more...

**› Relevance**
- Popularity
- Date
- Size

**› Any size**
- Less than 20MB
- 20MB to 200MB
- 200MB to 1GB
- Bigger than 1GB

Reset options

⬇ **perfect 10 magazine** [Full DOWNLOAD]

⬇ **perfect 10 magazine**.full.rar

⬇ **Jodie_Shaw__Perfect_10__4px_-_MegaStar_UK**

Sponsored results

Also try:  **perfect 10 magazine** rapidshare    rapidshare com files **magazine perfect 10**
 **perfect 10 magazine** jodi

Jodie Shaw **Perfect 10** 4px - MegaStar UK
rapidshare.com   ext: .zip   size: 134 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Jodie Shaw **Perfect 10** 4px - MegaStar UK
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Magdolna Szedlak aka Magdi **Perfect 10** 32px
rapidshare.com   ext: .zip   size: 8 MB  date: 2009-01-27
★ ★ ★ ★ ★  Magdolna Szedlak aka Magdi **Perfect 10** 32px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Lenka Gaborova **Perfect 10** 20px vG
rapidshare.com   ext: .zip   size: 10 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Lenka Gaborova **Perfect 10** 20px vG
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Evelina Papantoniou **Perfect 10** 12px - Miss Greece 2001 Runner-up
rapidshare.com   ext: .zip   size: 972 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Evelina Papantoniou **Perfect 10** 12px - Miss Greece 2001 Runner-up
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Jana Cova aka Yana Cova **Perfect 10** 12px
rapidshare.com   ext: .zip   size: 2 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Jana Cova aka Yana Cova **Perfect 10** 12px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Xenia Szabo **Perfect 10** 20px - Nude Model
rapidshare.com   ext: .zip   size: 5 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Xenia Szabo **Perfect 10** 20px - Nude Model
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Nickie Yager **Perfect 10** 17px - BattleDome
rapidshare.com   ext: .zip   size: 1 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Nickie Yager **Perfect 10** 17px - BattleDome
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Andrea Mejtova **Perfect 10** 4px - Model Italian
rapidshare.com   ext: .zip   size: 300 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Andrea Mejtova **Perfect 10** 4px - Model Italian
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Lisa Fuxler **Perfect 10** 8px - Model for Armani
rapidshare.com   ext: .zip   size: 373 KB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Lisa Fuxler **Perfect 10** 8px - Model for Armani
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

Jesse Capelli aka Jennifer Leone **Perfect 10** 33px
rapidshare.com   ext: .zip   size: 4 MB  date: 2009-01-27
☆ ☆ ☆ ☆ ☆  Jesse Capelli aka Jennifer Leone **Perfect 10** 33px
http://project-xtapes.com/phpbb/viewtopic.php?f=8&t=6024&start=0 - Download

FilesTube - Media Search Engine
on Facebook
🔲 Become a Fan

Share FilesTube link

🔗 Share  |  📘 🔵 🟠 🔵 🐦

Link to FilesTube

Show your support by placing a link to filestube.com
on your website and favorite forums:

[ <a target="_blank" href="http://www.filestube.com">Rapidshare
search engine</a> ]

↑ Advertise here

FEEDBACK



Exh. 2, Pg. 4

**13**



REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

PERFECT10.COM Copyright © 2000 Perfect 10, Inc.

Exh. 2, Pg. 5

**14**

# Exhibit 3

RAPIDES PARISH LIBRARY (LA) Glenmora Branch

RAPIDES PARISH LIBRARY (LA) Gunter Branch

RAPIDES PARISH LIBRARY (LA) Hineston Branch

RAPIDES PARISH LIBRARY (LA) Johnson Branch

RAPIDES PARISH LIBRARY (LA) King Branch

RAPIDES PARISH LIBRARY (LA) MAIN LIBRARY

RAPIDES PARISH LIBRARY (LA) Martin Branch

RAPIDES PARISH LIBRARY (LA) PRESCHOOL OUTREACH PROGRAM

RAPIDES PARISH LIBRARY (LA) Red Carpet

RAPIDES PARISH LIBRARY (LA) Robertson Branch

RAPIDMEDIA

RAPIDMEDIA NETWORK

RapidNet

RapidNet, Inc.

RapidSite, Inc.

RapidNet, LLC

raquelanddavid.org

rareautoparts.com

raremalts.co.uk

rare-malts.co.uk

raremalts.com

rare-malts.com

raremalts.it

Rare Niche Web Sites

raresmirnoffblack.com

Raritan Valley Community College (North Branch, NJ)

rashida-jones.org

raspeberrytwist.com

RAT-A-TAT, LLC

Exh. 3, Pg. 1

# Exhibit 4



```
domain:                rapidshare.com
status:                LOCK
owner-c:               LULU-9408709
admin-c:               LULU-9408709
tech-c:                LULU-9408709
zone-c:                LULU-9408709
nserver:               ns1.rapidshare.com
nserver:               ns2.rapidshare.com
nserver:               ns3.rapidshare.com
created:               2002-05-27 20:23:36
expire:                2010-05-27 20:23:36 (registry time)
changed:               2009-07-17 22:30:49

[owner-c] handle:      9408709
[owner-c] type:        PERSON
[owner-c] title:
[owner-c] fname:       Christian
[owner-c] lname:       Schmid
[owner-c] org:         RapidShare AG
[owner-c] address:     Gewerbestrasse 6
[owner-c] city:        Cham
[owner-c] pcode:       6330
[owner-c] country:     CH
[owner-c] state:       CH
[owner-c] phone:       +41-41-7487888
[owner-c] fax:         +41-41-7487899
[owner-c] email:       domain@rapidshare.com
[owner-c] protection:  B
[owner-c] updated:     2006-11-26 23:36:18

[admin-c] handle:      9408709
[admin-c] type:        PERSON
[admin-c] title:
[admin-c] fname:       Christian
[admin-c] lname:       Schmid
[admin-c] org:         RapidShare AG
[admin-c] address:     Gewerbestrasse 6
[admin-c] city:        Cham
[admin-c] pcode:       6330
[admin-c] country:     CH
[admin-c] state:       CH
[admin-c] phone:       +41-41-7487888
[admin-c] fax:         +41-41-7487899
[admin-c] email:       domain@rapidshare.com
[admin-c] protection:  B
[admin-c] updated:     2006-11-26 23:36:18

[tech-c] handle:       9408709
[tech-c] type:         PERSON
[tech-c] title:
[tech-c] fname:        Christian
[tech-c] lname:        Schmid
[tech-c] org:          RapidShare AG
[tech-c] address:      Gewerbestrasse 6
[tech-c] city:         Cham
```

WHOIS Searches

POPULAR    RECENT

Domain Name - Total Searches        RSS

sbcglobal.net - 26541

amazon.com - 7221

craigslist.com - 5177

kingsridge.com - 4456

cisco.com - 3654

mchsi.com - 3198

disney.com - 3159

ibm.com - 3045

cnn.com - 2558

nytimes.com - 2323

NEXT »

Exh. 4, Pg. 1

16

May 27, 2009

To Whomever It May Concern / *Christian Schmid*

Your company is stealing and selling massive quantities of not only our copyrighted materials but the copyrighted materials of most copyright holders.

Attached please find a DVD which contains a sampling of our copyrighted materials that your site has offered for sale without any authorization whatsoever. Please remove all copyrighted materials that you do not have the rights for from your offerings, including the materials on the attached DVD. We and other copyright holders cannot compete with a company like yours that is stealing massive quantities of other people's property as you have no cost to acquire your stolen materials whereas we pay to create what we own.

I swear under penalty of perjury that a) I have a good faith belief that the use of the Perfect 10 copyrighted material in the manner complained of in this email is not authorized by the copyright holder Perfect 10, its agent, or the law, b) that the information in this notification is accurate, to the best of my knowledge, and c) that I am authorized to act on behalf of Perfect 10, Inc. the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions at all about this notice, and please answer the above questions.

Sincerely,

Norm Zada, Ph.D.

Perfect 10, Inc.

800-606-6639

P.O. Box 3398

Beverly Hills, CA 90212

Fax: 310-205-9644

normanz@earthlink.net <mailto:normanz@earthlink.net>

Exh. 4, Pg. 2

**17**



Exh. 4, Pg. 3

**FedEx** Express **International Air Waybill**
For FedEx services worldwide

Sender's C

**1 From** Please print and press hard.

Date MM/DD/YY    Sender's FedEx
Account Number

Sender's Name  Norman Zada   Phone 710-205-9988

Company  Perfect 10

Address  72 Beverly Park

Address

City Beverly Hills   State Province CA

Country USA    ZIP Postal Code 90210

**2 To**

Recipient's Name Christan Schmid  Phone 41-41-7487899

Company Rapidcine AG

Address Gewerbestrasse 6
Dept./Floor

Address

City Cham   State Province CH

Country CH    ZIP Postal Code 6330

Recipient's Tax ID number for Customs purposes
e.g., GST/RFC/VAT/IN/EIN, or as locally required

**3 Shipment Information**   ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total ✓   lbs./ kg    in. cm

**4 Express Package Service**     *Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

☐ FedEx Intl. Priority    ☐ FedEx Intl. First
Available to select locations higher rates apply.

☐    ☐ FedEx Intl. Economy
FedEx Envelope and FedEx Pak rate not available

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only

**7a Payment** *Bill transportation charges to:*
Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque

FedEx Acct. No.      FedEx Use Only

Credit Card No.

Credit Card Exp. Date

**7b Payment** *Bill duties and taxes to:*
ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.
OPTIONAL

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
**WARNING:** These commodities, technology or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature  M Zada

This is not authorization to deliver this shipment without a recipient signature.

500

Exh. 4, Pg. 4

19



# Exhibit 5







Exhibit 6









REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

Copyright © 2005 Perfect 10, Inc.

PERFECT10.COM



REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

Copyright 1998 Perfect 10, Inc.
http://www.perfectten.com

28

Exh. 6, Pg. 5



REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

PERFECT10.COM

Exh. 6, Pg. 6

**29**



Copyright © 2001 Perfect 10, Inc.

PERFECT10.COM

REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

Exh. 6, Pg. 7

**30**




REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

Exh. 6, Pg. 8

**31**





REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

Exh. 6, Pg. 9

PERFECT 10
Copyright © 1999 Perfect10, Inc.
http://www.perfect10.com



REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

PERFECT 10 Copyright © 1998 Perfect 10, Inc. http://www.perfect10.com

Exh. 6, Pg. 10

**33**



REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER




Exh. 6, Pg. 12

PERFECT10.COM Copyright © 2001 Perfect 10, Inc.

35



PERFECT10.COM Copyright ©2003 Perfect 10, Inc.

REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

Exh. 6, Pg. 13

**36**




REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

PERFECT10.COM   Copyright © 2001 Perfect 10, Inc.

Exh. 6, Pg. 14

**37**




Copyright © 2000 Perfect 10, Inc.

PERFECT10.COM

REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

Exh. 6, Pg. 15



REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER



PERFECT10.COM Copyright © 2001 Perfect 10, Inc.

Exh. 6, Pg. 16

39

# Exhibit 7

**Web** | Images | Videos | Maps | News | Shopping | Gmail | more ▼          Web History | Search settings | Sign in

# Google

| avatar rapidshare.com | | Search | Advanced Search |

---

Web  ⊞ Show options...                    Results **1 - 100** of about **32,300,000** for **avatar rapidshare.com**. (**0.23** seconds)

**rapidshare avatar** movie 2009 - **Rapidshare** Search - (65 files)
**rapidshare avatar** movie 2009 download on **rapidshare** search engine - **Avatar**
Soundtrack 2009 ,**Avatar** DVDCustom 2009 Dual Audio ,Style14 net 20 Amazing **Avatar**
...
www.filestube.com/r/**rapidshare**+**avatar**+movie+2009 - Cached - Similar

  **avatar rapidshare com** - Rapidshare Search - (6498 files)
  **avatar rapidshare com** download on rapidshare search engine - przygody avatara ,
  Avatar 3D DVDSCR xViD xSCR ,Avatar Game Java For Mobile www Mehrdad ...
  www.filestube.com/a/**avatar**+**rapidshare**+com - Cached

  ⊞ Show more results from www.filestube.com

James Camerons **Avatar rapidshare.com** » Free Downloads RapidShare ...
James Camerons **Avatar rapidshare.com** Download. James Camerons **Avatar**
**rapidshare. com** free full from rapidshare, megaupload, mediafire, hotfile, ftp, ...
win7dl.com › PDA & Mobile › Game - Cached

  **Avatar rapidshare.com** files 2009 » Free Downloads RapidShare ...
  Feb 1, 2010 ... **Avatar rapidshare.com** files 2009 Download. **Avatar**
  **rapidshare.com** files 2009 free full from rapidshare, megaupload, mediafire, hotfile, ftp, ...
  win7dl.com/download/**avatar**+**rapidshare.com**.files+2009.html - Cached

  ⊞ Show more results from win7dl.com

**Avatar rapidshare com** movie - Rapidshare files
Download **avatar rapidshare com** movie for free, Free download **avatar rapidshare
com** movie from rapidshare.
ineedfile.com/**avatar-rapidshare-com**-movie - 6 hours ago - Cached

  **Avatar rapidshare com** files pelicula - Rapidshare files
  Download **avatar rapidshare com** files pelicula for free, Free download **avatar
  rapidshare com** files pelicula from rapidshare.
  ineedfile.com/**avatar-rapidshare-com**-files-pelicula - Cached

  ⊞ Show more results from ineedfile.com

**Avatar rapidshare.com** » Free Downloads RapidShare - MegaUpload ...
**Avatar rapidshare.com** is available on a new high speed direct download service with
over 29261,93 Files to choose from. Download anything with more then ...
rapidshare-catalog.com › Software › Desktop Enhancements - Cached

  Cave jivin mp3 **avatar rapidshare** » Free Downloads RapidShare ...
  Free Full Downloads **RapidShare** and MegaUpload, Free Software, Free music, Free
  movie and games, downloads Serials, Patch, Crack, Key Gen on the **RapidShare** ...
  **rapidshare**-catalog.com/.../cave+jivin+mp3+**avatar**+**rapidshare**.html - Cached

  ⊞ Show more results from rapidshare-catalog.com

James Camerons **Avatar rapidshare.com** » RapidShare MegaUpload Free ...
James Camerons **Avatar rapidshare.com** search full downloads. James Camerons

Exh. 7, Pg. 1

**40**

**Web**  Images  Videos  Maps  News  Shopping  Gmail  **more ▼**          Web History | Search settings | Sign in



| Beatles rapidshare.com | | Search |  Advanced Search

---

**Web**  ➕ Show options...          Results **1** - **100** of about **3,990,000** for **Beatles rapidshare.com**. (**0.12** seconds)

### The **Beatles**- The Days In Their Life (21 CD) **rapidshare**
Jan 20, 2008 ... Download The **Beatles**- The Days In Their Life (21 CD) **rapidshare** mp3
full album.
www.zona-musical.com/postt75621.html - Cached - Similar

> The **Beatles** - 13 Albums (320 KBPS) **rapidshare** - Nov 11, 2008
> The **Beatles** - With the **Beatles**(RS) **rapidshare** - Jul 17, 2008
> Yellow Matter Custard - Tribute **Beatles rapidshare** - May 11, 2008
> The **Beatles** - Discography (15 CD MFSL/DESS) + Bonus **rapidshare** - May 10, 2008
> More results from zona-musical.com »

### Taringa! - 25 Albums de The **Beatles** con imágenes
http://**rapidshare**.com/files/31291558/The_Beatles-1969-_Abbey_Road.rar. The **Beatles**
- Let It Be (1970) 01. Two Of Us 02. Dig A Pony 03. Across The Universe ...
www.taringa.net/.../25-Albums-de-The-**Beatles**-con-imágenes.html - Cached - Similar

### ETERNOS **BEATLES**
Etiquetas: **Beatles**, **Rapidshare** ..... Considerados como los que homenajean a Los
Beatles al pie de la letra, este es su tercer disco. (192kbps) ...
eternos**beatles**.blogspot.com/ - Cached - Similar

### with the **beatles rapidshare** - Rapidshare Search - (113 files)
with the **beatles rapidshare** download on rapidshare search engine - Jam with The
Beatles ,The Beatles With The Beatles 1963 ,The Beatles With The Beatles ...
www.filestube.com/w/with+the+**beatles**+**rapidshare** - Cached

> ### **beatles** remastered **rapidshare** - **Rapidshare** Search - (569 files)
> **beatles** remastered **rapidshare** download on **rapidshare** search engine - The **Beatles**
> Please Please Me ,**Beatles** for Salelucho gato ,1963 2 With The **Beatles** ...
> www.filestube.com/.../**beatles**+remastered+**rapidshare** - 4 hours ago - Cached - Similar
>
> ➕ Show more results from www.filestube.com

### Best **beatles** - **Rapidshare** download
File http://**rapidshare**.com/files/.../best **beatles** download. Fileshunt **Rapidshare**
Search engine.
fileshunt.com/**rapidshare**.php?file=best+**beatles** - Cached - Similar

> ### Www rapidshare com files **beatles** - **Rapidshare** download
> File http://**rapidshare**.com/files/.../www **rapidshare com** files **beatles** download.
> Fileshunt **Rapidshare** Search engine.
> fileshunt.com/**rapidshare**.php?file...**rapidshare**+com...**beatles** - Cached - Similar
>
> ➕ Show more results from fileshunt.com

### The **Beatles rapidshare** file downloads
The **Beatles rapidshare** links available for download. Daily checked working links for
downloading the beatles files hosted on rapidshare.com/files.
rapidog.com/the-**beatles**-**rapidshare**.html - Cached - Similar

Exh. 7, Pg. 2

**41**

**Web**  |  Images  |  Videos  |  Maps  |  News  |  Shopping  |  Gmail  |  **more ▼**          Web History | Search settings | Sign in



| Windows 7 rapidshare.com | Search | Advanced Search |

---

**Web**  ➕ Show options...          Results **1** - **100** of about **46,200,000** for **Windows 7 rapidshare.com**. (**0.21** seconds)

### Windows 7 » Megaupload Rapidshare Download Crack Serial
Oct 22, 2009 ... <mark>Download **Windows 7** | **Rapidshare**</mark> Megaupload ... Download Microsoft
**Windows 7** Activated x32 & x64 **Rapidshare** ...
www.egydown.com › Programmes › Operating Systems - Cached - Similar

### Windows 7 Activator » Megaupload Rapidshare Download Crack Serial
**Windows 7** Activator **Windows 7** Activator Patch - All **windows 7** releases **Windows
7** Activator Patch the latest patch for **windows 7** ( all releases ) , replace ...
www.egydown.com › Programmes › Operating Systems - Cached - Similar

➕ Show more results from www.egydown.com

### Download Windows 7 Ultimate Build 7137 Leaked 32-bit and 64-bit ...
May 28, 2009 ... The Windows 7 Build 7137 build string is meaning it was compiled on 21st
May .... windows 7 Ultimate download ISO - **windows 7 rapidshare.com** ...
www.mydigitallife.info/.../download-**windows-7**-ultimate-build-7137-leaked- 32-bit-and-64-
bit-iso-images/ - Cached - Similar

### Windows 7 Seven Ultimate Build 7057 x86 (Possibly RC) DVD ISO ...
Mar 12, 2009 ... For those who prefer to download via **RapidShare**, download links are
available at the forum. 64bit (x64) **Windows 7** Build 7057 is also ...
www.mydigitallife.info/.../**windows-7**-seven-ultimate-build-7057-x86- possibly-rc-dvd-iso-
image-torrent-download/ - Cached - Similar

➕ Show more results from www.mydigitallife.info

### Windows 7 Beta 1Build 7000 available for download - KezNews.com
**Windows 7** Beta 1 Build 7000 x64. Mirrors: **rapidshare.com**: http://**rapidshare.com**/
files/177517881/win7beta7000.downarchive.part01.rar ...
keznews.com/5193_**Windows_7**_Beta_1Build_7000_available_for_ download -
Cached - Similar

### Windows 7 RTM 7600 download x86 and x64 - KezNews.com
Dec 7, 2009 ... **Windows7** x64 7600 rtm 1 32full ISO iso Torrent **rapidshare**: **Windows
7** RTM 7600 download link 1 · **Windows 7** RTM 7600 download link 2 ...
keznews.com/5954_**Windows_7**_RTM_7600_download__x86_and_x64 - Cached - Similar

➕ Show more results from keznews.com

### Windows 7 Ultimate Build 7201 x86 32bit Rapidshare - TESTED
1 post - 1 author - Last post: Jan 17
This is an untouched copy of the **Windows 7** Ultimate x64 build 7201. Your beta key
should work fine with it. As always, please buy the software when it is ...
forums.mydigitallife.info/.../5715-**Windows**-7-Ultimate-Build-7201-x86- 32bit-**Rapidshare**-
TESTED - Cached

**Windows 7** 7600.16385 x86 **Rapidshare** Original - Jan 17, 2010
**Windows 7** Ultimate RC Release Candidate Build 7100 x86 32bit ... - Apr 25, 2009
**Windows 7** Build 7077 x86 32bit Ultimate **Rapidshare** - Apr 9, 2009
**Windows 7** Build 7068 x64 64bit Ultimate **Rapidshare** - Mar 29, 2009
More results from forums.mydigitallife.info »

Exh. 7, Pg. 3

**42**



Web | Images | Videos | Maps | News | Shopping | Gmail | more ▼          Web History | Search settings | Sign in

Maxim Magazine rapidshare.com          [ Search ]    Advanced Search

---

**Web**  ➕ Show options...          Results **1 - 100** of about **267,000** for **Maxim Magazine rapidshare.com**. (**0.13** seconds)

### Maxim magazine - Rapidshare download
File http://**rapidshare.com**/files/.../**maxim magazine** download. Fileshunt **Rapidshare**
Search engine.
fileshunt.com/**rapidshare**.php?file=**maxim**+**magazine** - Cached - Similar

#### Magazine pdf - Rapidshare download
MAXIM.Magazine.Russian.Edition.October.2007.SCAN.300dpi.PDF.pdf. 156 MB. file tags:
**maxim magazine rapidshare** maxim russian free maxim edition rapidshare **...**
fileshunt.com/**rapidshare**.php?file=**magazine**+pdf - Cached - Similar

➕ Show more results from fileshunt.com

### Maxim Magazine - December 2008 USA » Flmsdown Free Full Downloads ...
**Maxim Magazine** - December 2008 USA Download From **Rapidshare**, Hotfile and
Megaupload. **Maxim Magazine** - December 2008 USA Download Torrent. **...**
flmsdown.net/**magazine**s/49271-**maxim**-**magazine**-december-2008-usa.html -
Cached - Similar

#### Maxim Magazine - November 2008 (Czech) » Flmsdown Free Full ...
**Maxim Magazine** - November 2008 (Czech) Download From **Rapidshare**, Hotfile and
Megaupload. **Maxim Magazine** - November 2008 (Czech) Download Torrent. **Maxim ...**
flmsdown.net/**magazine**s/53502-**maxim**-**magazine**-november-2008-czech. html -
Cached - Similar

➕ Show more results from flmsdown.net

### maxim magazine - Rapidshare Search - (625 files)
**maxim magazine** download on **rapidshare** search engine - Mischa Barton **Maxim**
**Magazine** Germany February 2009 ,**Maxim Magazine** Agosto 2009 ,Milla Jovovich
**Maxim ...**
www.filestube.com/m/**maxim**+**magazine** - Cached

#### megan fox maxim magazine rapidshare - Rapidshare Search - (1 files)
megan fox **maxim magazine rapidshare** download on rapidshare search engine -
Megan Fox www softarchive net rar, Rapidshare Files.
www.filestube.com/m/megan+fox+**maxim**+**magazine**+**rapidshare** - Cached

➕ Show more results from www.filestube.com

### Maxim magazine - Rapidshare Search (112 files)
Download **maxim magazine** for free. Download your favorite **maxim magazine** files at
**rapidshare**, megaupload etc.
filespump.com/**rapidshare**/**maxim**-**magazine**.html - Cached

#### Maxim magazine pdf - Rapidshare Search (109 files)
Download **maxim magazine** pdf for free. Download your favorite **maxim magazine** pdf
files at **rapidshare**, megaupload etc.
filespump.com/**maxim**-**magazine**-pdf.html - Cached

➕ Show more results from filespump.com

Exh. 7, Pg. 4

**43**

| Google Search for "Movie Title" & rapidshare.com | Results Returned | Google Search for "Movie Title" & rapidshare.com | Results Returned |
|---|---|---|---|
| Avatar | 31,900,000 | The Young Victoria | 1,850,000 |
| The Book of Eli | 20,900,000 | Terminator | 1,600,000 |
| Smokin' Aces 2 | 19,000,000 | Transformers | 1,590,000 |
| E.T. | 18,100,000 | A Serious Man | 1,580,000 |
| Dirty Dancing | 17,400,000 | American Pie | 1,510,000 |
| Twilight | 17,100,000 | Old Dogs | 1,390,000 |
| Harry Potter | 9,580,000 | Daybreakers | 1,210,000 |
| Star Wars | 9,300,000 | Smokin Aces | 1,190,000 |
| Batman | 9,020,000 | South Park | 1,160,000 |
| Star Trek | 8,700,000 | Titanic | 1,090,000 |
| Precious | 7,900,000 | Edge of Darkness | 1,030,000 |
| Sherlock Holmes | 6,820,000 | Lord of the Rings | 1,030,000 |
| New Moon | 6,770,000 | District 9 | 1,010,000 |
| The Invention of Lying | 6,680,000 | Armored | 948,000 |
| Princess and the Frog | 6,490,000 | Tomb Raider | 864,000 |
| Ninja Assassin | 6,220,000 | Bruno | 830,000 |
| The Time Traveler's Wife | 6,210,000 | Couples Retreat | 805,000 |
| Shutter Island | 5,590,000 | Hangover | 779,000 |
| Legion | 5,120,000 | The Bourne Ultimatum | 773,000 |
| The Fourth Kind | 4,990,000 | James Bond | 738,000 |
| Simpsons | 4,820,000 | Invictus | 723,000 |
| Alice in Wonderland | 4,770,000 | Zombieland | 702,000 |
| Spiderman | 4,580,000 | Astro Boy | 680,000 |
| The Bookndock Saints II | 4,490,000 | Julie & Julia | 676,000 |
| Notebook | 3,990,000 | Indiana Jones | 658,000 |
| El Secreto de Sus Ojos | 3,960,000 | Godfather | 640,000 |
| X-Men | 3,760,000 | The Lovely Bones | 617,000 |
| Law Abiding Citizen | 3,630,000 | Sex and the City | 613,000 |
| Hurt Locker | 3,500,000 | Surrogates | 611,000 |
| The Men Who Stare at Goats | 3,170,000 | The Brother's Bloom | 582,000 |
| Matrix | 3,060,000 | Valentine's Day | 545,000 |
| Up in the Air | 3,000,000 | King Kong | 536,000 |
| From Paris with Love | 2,950,000 | Cirque Du Freak | 534,000 |
| Iron Man | 2,810,000 | Cloudy with a Chance of Meatballs | 534,000 |
| Agora | 2,000,000 | Crazy Heart | 527,000 |
| Tooth Fairy | 1,950,000 | Pirates of the Caribbean | 527,000 |
| Blind Side | 1,880,000 | Inglorious Bastards | 515,000 |
| Cop Out | 1,850,000 | Where the Wild Things Are | 494,000 |
| Dorian Gray | 470,000 | Pulp Fiction | 232,000 |

| Google Search for "Movie Title" & rapidshare.com | Results Returned | Google Search for "Movie Title" & rapidshare.com | Results Returned |
|---|---|---|---|
| Funny People | 469,000 | Back to the Future | 202,000 |
| Jurassic Park | 449,000 | It's Complicated | 188,000 |
| When in Rome | 437,000 | Borat | 176,000 |
| Jennifer's Body | 433,000 | War of the Worlds | 161,000 |
| Whiteout | 410,000 | American Beauty | 158,000 |
| Extraordinary Measures | 407,000 | Men in Black | 158,000 |
| Toy Story | 404,000 | The Incredibles | 142,000 |
| The Informant | 398,000 | Independence Day | 140,000 |
| Rambo | 396,000 | Knocked Up | 125,000 |
| Angels and Demons | 380,000 | Sixth Sense | 117,000 |
| Hancock | 379,000 | Bourne Identity | 116,000 |
| Mission Impossible | 369,000 | Exorcist | 106,000 |
| Stepfather | 329,000 | Gone with the Wind | 104,000 |
| Rush Hour | 322,000 | Dogma | 99,300 |
| Home Alone | 271,000 | Wedding Crashers | 99,300 |
| Mama Mia | 271,000 | Eyes Wide Shut | 97,000 |
| Twister | 259,000 | Passion of The Christ | 91,900 |
| Da Vinci Code | 246,000 | Schindler's List | 58,000 |
| Slumdog Millionaire | 235,000 | | |

Exh. 7, Pg. 6

45

| Google Search on "Title of show" & rapidshare.com | Results Returned |
|---|---|
| How I met Your Mother | 9,490,000 |
| CSI | 5,640,000 |
| Smallville | 4,040,000 |
| Big Bang Theory | 2,340,000 |
| NCIS | 1,560,000 |
| Chuck | 1,240,000 |
| Desperate Housewives | 1,240,000 |
| Heroes | 1,240,000 |
| Scrubs | 1,240,000 |
| The Office | 1,240,000 |
| Prison Break | 1,170,000 |
| Real Housewives of… | 1,170,000 |
| Family Guy | 1,040,000 |
| Glee | 992,000 |
| House M.D. | 950,000 |
| American Idol | 945,000 |
| One Tree Hill | 877,000 |
| Vampire Diaries | 862,000 |
| Battlestar Galactica | 837,000 |
| Gossip Girl | 798,000 |
| Nip/Tuck | 753,000 |
| The Mentalist | 731,000 |
| True Blood | 715,000 |
| Lie To Me | 699,000 |
| How to Make it in America | 636,000 |
| Californication | 611,000 |
| Two and a Half Men | 587,000 |
| Criminal Minds | 575,000 |
| Ghost Whisperer | 545,000 |
| Knight Rider | 495,000 |
| Ugly Betty | 485,000 |
| 30 Rock | 456,000 |

| Google Search on "Title of show" & rapidshare.com | Results Returned |
|---|---|
| Stargate Atlantis | 447,000 |
| American Dad | 445,000 |
| CSI: New York | 445,000 |
| Entourage | 443,000 |
| Burn Notice | 428,000 |
| Numb3rs | 404,000 |
| Grey's Anatomy | 368,000 |
| Cougar Town | 366,000 |
| Supernatural | 315,000 |
| Amazing Race | 292,000 |
| Modern Family | 285,000 |
| Twilight Zone | 283,000 |
| Band of Brothers | 278,000 |
| Gilmore Girls | 249,000 |
| Daily Show | 247,000 |
| Melrose Place | 238,000 |
| Seinfeld | 238,000 |
| The Bachelor | 230,000 |
| Six Feet Under | 226,000 |
| The Sopranos | 202,000 |
| Colbert Report | 195,000 |
| Intervention | 191,000 |
| Curb Your Enthusiasm | 184,000 |
| Quantum Leap | 166,000 |
| Southland | 160,000 |
| Deadwood | 107,000 |

Exh. 7, Pg. 7

46

| Google Search for Singer & rapidshare.com | Results returned | Google Search for Singer & rapidshare.com | Results returned |
|---|---|---|---|
| Michael Jackson | 9,540,000 | Elvis Presley | 812,000 |
| Lady Gaga | 8,710,000 | Bob Marley | 798,000 |
| Lil Wayne | 8,590,000 | Jay Sean | 792,000 |
| Rihanna | 8,190,000 | Gucci Mane | 789,000 |
| Beyonce | 7,150,000 | Taylor Swift | 771,000 |
| Madonna | 6,750,000 | Christina Aguilera | 740,000 |
| Metallica | 6,080,000 | Jimi Hendrix | 736,000 |
| Linkin Park | 4,750,000 | Backstreet Boys | 713,000 |
| Black Eyed Peas | 4,390,000 | Led Zeppelin | 693,000 |
| Shakira | 4,370,000 | Jason Derulo | 692,000 |
| Beatles | 2,560,000 | Justin Bieber | 675,000 |
| David Guetta | 2,460,000 | Rolling Stones | 670,000 |
| Gorillaz | 2,020,000 | AC DC | 644,000 |
| Eminem | 1,690,000 | Bob Dylan | 643,000 |
| Enrique Iglesias | 1,680,000 | R. Kelly | 606,000 |
| Avril Lavigne | 1,640,000 | Michael Buble | 601,000 |
| Flo Rida | 1,510,000 | Owl City | 582,000 |
| 50 Cent | 1,460,000 | Guns N' Roses | 561,000 |
| Britney Spears | 1,460,000 | Elton John | 558,000 |
| Timbaland | 1,440,000 | Arventura | 547,000 |
| Mariah Carey | 1,250,000 | Taio Cruz | 534,000 |
| Jay-Z | 1,160,000 | Eric Clapton | 498,000 |
| Ludacris | 1,090,000 | Aerosmith | 492,000 |
| Pink Floyd | 1,080,000 | Ciara | 478,000 |
| 2Pac | 1,060,000 | Kelly Clarkson | 476,000 |
| Kings of Leon | 1,050,000 | David Bowie | 469,000 |
| Jennifer Lopez | 986,000 | Slipknot | 463,000 |
| Green Day | 956,000 | Red Hot Chili Peppers | 457,000 |
| Celine Dion | 908,000 | Pearl Jam | 444,000 |
| Alicia Keys | 836,000 | The Doors | 444,000 |

Exh. 7, Pg. 8

47

| Google Search for Singer & rapidshare.com | Results returned |
|---|---|
| Janet Jackson | 432,000 |
| Destiny's Child | 412,000 |
| Frank Sinatra | 404,000 |
| Johnny Cash | 381,000 |
| Mary J. Blige | 371,000 |
| Paul McCartney | 368,000 |
| Amy Winehouse | 364,000 |
| John Lennon | 362,000 |
| John Mayer | 355,000 |
| Sarah Brightman | 341,000 |
| Aretha Franklin | 330,000 |
| Carrie Underwood | 330,000 |
| Van Halen | 330,000 |
| Tupac | 327,000 |
| Adam Lambert | 318,000 |
| Iyaz | 316,000 |
| Shania Twain | 303,000 |
| Stevie Wonder | 301,000 |
| Fleetwood Mac | 276,000 |
| Ray Charles | 244,000 |
| Jackson 5 | 239,000 |
| Marvin Gaye | 230,000 |
| Jack Johnson | 225,000 |
| Lynyrd Skynyrd | 188,000 |
| George Harisson | 186,000 |
| Bing Crosby | 178,000 |
| Buddha Bar | 176,000 |
| The Beach Boys | 157,000 |
| Tom Petty | 146,000 |
| John Coltrane | 145,000 |

| Google Search for Singer & rapidshare.com | Results returned |
|---|---|
| Chris Isaak | 143,000 |
| Vicente Fernandez | 133,000 |
| New Boyz | 125,000 |
| J Lo | 119,000 |
| The Ramones | 114,000 |
| Simon and Garfunkel | 110,000 |
| Barbara Streisand | 66,600 |

Exh. 7, Pg. 9

48

Exhibit 8



RECEIVED JAN 0 2 2003

# FILED

DEC 3 0 2002

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., | No. C 02-2842 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT; VACATING HEARING** |
| v. | |
| GUBA, LLC, et al., | |
| Defendants | |
| | (Docket Nos. 23, 36) |

Before the Court are (1) a motion by plaintiff Perfect 10, Inc. ("Perfect 10") for partial summary judgment against defendant GUBA LLC ("GUBA") pursuant to Rule 56 of the Federal Rules of Civil Procedure and (2) a motion by defendants GUBA, Thomas G. McInerney, Jr. ("McInerney"), and Eric Lambrecht ("Lambrecht") for summary judgment or, in the alternative, for partial summary judgment, pursuant to Rule 56. Having considered the papers filed in support of and in opposition to the motions, the Court deems the motions suitable for decision on the papers, VACATES the hearing scheduled for December 20, 2002, and rules as follows:

1. Each party seeks summary judgment on the issue of infringement. It is undisputed that images of 332 photographs in which Perfect 10 owns copyrights were found on GUBA's internet site, www.guba.com, on May 31, 2002. (See Zadeh Decl. ¶¶ 12,

1   20-25, Exs. A, I-M.)  It is also undisputed that GUBA obtained the subject images by using

2   its proprietary software to "retrieve binary files posted by users on the Usenet,"[1] which

3   images GUBA then made available on its site for its customers.  (See Lambrecht Decl.,

4   filed November 1, 2002, ¶ 9.)  The Court finds GUBA's activities, as a matter of law,

5   constitute direct infringement in violation of the Copyright Act.  See Playboy Enterprises,

6   Inc. v. Webbworld, Inc., 991 F. Supp. 543, 551-52 (N.D. Tex. 1997) (holding defendant

7   who used software program to retrieve plaintiff's copyrighted images posted by third

8   parties on Usenet sites and thereafter posted such images on defendant's site was liable

9   to plaintiff for direct infringement); cf. Religious Technology Center v. Netcom On-line

10  Communication Services, Inc., 907 F. Supp. 1361, 1365, 1381-82 (N.D. Cal. 1995)

11  (holding where individual posted copyrighted material on computer bulletin board service,

12  operator of bulletin board service was not liable for direct infringement where operator took

13  no "affirmative steps to cause the copies to be made").  Accordingly, in the absence of an

14  affirmative defense, Perfect 10 is entitled to summary judgment on the issue of copyright

15  infringement based on the above-referenced 332 photographs and defendants are not

16  entitled to summary judgment on the issue of copyright infringement.

17        2.  Defendants argue they are entitled to judgment under the Digital Millennium

18  Copyright Act, specifically the affirmative defense provided in 17 U.S.C. § 512(d).  Under

19  § 512(d), a "service provider" is not liable for infringement "by reason of the provider

20  referring or linking users to an online location containing infringing material or infringing

21  activity, by using information location tools, including a directory, index, reference, pointer,

22  or hypertext link."  See 17 U.S.C. § 512(d).  Here, however, GUBA's alleged infringement

23  is "by reason of" GUBA's own copying of the 322 infringing images from other sites and

24  then posting those images on its website, not "by reason of" GUBA referring or linking its

25

26        [1]"The USENET, an abbreviation of 'User Network,' is an international collection of
27  organizations and individuals (known as 'peers') whose computers connect to each other
    and exchange messages posted by USENET users. Messages are organized into
28  'newsgroups,' which are topic-based discussion forums where individuals exchange ideas
    and information." Ellison v. Robertson, 189 F. Supp. 2d 1051, 1053 (C.D. Cal. 2002).

1   users to other sites. Accordingly, defendants have not shown they are entitled to summary

2   judgment on the issue of infringement based on the affirmative defense set forth in §

3   512(d).

4         3. Relying on <u>Kelly v. Arriba Soft Corp.</u>, 280 F. 3d 934 (9<sup>th</sup> Cir. 2002), defendants

5   further argue that, to the extent Perfect 10 alleges GUBA's use of low-resolution

6   "thumbnails" to display the copyrighted images constitutes infringement, defendants are

7   entitled to judgment because GUBA's thumbnails, as a matter of law, constitute "fair use"

8   under 17 U.S.C. § 107. Contrary to defendants' argument, however, <u>Kelly</u> does not hold

9   that the use of low-resolution thumbnails constitutes fair use as a matter of law. Rather,

10   the court in <u>Kelly</u> discussed such evidence as bearing on the first and fourth of four

11   statutory factors that must be considered in determining whether use in a particular case

12   constitutes fair use. <u>See id.</u> at 941, 944; 17 U.S.C. § 107.[2] Defendants here have not

13   addressed the requisite four-factor analysis, and, as plaintiffs point out, significant

14   differences exist between the facts in <u>Kelly</u> and the present case. Accordingly, defendants

15   have not shown they are entitled to partial summary judgment based on the defense of fair

16   use.

17   <div align="center">**CONCLUSION**</div>

18         For the reasons stated, plaintiff's motion for partial summary judgment is hereby

19   GRANTED; defendants' motion for summary judgment or, in the alternative, for partial

20   summary judgment is hereby DENIED.

21         This order closes Docket Nos. 23 and 36.

22         **IT IS SO ORDERED.**

23   Dated:   DEC 3 0 2002

24                              MAXINE M. CHESNEY

                              United States District Judge

25

26        [2]"The four factors are: (1) the purpose and character of the use, including whether

27   such use is of a commercial nature or is for nonprofit educational purposes; (2) the nature of the copyrighted work; (3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and (4) the effect of the use upon the potential market for

28   or value of the copyrighted work." <u>See Kelly</u>, 280 F. 3d at 940 n. 10 (citing 17 U.S.C. § 107.)

<div align="center">3</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Perfect 10, Inc., a California corporation,

       Plaintiff,

   v.

Guba, LLC, a limited liability company;
Thomas G. McInerney, Jr., an individual; and
Eric Lambrecht, an individual;

       Defendant.

Case Number: C-02-2842 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 30, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julie L. Sigall
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004

Ronald L. Johnston
Sharon Douglass Mayo
Arnold & Porter
1900 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

Shelley M. Liberto
Law Offices of Shelley M. Liberto
3 Hutton Center Drive, Suite 900
Santa Ana, CA 92707

Dated: December 30, 2002

Richard W. Wieking, Clerk

By: _____
    Deputy Clerk

Exh. 8, Pg. 4

**52**

# Exhibit 9

Subscribe   Place An Ad   Jobs   Cars   Real Estate   Rentals   Foreclosures   More Classifieds

# Los Angeles Times | BUSINESS

LOCAL   U.S. & WORLD   **BUSINESS**   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION   MORE

Search | Go

MONEY & CO.   TECHNOLOGY   PERSONAL FINANCE   SMALL BUSINESS   COMPANY TOWN   JOBS   REAL ESTATE   AUTOS

 
LIVE! ON PAY-PER-VIEW SATURDAY, MARCH 27   UFC 111   ORDER NOW   TIME WARNER CABLE SPORTS

# Technology

THE BUSINESS AND CULTURE OF OUR DIGITAL LIVES,
FROM THE L.A. TIMES

« Previous Post | Technology Home | Next Post »

## German court throws the book at RapidShare

February 24, 2010 | 2:58 pm



Book publishers claimed a key legal victory over a large European website that was found to have hosted copies of pirated books.

A court in Hamburg, Germany, has declared that "copyrighted literary works are unlawfully being made publicly available in the context of a share-hosting system on the Internet," a group of six major publishers said Wednesday.

The court on Feb. 10 ordered RapidShare and its owners, **Christian Schmid** and **Bobby Chang**, to "promptly block access" to pirated books and "take precautions going beyond this in order to prevent ... further similar infringement."

The company, based in Switzerland, did not respond to an e-mail requesting a statement.

Book piracy has become a growing concern for publishers as they begin to distribute more of their titles in digital formats on devices such as Amazon.com's Kindle, Sony's Reader or the upcoming Apple iPad. To combat piracy, publishers have been quietly issuing so-called takedown notices to websites that host or facilitate the sharing of pirated books, requesting the sites to delete or shut down access to the files.

Their suit against RapidShare is among the industry's first concerted efforts to tackle a website and is akin to lawsuits lobbed by music labels against Napster in 1999 and 2000 for copyright violations. The six publishing plaintiffs were John Wiley & Sons, McGraw-Hill, Macmillan, Reed Elsevier, Cengage Learning and Pearson.

RapidShare accounted for 36% of the 53,000 takedown notices issued by publishers between July and December, according to a study by Attributor, a content monitoring consulting service based in Redwood City, Calif. The site attracts more than 42 million visitors a day, representing just under 3% of the world's Internet users, according Web traffic tracker Alexa Internet.

-- Alex Pham

*Photo credit: Looking Glass via Flickr.*

*Follow my random thoughts on games, gear and technology on Twitter @AlexPham.*

More in: Alex Pham, Books

Permalink
Comments (1)
ShareThis

34 tweets

retweet



Stay connected:

RSS   twitter   facebook

advertisement


## About the Bloggers

**Jessica Guynn**
**Jon Healey**
**Michelle Maltais**
**Mark Milian**
**Alex Pham**
**Jim Puzzanghera**
**David Sarno**

## Recent Posts

Google says 600 communities are vying for its broadband network | *March 26, 2010, 1:01 pm »*

Internet pioneers gather in Marina del Rey to honor USC's Information Sciences Institute | *March 26, 2010, 12:29 pm »*

3-D gaming without glasses? Nintendo 3DS faces technological hurdles | *March 25, 2010, 4:51 pm »*

Microsoft to update Bing search engine to compete with Google | *March 25, 2010, 12:23 pm »*

Google adds Twitter feed in China, again defying that country's rules [Updated] | *March 25, 2010, 7:33 am »*

Exh. 9, Pg. 1

**53**



What is Rapidshare? How to use Rapidshare and How to get everything you ever wanted.

If you're looking to learn about Rapidshare (www.rapidshare.com) and file sharing you have come to the right place. If you don't already know what Rapidshare is, prepare to be blown away. In this blog I will be fully explaining what Rapidshare is and how to use it and if you're like most people reading this right now you probably have no idea what Rapidshare actually is.

So let's begin. RapidShare is basically a German One-click hosting site that operates from Switzerland and is financed by the subscriptions of paying users. It operates as a pay service, allowing any member to upload files of up to 100MB. The user is then supplied with a unique download URL, which locates the file and enables anyone with whom the uploader shares it to download the file.

More simply all this means is that Rapidshare has a bunch of these servers; these servers are loaded with anything and everything you could ever think of. Every game, every program/application, every movie, every song, every e-book, literally anything that can be stored on a hard drive, you can find on the Rapidshare servers. Basically anything you're looking for your guaranteed to find. Missed an episode of your favorite TV series?, no worries you can download that episode right away. Need some expensive computer software, you got it! You can even download e-books on pretty much anything you can think of. But that's not all, its gets better; Rapidshare is extremely fast when it comes to downloads. I'm talking downloading full DVD quality movies in a matter of 10-20 minutes. You are not capped, you can download as fast as your internet can possibly go.

Rapidshare is such a big site, it is ridiculous. In fact the original website was **www.rapidshare.de**, but the servers got full and they started **www. rapidshare.com**. It ranks as one of the most visited websites in the world, and as far as traffic goes it competes with the major websites like Google and Yahoo. You can check out their rating on Alexa. **Click here**

Now you might be asking, where do all these files and games and movies come from? The answer is you! There are literally thousands of people uploading tons of information every second of every day on Rapidshare. Now this doesn't mean, you gotta start uploading stuff, if you just want to download stuff, that's perfectly fine.

Exh. 9, Pg. 2

**54**

So at this point you're probably convinced that Rapidshare is all you'll ever need when it comes to getting any type of file on the internet, and the truth of the matter is your absolutely right. You really don't need anything besides this service.

So now you're probably wondering what exactly the catch is. Well like all good things in life, there is a cost involved. Rapidshare is however free, but if you're a serious downloader you're gonna eventually want to get a premium account. The difference is much faster downloads, and you will soon realize that getting a premium account is mandatory. When you upload a file to Rapidshare it gets broken down into a bunch of links, each file will be on average 100mb. So if you upload a 600 megabyte movie there will be 6 files to download. If you have premium access you just copy and paste the links into a program called Flashget (this is all fully explained in the tutorial section, click the downloading link for more information) and let it automatically download all the files. Just set it and forget it. However, if you're a free user and don't have premium access you have to download the files individually one by one, you can't download more than 1 file at a time and you have to wait a certain period of time between downloads, usually a couple of minutes to an hour. The whole process of downloading becomes very tedious.

Now you may be wondering where to find all the links to download all the great stuff that you want. The reality is that there are Rapidshare forums and links all over the internet. But really you only need one site, it is the world's first official Rapidshare forum, located at **www.rapidfind.org**, it is the first and last site you will ever need to get anything from movies to games to music.

So how much does it exactly cost? Well depending on how long of a subscription you want you can expect to pay anywhere from 10 dollars for a 1 month subscription, or around 23 dollars for a 3 month subscription. You can also get subscriptions up to 1 year.

The prices are very affordable when you consider all the great stuff you'll be downloading. What makes it even better is that if you upload files you can accumulate points, which in turn extend the life of your subscription. So if you upload enough you can prolong the life of your premium access to Rapidshare for however long you chose. But once again this is not mandatory.

So if you're ready to get started follow these steps I have outlined below.

1.   Visit **www.rapidfind.org**, sign up for free to the forum and you will be able to view all the movies, games, appz and e-books that are ready to download.

2.   Then go to **www.rapidshare.com**, and get yourself a premium membership.

3.   Then come back to this site and read the tutorials in the downloading and uploading sections to your left.

4.   Also just bookmark this site and rapidshare.com and rapidfind. org, in case you forget.

Follow these three steps and you will praise me for teaching you this stuff. You will never ever buy another program, game, or music album ever again.



Mobile/PDA    About Us    Advertise here

**afterdawn.com**

User name    Password

Not registered yet? Register here.
Lost your password? Click here.

**Home**  **News**  **Guides**  **Downloads**  **Glossary**  **Hardware**  **Profiles**  **Forums**

⇨ Latest news   ⇨ Press releases   ⇨ Search news   ⇨ Submit news   ⇨ Our RSS newsfeed   ⇨ Advertise at AfterDawn.com

Tuesday 16.2.2010 / 02:46 PM    Search AfterDawn.com:  Google™ Custom Search

**Announcing APC's**    APC by Schneider Electric

afterdawn.com > news > rapidshare.com loses court battle

Ads by Google    Police Careers    Police Exam

## News

### Browse by topic ✕

Blu-ray
Consoles
Gadgets
HD DVD
HDTV
Home Theater
IPTV
Lawsuits & Legislation
MP3 & Digital Audio
Online music services
Online video
Phones

What's at risk if the power goes out?

# Rapidshare.com loses court battle

26 January 2008 17:04 by Andre "DVDBack23" Yoskowitz | 27 comments

**RAPIDSHARE**
THE EASY WAY TO SHARE YOUR FILES

According to P2P blog, the German music rights holder **GEMA** has won its court case against the massive file hoster Rapidshare.com. In a press release, GEMA announced that the Dusseldorf district court had ruled that Rapidshare will for now on have to block access to any works in the GEMA repertoire.

In its defense, Rapidshare was saying that "only its users can be held responsible for copyright violations." The court apparently disagreed and said that the site was used mainly for illegal activities and that the company generates "substantial" monthly revenue from those illegal activities.

The ruling could have implications for the future of the site on the whole. GEMA's press release read, *"The ruling forces Rapidshare to 'take measures that might have the risk of making Rapidshare's service substantially less attractive or even close it down completely.'"* That statement means that potentially GEMA can get the entire site shut down if access isn't blocked to GEMA's copy written material.

In the past year GEMA has won two injunctions against the file hoster but never an actual court case. Rapidshare.com is based in Switzerland but Rapidshare.de was originally founded in Germany.

Permalink to this article

Subscribe 🅱 Y!... | Bookmark

Related articles:

**Announcing APC's**    APC by Schneider Electric

### Subscribe to our newsfeed

Get the latest headlines delivered directly to your favourite RSS reader or content aggregation service by using the links below.

RSS
Google
MY YAHOO!
MY MSN
BY FEEDBURNER

### Latest news

Latest news from AfterDawn.com.

SONY  Sony discontinues sales of OLED TV in Japan
16 Feb, 2010

facebook  Student suspended over Facebook rant can proceed with lawsuit
16 Feb, 2010 | 1 comment

Skype  Verizon, Skype partner for VoIP on Blackberry, Android phones
16 Feb, 2010

Exh. 9, Pg. 4

**56**



Software        News        Links        Forum        Search    Type your search here...    

News        Gadgets        Guides        Music        Technology

Home > News > Rapidshare Loses in Court – Must Proactively Remove Copyrighted Content

Oct
**1**
2008

# Rapidshare Loses in Court – Must Proactively Remove Copyrighted Content

12 Comments                                                Written by Jorge Gonzalez

The long awaited court ruling has arrived and it may be very bad news for the ever-present content hosting website Rapidshare. A court ruled recently in Germany that the website must not only take down content based on a legal claim, but proactively take down copyrighted content on it's own.

It was only yesterday that the subject of file-hosting **came up in a discussion** about link sharing. A report from **P2P-Blog** pointed **to a German court ruling** (German) that said that not only does the file-hosting service has to comply with copyright complaints, but also check every file for copyright infringement. Rapidshare's argument that it is already fighting copyright infringement appears to have not worked. From P2P-Blog:

The company also has to "proactively check content before publishing it" if there have been similar infringements in the past. Rapidshare has to log and check IP numbers of potential infringers as well, according to the court decision.



Digg submit        **0**    tweet

**Share**



| Hot News | Hot This Month | Must Reads |

UK ISP: Costly Upgrades Required to Prevent Wi-Fi Piggybacking - 1 votes

How to Rip Music From MySpace - 1 votes

SeeqPod, a FREE Music and Video Streaming Site that's Even

Exh. 9, Pg. 5

4/8/2010 4:58 PM

Rapidshare has been using a MD5 Hash filter to prevent the upload of previously removed material, and it told the court that it it has six employees working full time to remove infringing content. The Hamburg court however ruled that this was not sufficient because infringers would only have to change a few bytes of a file in order to circumvent the filter.

Th court also ruled that Rapidshare cannot argue that it is impossible to stay in business if it would have to check every single file. "A business model that doesn't use common methods of prevention cannot claim the protection of the law", the decision reads.

The news may come as a major blow for some who use the service to share files since the site has been one of the most popular services of choice for hosting content and posting links in blogs and forums.

Critics say that the ruling makes no sense because password protected archives would be extremely hard to check in the first place.

Still, the market for file-hosting services is a wide open one with many other sites hoping to take over the top spot as the number one file-hosting service. So even if this move well and truly means the end of Rapidshare, it may be a click away from being replaced from other contenders like MegaUpload.

Others might point out that the ruling may have a chilling effect on web-based services hoping to start up in Germany given that if a service has to check everything for unauthorized content, how can there be any hope for privacy with that service? What about, going along the lines of RapidShare's argument, additional cost overhead with the need to suddenly have a work-force to go through a service with a fine-toothed comb, looking for any possible misuse of its service by its users?

The lawsuit against RapidShare was filed by GEMA, a German copyright collective whose responsibilities include collecting sampling forms for re-use in derivative works.

Then there is the question of how much things will change in the first place. Many users post non-major record label content on the file-hosting websites. Independent content has built a reputation over the years for being less lawsuit-happy over copyrighted works online. Many of the producers behind the content generally have a more open approach mainly because piracy has been known to bring listeners to their content – something that would otherwise be difficult to impossible with the state of traditional radio and MTV these days.

At this point, it's too early to tell what the fallout will be exactly, but the idea of logging IP addresses might ultimately be a deterrent for users whether or not they intend to use the service for sharing copyrighted works or not.





Rate    Share

★ ★ ★ ★ ★



Hot News    Most Popular    Recent Comments

UK ISP: Costly Upgrades Required to Prevent Wi-Fi Piggybacking - 1 votes

How to Rip Music From MySpace - 1 votes

SeeqPod, a FREE Music and Video Streaming Site that's Even iPhone Friendly - 1 votes

Best Ways to Download Music - 1 votes



Latest Forum Topics    Latest Forum Posts

Man Goes to Jail for Mothers April Fools Prank (CO)

iPad in a Blender

Car Crashes Next to Car Repair Ad (Pic)(10Connects)

Afghan leader threatens to join Taliban (AP)

Hello, I have a very tiny penis



**58**

Exh. 9, Pg. 6

after consideration of a specific legal infringement, at preventing further comparable legal infringements from the same "source."

(d)    The defendant has evidently not employed these options in response to the plaintiff's claims in a single case however; and the defendant does not claim that she registers IP addresses with which the illegal files were uploaded, nor that she verifies contents in the event of new use, nor lastly provides the plaintiff with the information necessary for direct prosecution of the uploading user. This behavior shows that the defendant is unwilling to do what is possible and reasonable for her to prevent future violations in cooperation with the plaintiff. This behavior also inspires the necessary doubt as to whether the defendant's business model is in fact primarily in line with legally legitimate forms of use.

The defendant however does not only fail to employ the accessible and reasonable cognizance demonstrated or monitoring options. Rather, she seems moreover obviously interested and anxious to continue to omit any option for identifying her users. Even after many previous procedures against the defendant and her council, in which the senate had already made reference to the missing legal protectability of the defendant's business model in its current form (case file 5 U 73/07, 5 U 119/07 and 5 U 149/07), the defendant adheres without change to her business model that enables completely anonymous upload and that provides for no protective mechanisms against repeated legal infringements. In those procedures, there was moreover evidence provided, according to which the defendant provides the public with special publicity of just this aspect of her services and furthermore, attempts to withdraw the access of the German courts; in this respect, reference was made in the submissions to the cited judgment of 2 July 2008 (5 U 73/07 = NJOZ 2008, 4927 - Rapidshare).

(8)    With that, in the opinion of the senate, it is unavoidably demonstrated that the defendant's total business model in its current form, cannot be sanctioned by the legal system and is consequently not worthy of protection, because lastly infringement of copyright has been committed on a massive scale and the legitimate interests of the copyright holder, in spite of existing reasonable monitoring mechanisms are left unprotected in a manner that in legal terms, also against the background only of limited investigation obligations of the provider, is not acceptable. Rather, there is a danger inherent in the defendant's business model, a danger to be taken seriously, that this model is being used for the (massive) committing of criminal acts, copyright infringements and pure acts of unfair competition.

A business model that is based on such principles does not merit the protection of the legal system, because in the end, it renders the legitimate interests of owners of absolute protected rights consciously and knowingly completely unprotected. The defendant cannot therefore appeal to the unreasonableness of compliance with investigation obligations, because she herself, through her business model, knowingly and willingly abets her presumed inability to comply.

(9)     In the case of such a business model, unsanctioned by the legal system because of the massive, unpenalized (protection) infringements committed under the protection of anonymity, the otherwise relevant categories of repetition danger or of first offense danger are structurally inapplicable and therefore of the grounds cited, cannot be claimed as requirements for the setting of specific investigation obligations. Ultimately what is to be considered is only an unrestricted investigation obligation, because the defendant was shown concrete first offenses committed by her users with respect to the disputed photographic images.

Since the defendant in cognizance of the committed copyright infringements continues to permit unlimited anonymous use of her service, she knowingly removes from the plaintiff the necessary evidence of repeated infringements that he needs to successfully assert his rights. Injunctive relief, with which the future uploading of copyright-violating photographic images should be prevented, requires the dangers of repetition and first offense. For the acceptance of the danger of repetition, a completed violation on grounds of the investigation obligation is necessary (Federal Supreme Court WRP 2007, 1173, 1179 - media morally dangerous to youth on eBay). Such an infringement is present when a provider who has become known to the operator in the past because of this type of offense, subsequently continues to make comparable offers, to the extent that the operator according to the principles presented was obligated to perform an investigation (Federal Supreme Court 2007, 1173, 1179 - media morally dangerous to youth on eBay). Furthermore, the plaintiff can and could provide no substantiated information, as a result of the behavior of the defendant. In particular, he could not specifically demonstrate that the same users and/or IP addresses for which he had made concrete claims with the defendant with respect to the photographic images at issue in this legal dispute, once again illegally uploaded those images. Only in this instance could a copyright infringement related to individual cases be present, on the basis of the details of the specific cases. As the defendant deprives the rights holder of the possibility of this type of evidence, she is removing the legal protection worthiness from her own business model.



This project has been created and is maintained by:

**RapidTec**
**Christian Schmid**
**Tullastr. 4a**
**79341 Kenzingen**
**Deutschland**

Phone: 0900-RAPID-0 (2 EUR/Min)
Fax: +49 0211 15779938
USt-IdNr.: DE209362893

**Abuse-Management:** abuse@rapidshare.de
**Webmaster:** webmaster@rapidshare.de

Illegal files will be removed immetiately after notice. Furthermore we will add them to our file-filter, so they can't be uploaded again. Just write an e-mail to our abuse-management and give the exact links to the files.

**Related Domains For Sale or At Auction**    [ 1 ] [ 2 ] [ 3 ] [ 4 ] [ More > ]

RapidStamp.com ($1,988)

| | | |
|---|---|---|
| Registrant Search: | "RapidTec" owns about | 18 other domains |
| Email Search: | webmaster@rapidtec.de | is associated with about 15 domains |
| Whois History: | 1,304 records have been archived since 2005-12-19 . | |
| Reverse IP: | 1 other site is hosted on this server. | |

🔍 Monitor This Domain Name

⚙ **DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop! Find out more >**

```
Domain:        rapidshare.de
Domain-Ace:    rapidshare.de
Nserver:       nsa3.schlundtech.de
Nserver:       nsb3.schlundtech.de
Nserver:       nsc3.schlundtech.de
Nserver:       nsd3.schlundtech.de
Status:        connect
Changed:       2010-03-26T17:08:14+01:00

[Tech-C]
Type:          PERSON
Name:          Christian Schmid
Organisation:  RapidTec
Address:       Tullastr. 4a
Pcode:         79341
City:          Kenzingen
Country:       DE
Phone:         +49.21115779937
Fax:           +49.21115779938
Email:         webmaster@rapidtec.de

Changed:       2006-12-09T18:01:43+01:00

[Zone-C]
Type:          PERSON
Name:          Christian Schmid
Organisation:  RapidTec
Address:       Tullastr. 4a
Pcode:         79341
City:          Kenzingen
Country:       DE
Phone:         +49.21115779937
Fax:           +49.21115779938
Email:         webmaster@rapidtec.de

Changed:       2006-12-09T18:01:43+01:00
```

Queue this Domain for Update

**Country TLDs** | **General TLDs**

🌐 rapidshare.com

🌐 rapidshare.net

🌐 rapidshare.org

🌐 rapidshare.biz

🌐 rapidshare.info

🌐 rapidshare.us

Exh. 9, Pg. 10



**Digital Point**

GoDaddy #1 domain names
$7.49 .COM Domains - Save Today Inc:
Hosting, Blogcast, Email, More
Ads by Google

| Forum | Blogs | Tools | Directory | What's New? |

Today's Posts   FAQ/Rules   Calendar   Community ▾   Forum Actions ▾   Quick Links ▾               Advanced Search

🏠 Forum ▸ Business ▸ Legal Issues ▸ more Anti Piracy news - Rapidshare news

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

**+ Reply to Thread**                                                           Results 1 to 2 of 2

**Thread:** more Anti Piracy news - Rapidshare news

Thread Tools ▾   Search Thread ▾

Nov 17th 2007   3:33 am                                                          #1

**ruffnat** ○
**Hand of A'dal**
▮                                              Join Date: **Oct 2007**
                                               Posts: **394**

**more Anti Piracy news - Rapidshare news**

RapidShare Kills Links of Suspected Copyright Infringers
Hosting site has deleted more than 1,000 links.

By Sherri L. Shaulis

Posted: 4:05 PM PST Nov 07, 2007
DUESSELDORF, Germany - Links to copyrighted adult content posted in file-sharing forums by some of the most prolific users of one-click hosting site RapidShare have been rendered useless.

While moderators at RapidShare, which reportedly is operated from Switzerland by its German owner, traditionally has disabled single links following copyright-infringement complaints, this apparently is the first time the site has disabled all links posted by users suspected of copyright infringement. As of last week, some users who posted more than 650 links saw their accounts virtually shut down.

By Oct. 31, users ...... had received the message "This file has been deleted. Reason: This file is forbidden to be shared! Complaints received." when trying to open a link.

A poster known as "kuifje," who has posted more than 650 links, saw almost all of the links disabled. Other posters, some of whom also had posted hundreds of links, met the same fate.

"That may be due to a verdict of the Court of Appeals in Cologne, with which RapidShare ... was put out of liability in cases where they don't know where the URLs are being distributed," German attorney Daniel Koetz told AVN Online. "Once they know, they are obliged to scan the forums by themselves. ... They might have new scanning methods and are obliging the Cologne verdict."

Koetz sued RapidShare on behalf of a German photographer with the backing of 10 American photographers and filmmakers, while German-based music rights organization GEMA filed separate suits against RapidShare.com and RapidShare.de. The decisions held RapidShare liable for illegal and allegedly stolen material on its sites, despite the company's contention that it was not responsible because it did not post the material but simply hosted it.

RapidShare is owned by Christian Schmid of Germany. The site, by many accounts, is considered one of the largest resources for stolen motion-picture files, software, music, games and adult photos and videos.


Powerful Text Link Ads   Click Here
www.AuthorityDomains.com/Text-Links                    Ads by Google

A note on the site's page, however, warns users that "illegal files will be removed immediately after notice. Furthermore, we will add them to our file filter, so they can't be uploaded again."





FACEBOOK OF SEX

Your Ad Here

📄 **Add New Post**  ‖    **Earn Money**

# Rapidshare



At our site you can download rapidshare movies,tv shows,anime,games,and music .

Rapidshare is a Best world Internet service provider based in Cham, Switzerland, based on the simple exchange of, especially larger ones, have specialized files) (known as SharePoint hosting. It is financed through fee-based "premium" access. According to own data is RapidShare with over 160 million files uploaded  and 42 million daily visitors, , the world's largest file hosting services. The company with its (over 40 employees as at 23 February 2009) achieved an estimated turnover of 5 million euros per month. The founder of Rapidshare, Christian Schmid, stays in the background. The current CEO of the company is Bobby Chang.

The size of a uploaded file is on rapidshare.de 300 MB to 200 MB at rapidshare.com limited (as at February 2009). Premium users can transfer files with a size of up to 2000 MB for both upload and download services. The total disk capacity of the server is to RapidShare.com indicated that approximately 4.5 petabytes (4.5 million gigabytes) , the servers are connected to a data transfer rate of over 500 gigabits per second (as of Q1 2009) .

According to Alexa, Rapidshare.com is the 3-month average ranked 17 th most visited website in the world. (As at end June 2009)

In October 2006 the Company RapidShare AG, headquartered in Cham, Switzerland was founded, offering under the domain RapidShare.com a very similar service. Shareholders are short including the CEO Bobby Chang, the holders of RapidShare.de Christian Schmid. after the formation appeared on the German side,

the message "Sorry, all the disks from RapidShare.de currently full", which for normal users without uploads were possible. Meanwhile, the German company offered to pay only uploads from customers. Meanwhile it is also for free users again possible. Both the server and the RapidShare.de RapidShare.com from their base in Germany.

On 18 January 2007 announced the PRS that she had obtained against the services RapidShare.de RapidShare.com and injunctions. With the ruling of 21 March 2007 confirmed this as well. In detail, it was concerned with the "unlawful use of works from the GEMA repertoire," says GEMA in a statement. According to GEMA RapidShare.de has promoted temporarily to the fact that were available up to 15 million files on their servers. The society, in particular, demanded an exact number of works from their repertoire that are located on the Rapidshare servers.

The Cologne Regional Court issued an injunction that forbade the company to make some specific musical works continues to publicly accessible. RapidShare kündigte daraufhin an, im Rahmen eines Widerspruchsverfahrens eine Aufhebung der Verfügung erwirken zu wollen. The managing director Robert Chang estimates the copyrighted files illegally shared on Rapidshare to download, at a low single digit percentage. "We delete all the pirated copies, which become known to us, we also use software to a filter and a team of staff abuse," Chang asserted.

On 21 March 2007 announced the Cologne district court that Rapidshare can be considered as part of his service with responsibility for copyright infringement and illegal use of works from GEMA's repertoire must control.  A week later announced that the Swiss company to go to appeal . Chang is of the opinion that the district court "reject the applicant to address in the necessary depth with the details of the facts." We therefore hope to be able to clarify the situation in the second instance. Chang told heise online was justified by the fact that the ruling relates to the distribution of protected musical works, are provided to RapidShare but only files with any names provided, from which one can easily draw any conclusions regarding any underlying musical compositions.

In April 2007 Rapidshare submitted a negative declaration against GEMA. The Cham company wants to get clarity about the legal obligations of a web host for the prevention of copyright infringement.

In September 2007, the Higher Regional Court of Cologne found that Rapidshare remove copyrighted works from the server must, as soon as the company gained knowledge of specific violations. However, there is no comprehensive mandatory inspection by the file hosting services, as it exceeded the reasonable cost. Rapidshare must therefore act only on request. Both the PRS and Rapidshare welcomed the verdict.




Pornstar Vids

Your Ad Here

HOME    LINK EXCHANGE    SITEMAP    RAPIDSHARE    MOVIES    GAMES    EARN MONEY    DONATIONS

Traffic Rank
rapidsharetang.com
86,108
Powered by Alexa

Games and Movies Rapidshare | Sitemap | Link Exchange | Friendly sites: Rapidshare Search Files, New Software 2009, Games Download, Free mp3 Music

Exh. 9, Pg. 13

**65**

# Exhibit 10



**Search Results:**

Any contains rapidshare:

237 matching Notices found

| Subject | Sender | Recipient | Date | Topic Area | Linked? |
|---|---|---|---|---|---|
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 23, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 18, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 16, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 15, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 15, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 15, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 12, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 11, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 9, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 5, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | March 4, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 25, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 23, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 23, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 22, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 21, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 17, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 10, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 10, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 10, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 8, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 3, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 3, 2010 | DMCA Notices | ● |
| IFPI DMCA (Copyright) Complaint to Google | IFPI | Google, Inc. | February 2, 2010 | DMCA Notices | ● |
| Music DMCA (Copyright) Complaint to Google | Catskills Records | Google, Inc. [Blogger] | January 26, 2010 | DMCA Notices | |
| Autodata DMCA (Copyright) Complaint to Google | Autodata Ltd. | Google, Inc. | January 25, 2010 | DMCA Notices | |

# Chilling Effects

Home | Weather Reports | Report Receiving Sending a C&D Notice | Search the Database | Topics

Topic Home | FAQs          Monitoring the legal climate for Internet activity



Chilling Effects Clearinghouse > DMCA Notices > Notices > Titan Media DMCA (Copyright) Complaint to Google

🖶 Print-friendly

# Titan Media DMCA (Copyright) Complaint to Google

January 19, 2010

**Sender Information:**
Titan Media
Sent by: [Private]
Io Group
USA

**Recipient Information:**
[Private]
Google, Inc.
Mountain View, CA, USA

Sent via: email
**Re:**

Dear Abuse Department:

I am general counsel and legal representative of Io Group, Inc. which does business under the name Titan Media. You are hereby given notice valid under the DMCA <mark>copyright</mark> infringement notification requirements, 17 U.S.C.512. I have previously faxed my signature to you and you should have it on file.

I am the designated agent of the owner of the copyrights of the images and audio/visual works listed below. I believe that the images and audio/visual works listed at the times cited below are being copied and distributed in a manner that has been not authorized by the owner of the copyrights, its agent or the law.

All of the infringements occur from the base url
http://gboy69.blogspot.com.
Links are to a location containing pirated versions of Io Group, Inc.'s copyrighted works. Please remove all links immediately.

Page: http://gboy69.blogspot.com/2009/12/titanmen-funhouse.html

Links to infringing files:

<mark>http://rapidshare.com/file</mark>s/326864303/Funhouse.avi.010

<mark>http://rapidshare.com/</mark>files/326864268/Funhouse.avi.005

<mark>http://rapidshare.com/</mark>files/326863697/Funhouse.avi.006

## FAQ: Questions

- Why does a search engine get DMCA takedown notices for materials in its search listings?

## Other Recent C&Ds

- Demand Media DMCA Complaint to Digg, *Demand Media*, March 29, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 26, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 25, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 25, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 23, 2010

more

## Related News

- We Don't Need No Stinkin' Court Order, We've Got the DMCA, David Abrams, *Chilling Effects Clearinghouse*, March 11, 2010
- YouTube Takes Down then Reinstates Video by Artist Using His Own Song, David Abrams, *Chilling Effects Clearinghouse*, March 9, 2010
- Takedown Hall of Shame Debuts at Electronic Frontier Foundation, Rebecca Schoff, *Chilling Effects Clearinghouse*, November 5, 2009
- BoingBoing brings a ray of sunshine to DMCA-chilled air, Wendy Seltzer, *Chilling Effects*, October 8, 2009
- Veoh Survives Universal Music Group Copyright Infringement Suit, Rebecca Schoff, *Chilling Effects Clearinghouse*, September 17, 2009

## Other Topics

- ACPA
- Anticircumvention (DMCA)
- Chilling Effects Clearinghouse

http://rapidshare.com/files/326863672/Funhouse.avi.012

http://rapidshare.com/files/326863625/Funhouse.avi.002

http://rapidshare.com/files/326863442/Funhouse.avi.009

http://rapidshare.com/files/326863370/Funhouse.avi.001

http://rapidshare.com/files/326863358/Funhouse.avi.003

http://rapidshare.com/files/326863233/Funhouse.avi.011

http://rapidshare.com/files/326863037/Funhouse.avi.008

http://rapidshare.com/files/326863006/Funhouse.avi.004

http://rapidshare.com/files/326862988/Funhouse.avi.007

http://rapidshare.com/files/326862510/Funhouse.avi.013

http://hotfile.com/dl/22080418/db77ebd/Funhouse.avi.001.html

http://hotfile.com/dl/22080836/30ccec1/Funhouse.avi.002.html

http://hotfile.com/dl/22081238/921680d/Funhouse.avi.003.html

http://hotfile.com/dl/22081625/b50d584/Funhouse.avi.004.html

http://hotfile.com/dl/22081956/7818080/Funhouse.avi.005.html

http://hotfile.com/dl/22082536/559a030/Funhouse.avi.006.html

http://hotfile.com/dl/22083099/1237f08/Funhouse.avi.007.html

http://hotfile.com/dl/22083452/1db8fe3/Funhouse.avi.008.html

http://hotfile.com/dl/22083878/45e248d/Funhouse.avi.009.html

http://hotfile.com/dl/22084382/ce49a51/Funhouse.avi.010.html

http://hotfile.com/dl/22084820/8a80f4f/Funhouse.avi.011.html

http://hotfile.com/dl/22085253/51d268b/Funhouse.avi.012.html

http://hotfile.com/dl/22085910/4331b51/Funhouse.avi.013.html

Page: http://gboy69.blogspot.com/2009/12/titan-island-guardian.html

Links to infringing files:

http://rapidshare.com/files/326085939/Titan_-_Island_Guardian.WMV.006

*http://rapidshare.com/files/326086195/Titan_-_Island_Guardian.WMV.003*

*http://rapidshare.com/files/326086439/Titan_-_Island_Guardian.WMV.001*

*http://rapidshare.com/files/326086761/Titan_-_Island_Guardian.WMV.005*

*http://rapidshare.com/files/326087508/Titan_-_Island_Guardian.WMV.002*

*http://rapidshare.com/files/326087509/Titan_-_Island_Guardian.WMV.004*

*http://hotfile.com/dl/21897355/412091f/Titan_-_Island_Guardian.WMV.001.html*

*http://hotfile.com/dl/21897401/a86dc32/Titan_-_Island_Guardian.WMV.002.html*

*http://hotfile.com/dl/21897385/6769263/Titan_-_Island_Guardian.WMV.003.html*

- Copyright
- Copyright and Fair Use
- Court Orders
- Defamation
- Derivative Works
- DMCA Safe Harbor
- DMCA Subpoenas
- Documenting Your Domain Defense
- Domain Names and Trademarks
- E-Commerce Patents
- Fan Fiction
- International
- John Doe Anonymity
- Linking
- Patent
- Piracy or Copyright Infringement
- Protest, Parody and Criticism Sites
- Responses
- Reverse Engineering
- Trade Secret
- Trademark
- UDRP
- Uncategorized

This Topic: DMCA Notices

Topic Frequently Asked Questions (and Answers)

Exh. 10, Pg. 3

**68**

*http://hotfile.com/dl/21897423/d250134/Titan_-_Island_Guardian.WMV.004.html*

*http://hotfile.com/dl/21897455/9e53eb4/Titan_-_Island_Guardian.WMV.005.html*

*http://hotfile.com/dl/21897445/84e9572/Titan-_Island_Guardian.WMV.006.html*

Page: http://gboy69.blogspot.com/2009/11/titan-men-h2o.html

Links to infringing files:

http://hotfile.com/dl/21053989/1fd9ca7/TM_-_H2O-RxS.avi.001.html

*http://hotfile.com/dl/21054123/d47ca67/TM_-_H2O-RxS.avi.002.html*

*http://hotfile.com/dl/21054246/9c01576/TM_-_H2O-RxS.avi.003.html*

*http://hotfile.com/dl/21054357/e0a742f/TM_-_H2O-RxS.avi.004.html*

*http://hotfile.com/dl/21053756/8993972/TM_-_H2O-RxS.avi.005.html*

*http://hotfile.com/dl/21053870/0e0a5b1/TM_-_H2O-RxS.avi.006.html*

*http://hotfile.com/dl/21053971/10f671c/TM_-_H2O-RxS.avi.007.html*

*http://hotfile.com/dl/21054231/4d12a12/TM_-_H2O-RxS.avi.008.html*

*http://hotfile.com/dl/21054316/4854350/TM_-_H2O-RxS.avi.009.html*

*http://hotfile.com/dl/21054410/036a321/TM_-_H2O-RxS.avi.010.html*

*http://hotfile.com/dl/21054503/e2f86f1/TM_-_H2O-RxS.avi.011.html*

*http://hotfile.com/dl/21054604/2bbe414/TM-_H2O-RxS.avi.012.html*

Page: http://gboy69.blogspot.com/2009/11/titan-folsom-prison-2008.html

Links to infringing files:

http://hotfile.com/dl/16424387/49d9e52/FP_2008_by_daimen.part1.rar.html

http://hotfile.com/dl/16424398/43ab20a/FP_2008_by_daimen.part2.rar.html

http://hotfile.com/dl/16424407/36fd5c2/FP_2008_by_daimen.part3.rar.html

http://hotfile.com/dl/16424417/087dc2d/FP_2008_by_daimen.part4.rar.html

http://hotfile.com/dl/16424551/7da2c83/FP_2008_by_daimen.part5.rar.html

==http://rapidshare.com/==files/301291430/FP_2008_by_daimen.part1.rar

==http://rapidshare.com/==files/301291467/FP_2008_by_daimen.part3.rar

==http://rapidshare.co==m/files/301292331/FP_2008_by_daimen.part5.rar

==http://rapidshare.com/==files/301292539/FP_2008_by_daimen.part2.rar

==http://rapidshare.com/==files/301292671/FP_2008_by_daimen.part4.rar

Page: http://gboy69.blogspot.com/2009/10/titan-full-access-20098.html

Links to infringing files:

http://hotfile.com/dl/15228133/d867ab6/Titan20-20Full20Access20(2009.8).wmv.001.html

http://hotfile.com/dl/15228165/e785650/Titan20-20Full20Access20(2009.8).wmv.002.html

http://hotfile.com/dl/15228180/ebd41ac/Titan20-20Full20Access20(2009.8).wmv.003.html

http://hotfile.com/dl/15228200/6ee70e0/Titan20-20Full20Access20(2009.8).wmv.004.html

http://hotfile.com/dl/15228217/756f3f7/Titan20-20Full20Access20(2009.8).wmv.005.html

http://hotfile.com/dl/15228229/673317c/Titan20-20Full20Access20(2009.8).wmv.006.html

http://hotfile.com/dl/15228240/451e59b/Titan20-20Full20Access20(2009.8).wmv.007.html

http://hotfile.com/dl/15228253/fd15a16/Titan20-20Full20Access20(2009.8).wmv.008.html

http://hotfile.com/dl/15228265/71a31ef/Titan20-20Full20Access20(2009.8).wmv.009.html

http://rapidshare.com/files/294968400/Titan_-Full_Access__2009.8_.wmv.009

http://rapidshare.com/files/294968466/Titan_-_Full_Access__2009.8_.wmv.008

http://rapidshare.com/files/294968491/Titan_-_Full_Access__2009.8_.wmv.005

http://rapidshare.com/files/294968540/Titan_-_Full_Access__2009.8_.wmv.004

http://rapidshare.com/files/294968600/Titan_-_Full_Access__2009.8_.wmv.002

http://rapidshare.com/files/294968690/Titan_-_Full_Access__2009.8_.wmv.007

http://rapidshare.com/files/294968797/Titan_-_Full_Access__2009.8_.wmv.003

http://rapidshare.com/files/294969002/Titan_-_Full_Access__2009.8_.wmv.006

http://rapidshare.com/files/294969055/Titan_-_Full_Access__2009.8.wmv.001

On behalf of Io Group Inc., I demand that upon receipt of this
notification of claimed infringement you expeditiously remove, or
disable access to, the above claimed infringing material or links and
any other Titan Media property.

I certify under penalty of perjury that I have a good faith belief that the
information contained in this notification is accurate to the best of my
knowledge and that I am authorized to act on behalf of the owner of the
aforementioned copyright protected materials.

Please advise me when the offending images have been removed so that we may
re-inspect the site for compliance.

Sincerely,

*/s/ [redacted]

[redacted] *

General Counsel, Titan Media

---

## FAQ: Questions and Answers

[back to notice text]

## Question: Why does a search engine get DMCA takedown notices for materials in its search listings?

**Answer**: Many copyright claimants are making complaints under the Digital Millennium
Copyright Act, Section 512(d), a safe-harbor for providers of "information location tools." These
safe harbors give providers immunity from liability for users' possible copyright infringement -- if





🖨 Print-friendly

Chilling Effects Clearinghouse > DMCA Notices > Notices > Hachette Takes Hatchet to Copied Book Listings, via Attributor

# Hachette Takes Hatchet to Copied Book Listings, via Attributor

July 12, 2009

**Sender Information:**
Hachette Book Group
Sent by: [Private]
Attributor Corp.

Recipient Information:

Google, Inc.

Mountain View, CA, USA

Sent via: email
**Re: Unauthorized Use of Hachette Book Group Material: GOOGHBG1**

Dear Sir/Madam,

I certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of the intellectual property rights and that the information contained in this notice is accurate.

I have a good faith belief that the pages or materiasl listed below is not

### FAQ: Questions

- Why does a search engine get DMCA takedown notices for materials in its search listings?

### Other Recent C&Ds

- Web Sheriff DMCA (Copyright) Complaint to Google, *Magnolia Pictures*, February 11, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, February 10, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI/RIAA*, February 9, 2010
- RIAA DMCA (Copyright) Complaint to Google, *RIAA*, February 3, 2010
- RIAA DMCA (Copyright) Complaint to Google, *RIAA*, February 4, 2010

*more*

### Related News

- Takedown Hall of Shame Debuts at Electronic Frontier Foundation, Rebecca Schoff, *Chilling Effects Clearinghouse*, November 5, 2009
- BoingBoing brings a ray of sunshine to DMCA-chilled air, Wendy Seltzer, *Chilling Effects*, October 8, 2009
- Veoh Survives Universal Music Group Copyright Infringement Suit, Rebecca Schoff, *Chilling Effects Clearinghouse*, September 17, 2009

### Other Topics

- ACPA
- Anticircumvention (DMCA)
- Chilling Effects Clearinghouse
- Copyright
- Copyright and Fair Use

Exh. 10, Pg. 6

authorized by law for use by the individual(s) associated with the
identified page listed below or their agents and therefore infringes the
copyright owner's rights.

THE INFRINGING PAGE/MATERIAL IS INDEXED AND PRESENT IN YOUR SEARCH ENGINE
AND I HEREBY DEMAND THAT YOU ACT EXPEDITIOUSLY TO REMOVE THE PAGE FROM YOUR
INDEX.

This notice is sent pursuant to the Digital Millennium Copyright Act (DMCA),
the European Union's Directive on the Harmonisation of Certain Aspects of
Copyright and Related Rights in the Information Society (2001/29/EC), and/or
other laws and regulations relevant in European Union member states or other
jurisdictions.

My contact information is as follows:
Organization name: Attributor Corporation As Agent for Hachette Book Group

Full: [private]
Email: [private]@attributor.com
Phone: [private]
Mailing address:
Attributor, Inc.
[private]
Redwood City, CA 94061

* INFRINGING PAGE OR MATERIAL *
Infringing pages/materials that I demand be disabled or removed in
consideration of the above:

Infringing Title: Me Talk Pretty One Day
Infringing URL:
http://4shared.com/file/77294778/15f7e9bf/Me_Talk_Pretty_One_Day.html

Infringing Title: Lucky
Infringing URL:
http://4shared.com/file/77746585/ed0ec02a/Alice_Sebold-Lucky.html

Infringing Title: The Lovely Bones
Infringing URL:
http://4shared.com/file/77746586/74079190/Alice_Sebold-The_Lovely_Bones.html

Infringing Title: The Lovely Bones
Infringing URL:
http://4shared.com/file/82280542/e49104e0/A276-Alice_Sebold-The_Lovely_Bones.html

Infringing Title: The Lovely Bones

- Court Orders
- Defamation
- Derivative Works
- DMCA Safe Harbor
- DMCA Subpoenas
- Documenting Your Domain Defense
- Domain Names and Trademarks
- E-Commerce Patents
- Fan Fiction
- International
- John Doe Anonymity
- Linking
- Patent
- Piracy or Copyright Infringement
- Protest, Parody and Criticism Sites
- Responses
- Reverse Engineering
- Trade Secret
- Trademark
- UDRP
- Uncategorized

This Topic: **DMCA Notices**

**Topic Frequently Asked Questions
(and Answers)**

Infringing URL:
http://4shared.com/file/84608129/2f95c630/Alice_Sebold_-_Lovely_Bones.html

Infringing Title: The Catcher in the Rye
Infringing URL:
http://4shared.com/file/87988074/dd5fc776/JD_Salinger_The_Catcher_in_the_Rye.html

Infringing Title: The Collector
Infringing URL:
http://4shared.com/file/96134331/70974f4a/John_Fowles_-_The_Collector.html

Infringing Title: Midnight Sun
Infringing URL:
http://4shared.com/get/70426986/b16ed174/45573.html;jsessionid=A54FCF850F2ACFF49BE32C7C16067773.dc90

Infringing Title: Blink: The power of thinking without thinking
Infringing URL:
http://rapidshare.com/files/103515683/Blink_the_power_of_thinking_without_thinking_-_Malcolm_Gladwell.pdf

Infringing Title: The Overlook
Infringing URL:
http://rapidshare.com/files/105241358/0253.part1.rar

Infringing Title: The Overlook
Infringing URL:
http://rapidshare.com/files/105242729/0253.part2.rar

Infringing Title: The Overlook
Infringing URL:
http://rapidshare.com/files/105242839/0253.part3.rar

Infringing Title: The Overlook
Infringing URL:
http://rapidshare.com/files/105246049/0253.part4.rar

Infringing Title: The Ice Storm Smokey
Infringing URL:
http://rapidshare.com/files/110592444/The_Ice_Storm-smokey888-.part8.rar

Infringing Title: The Ice Storm Smokey
Infringing URL:
http://rapidshare.com/files/110592508/The_Ice_Storm-smokey888-.part7.rar

Infringing Title: The Ice Storm Smokey
Infringing URL:
http://rapidshare.com/files/110592526/The_Ice_Storm-smokey888-.part6.rar

**73**

Infringing Title: The Ice Storm Smokey
Infringing URL:
http://rapidshare.com/files/110592528/The_Ice_Storm-smokey888-.part2.rar

Infringing Title: The Ice Storm Smokey
Infringing URL:
http://rapidshare.com/files/110592531/The_Ice_Storm-smokey888-.part5.rar

Infringing Title: The Ice Storm Smokey
Infringing URL:
http://rapidshare.com/files/110592536/The_Ice_Storm-smokey888-.part1.rar

Infringing Title: The Ice Storm Smokey
Infringing URL:
http://rapidshare.com/files/110592551/The_Ice_Storm-smokey888-.part3.rar

Infringing Title: The Ice Storm Smokey
Infringing URL:
http://rapidshare.com/files/110592552/The_Ice_Storm-smokey888-.part4.rar

Infringing Title: Once Bitten Twice Shy
Infringing URL:
http://rapidshare.com/files/110744383/jennifer_rardin_-_jaz_parks_1__-_once_bitten__twice_shy__html.rar

Infringing Title: Biting the Bullet
Infringing URL:
http://rapidshare.com/files/110744703/jennifer_rardin_-_jaz_parks_3__-_biting_the_bullet__html.rar

Infringing Title: Another One Bites the Dust
Infringing URL:
http://rapidshare.com/files/110744704/jennifer_rardin__jaz_parks_series_book_2__another_one_bites_the_dust__ht

Infringing Title: Brideshead Revisited
Infringing URL:
http://rapidshare.com/files/112445515/0735.part1.rar

Infringing Title: Brideshead Revisited
Infringing URL:
http://rapidshare.com/files/112447661/0735.part2.rar

Infringing Title: Brideshead Revisited
Infringing URL:
http://rapidshare.com/files/112449945/0735.part3.rar

Infringing Title: Blink: The power of thinking without thinking
Infringing URL:

**74**



# Chilling Effects

Home | Weather Reports | Report <sup>Receiving</sup> a C&D Notice | Search the Database | Topics
Sending

Topic Home | FAQs              Monitoring the legal climate for Internet activity

Print-friendly

Chilling Effects Clearinghouse > DMCA Notices > Notices > Music DMCA (Copyright) Complaint to Google

# Music DMCA (Copyright) Complaint to Google

August 12, 2009

**Sender Information:**
Stones Throw Records LLC
Sent by:

US

**Recipient Information:**

Google, Inc. [Blogger]

Mountain View, CA, 94043, USA

Sent via: online form
**Re: Infringement Notification for Blogger**

Web Form DMCA Complaint Submitted by: Stones Throw Records LLC

YOUR COPYRIGHTED WORK
Location of copyrighted work (where your authorized work is located):

http://www.stonesthrow.com

What is the copyrighted work?:
Digital audio files, title: A Strange Arrangement

LOCATION OF INFRINGING MATERIAL
Location (URL) of infringing material in the catalog.

http://lunchmatic.blogspot.com/2009/08/mayer-hawthorne-strange-arrangement.html

http://hiphopalbumdownloads.blogspot.com/2009/06/j-dilla.html

http://hiphopalbumdownloads.blogspot.com/2009/06/lootpack.html

http://auxports.blogspot.com/2009/08/mayer-hawthorne-strange-arrangement.html

http://undergrounddirtnap.blogspot.com/2009/08/jaylib-thered-vls-2003.html

http://undergrounddirtnap.blogspot.com/2009/07/talib-kweli-madlib-liberation-2006.html

http://undergrounddirtnap.blogspot.com/2009/08/guilty-simpson-madlib-coroners-musicoj.html

http://undergrounddirtnap.blogspot.com/2009/07/madlib-beatkonductavol5.html

http://findasoul4sale.blogspot.com/2009/08/yesterdays-new-quintet-stevie.html

http://findasoul4sale.blogspot.com/2007/12/j-dilla-shining_18.html

FAQ: Questions

- Why does a web host or blogging service provider get DMCA takedown notices?

Other Recent C&Ds

- Demand Media DMCA Complaint to Digg, *Demand Media*, March 29, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 26, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 25, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 25, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 23, 2010
- more

Related News

- We Don't Need No Stinkin' Court Order. We've Got the DMCA., David Abrams, *Chilling Effects Clearinghouse*, March 11, 2010
- YouTube Takes Down then Reinstates Video by Artist Using His Own Song, David Abrams, *Chilling Effects Clearinghouse*, March 9, 2010
- Takedown Hall of Shame Debuts at Electronic

**DMCA Notices**

**Topic Frequently Asked Questions (and Answers)**

http://djapit-musikdjapit2.blogspot.com/2009/08/amnesty-free-your-mind-700-west.html

Location (URL) of infringing third party content that the blog is linking to.

http://www.gigaup.fr/get_file/TQ3EGTMNW4/Amnesty%20-%20Free%20Your%20Mind%20The%20700%20West%20Sessions%20%281973%29-rar.html

http://www.gigaup.fr/get_file/SFR75TYMTL/Michael%20Liggins%20And%20The%20Super%20Souls%20%20We%20The%20People%20-%20Loaded%20To%20The%20Gills%20-%20Function%20Underground%20%281970%29-rar.html

http://www.gigaup.fr/get_file/0YJ0PWLYBL/The%20L-A-%20Carnival%20-%20Would%20Like%20To%20Pose%20A%20Question%20%282003%29-rar.html

http://www.gigaup.fr/get_file/N9KPSN0SFE/Beat%20Konducta%20Vol%20%200%20-%20%20Earth%20Sounds%20%282001%29-rar.html

http://www.gigaup.fr/get_file/DMXV1V7X90/Rhythm%20Machine%20%20-%20Rhythm%20Machine%20%281976%29-rar.html

http://www.gigaup.fr/get_file/E9NZEZOG87/The%20Soul%20Seven%20-%20Everything%20Is%20Everything%20With%20The%20Soul%20Seven%20%281970%29-rar.html

http://rapidshare.com/files/267730911/The_Whitefield_Brothers_-_In_The_Raw__2009.rar.html

http://www.gigaup.fr/get_file/L3YGWCUJOC/Art%20Class%20-%20%20Masterpieces%20from%20the%20Soul-Cal%20%26%20Now-Again%20Catalogs%20%282008%29-rar.html

http://rapidshare.com/files/267469517/Science_Class_-Heavy_Funk___Raw_Disco_Soul__2007.rar.html

http://www.gigaup.fr/get_file/RXF4B49APX/The%20Sand%20Dollars%20feat-%20Chris%20Manak%20-%20Get%20Thy%20Bearings%20%282003%29-rar.html

http://www.gigaup.fr/get_file/6SIUM75JSI/Carleen%20%26%20The%20Groovers%20-%20Can%20We%20Rap%20%281971%29-rar.html

http://www.gigaup.fr/get_file/9YFAVNOH8A/Koushik%20-%20Now-Again%20Music%20Library%20Vol-%2003%20-%20Koushik%20Vs-%20Now-Again%20%282008%29-rar.html

http://rapidshare.com/files/267503668/Oh_No_Vs.Percee_P_-_Now-Again_Music_Library_Vol._02_-_Oh_No_Vs._Percee_P__2008.rar.html

http://www.gigaup.fr/get_file/M4TFHWCWB0/Oh%20No%20-%20Now-Again%20Music%20Library%20Vol-%2001%20-%20Oh%20No%20Vs-%20Now-Again%20%282007%29-rar.html

http://hotfile.com/dl/7407984/e32189c/Lootpack_-_Lost_Tapes__2004.rar.html

http://depositfiles.com/en/files/ck7argioe

http://www.megaupload.com/?d=Y1VZFLUV

http://rapidshare.com/files/267666876/mfdmlhqh.rar

http://www.megaupload.com/?d=GOXGLZE7

http://rapidshare.com/files/241659091/jdjsphqh.rar

http://rapidshare.com/files/267606514/L_-TA__VLS_-_320.rar

http://rapidshare.com/files/238393739/J_Dilla-Jay_Stay_Paid-2009-WHOA.rar

http://rapidshare.com/files/6974885/MF_Doom_-_MM_Leftovers.rar.html

http://www.rapidshare.com/files/122475404/QUASIMOTO_-_THE_FURTHER_ADVENTURES_OF_LORD_QUAS.rar

http://www.sendspace.com/file/h0ca3x

http://rapidshare.com/files/266902987/SC3NE.rar

http://rapidshare.com/files/266912027/1NDI4.rar

http://rapidshare.com/files/266927734/D1LL4.rar

http://www.sendspace.com/file/0bhdsv

http://www.mediafire.com/?rmunyumklrm

http://rapidshare.com/files/249385319/Quasimoto_-_The_Unseen.rar.html

http://rapidshare.com/files/267311361/Yesterdays_New_Quintet_-_Stevie-_2004.rar

http://rapidshare.com/files/87574546/AG-GetDirtyRadio_FindaSoul4Sale.Blogspot.Com.txt

http://massmirror.com/b19ddca124e7898409012be6ae70be1d.html

http://rapidshare.com/files/87082370/MMFood_FindaSoul4Sale.blogspot.Com.txt

http://rapidshare.com/files/2552538/Madlib_-_Shades_of_Blue.rar

http://rapidshare.com/files/266970461/Jaylib-The_Red-VLS-2003-CMS.rar.html

http://www.mediafire.com/?02dymh2xmdd

http://rapidshare.com/files/262831407/gi.zip

http://rapidshare.com/files/253731670/MBKV56ATTD09C4.rar.html

http://www.divshare.com/download/8180548-64f

http://www.megaupload.com/?d=ak23rf4y

http://rapidshare.com/files/178064005/Jay_Dee-Vintage__Unreleased_Instrumentals_-2003.rar

http://www.mediafire.com/?1y2zuzzx2em

http://odsiebie.com/pokaz/4601958---814f.html

Sworn Statements
I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law. [checked]

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. [checked]

Signature

Signed on this date of:
August 12, 2009

Signature:
[Private]

---

**FAQ: Questions and Answers**

[back to notice text]

## Question: Why does a web host or blogging service provider get DMCA takedown notices?

**Answer:** Many copyright claimants are making complaints under the Digital Millennium Copyright Act, Section 512(c)m a safe-harbor for hosts of "Information Residing on Systems or Networks At Direction of Users." This safe harbors give providers immunity from liability for users' possible copyright infringement -- if they "expeditiously" remove material when they get complaints. Whether or not the provider would have been liable for infringement by materials its users post, the provider can avoid the possibility of a lawsuit for money damages by following the DMCA's takedown procedure when it gets a complaint. The person whose information was removed can file a counter-notification if he or she believes the complaint was erroneous.

## Question: What does a service provider have to do in order to qualify for safe

# Chilling Effects

Home | Weather Reports | Report <sup>Receiving</sup>/<sub>Sending</sub> a C&D Notice | Search the Database | Topics

Topic Home | FAQs          Monitoring the legal climate for Internet activity

 Print-friendly

Chilling Effects Clearinghouse > DMCA Notices > Notices > Movie: DMCA (Copyright) Complaint to Google

## Movie: DMCA (Copyright) Complaint to Google

January 4, 2010

**Sender Information:**
Twentieth Century Fox Film Corp (Avatar)
Sent by:

Los Angeles, CA, USA

**Recipient Information:**

Google, Inc.

Mountain View, CA, USA

Sent via: email
**Re: URGENT Notice of Copyright Infringement - Google Search Results for AVATAR**

Ticket Id: 563234754
Attention Google:
On behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), I am writing to notify you of the infringement of Fox's intellectual property rights in the above-referenced motion picture in Google Search results.
Demand is hereby made that Google take immediate action to stop such infringements.
The search results and links identified in the attached spreadsheet are specific examples of Google search results linking to video files and websites that infringe upon Fox's intellectual property rights.
Fox hereby demands that Google promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which it is aware, including the infringing files identified in the attached spreadsheet.
This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved. We appreciate your prompt attention to this important matter.
The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.
Kind regards,

[redacted]
Manager, Online Enforcement
Content Protection
Fox Group Legal
2121 Avenue of the Stars, 7th FL
Los Angeles, CA 90067
o: [redacted]
[redacted]@fox.com
Piracy tips: [redacted]@fox.com

Avatar 562751717 and 563234754 Removed
http://100bit.ru/video/78728-avatar-avatar-2009ts-properti-.html

Exh. 10, Pg. 13

**78**

### FAQ: Questions

- Why does a search engine get DMCA takedown notices for materials in its search listings?

### Other Recent C&Ds

- Demand Media DMCA Complaint to Digg, *Demand Media*, March 29, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 26, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 25, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 25, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 23, 2010

*more*

### Related News

- We Don't Need No Stinkin' Court Order. We've Got the DMCA., David Abrams, *Chilling Effects Clearinghouse*, March 11, 2010
- YouTube Takes Down then Reinstates Video by Artist Using His Own Song, David Abrams, *Chilling Effects Clearinghouse*, March 9, 2010
- Takedown Hall

http://rapidpiracy.com/index.php?/topic/146304-avatar-2009-xvid-supr-quality/
http://rapidpiracy.com/index.php?/topic/148082-avatar-2009-proper-ts-xvid-reuploadedexcellent-print-till-now/
http://rapidpiracy.com/index.php?/topic/148266-avatar-2009-ts-xvid-devise/
http://rapidpiracy.com/index.php?/topic/148800-avatar-2009-ts-xvid-assassinz/
http://rapidrise.org/showthread.php?p=160125
http://rapidshare.myblogg.se/movies/avatar-2009-telesync-xvid-camelot.html
http://rapidshare.net/dl/852538/Sample1.html
http://rapidshare.net/dl/872865/Avatar-2009-CAM-www-amaderforum-com-avi.html
http://rapidshare.net/dl/874998/Avatar-MKV.html
http://rapidshare.net/dl/875161/Avatar-2009-TELESYNC-XviD-CAMELOT-Meru.html
http://rapidshare.net/dl/879056/fwint-com-wbz-avatar-ts.html
http://rapidshare.net/dl/885195/Avatar-2009-TELESYNC-Warezusa-org.html
http://rapidshare.net/dl/926174/Avatar-2009-TELESYNC-720P-X264-PrisM-rar.html
http://rapidshare.net/dl/968115/Avatar-2009-TS-XviD-XV2-1.html
http://rapidshare.overget.com/movies/avatar-2009-cam-dual-audio-xvid-team-mafia-63814.html
http://rapidshare.overget.com/movies/avatar-2009-camrip-xvid-63184.html
http://rapidshare.overget.com/movies/avatar-2009-proper-telesync-xvid-hq-camelot-65800.html
http://rapidshare.overget.com/movies/avatar-2009-proper-ts-xvid-coaster-65756.html
http://rapidshare.overget.com/movies/avatar-2009-russian-cam-xvid-elektri4ka-63721.html
http://rapidshare.overget.com/movies/avatar-2009-russian-cam-xvid-elektri4ka-64187.html
http://rapidshare.overget.com/movies/avatar-2009-telesync-720x304-shaanig-64602.html
http://rapidshare.overget.com/movies/avatar-2009-telesync-xvid-camelot-63841.html
http://rapidshare.overget.com/movies/avatar-2009-ts-cam-jambo-65755.html
http://rapidshare.overget.com/movies/avatar-2009-ts-filtered-x264-64034.html
http://rapidshare.overget.com/movies/avatar-2009-ts-in-hindi-63189.html
http://rapidshare.overget.com/movies/avatar-2009-ts-xvid-50th-reupload-65792.html
http://rapidshare.overget.com/movies/avatar-2009-ts-xvid-hf-rs-63761.html
http://rapidshare.overget.com/movies/avatar-2009-ts-xvid-imagine-63819.html
http://rapidshare.overget.com/movies/avatar-2009-ts-xvid-imagine-64608.html
http://rapidshare.overget.com/movies/avatar-2009-ts-xvid-newrip-eng-63811.html
http://rapidshare.overget.com/movies/avatar-2009-ts-xvid-proper-v2-imagine-65770.html
http://rapidshare.overget.com/movies/avatar-2009-ts-xvid-x264-500mb-64040.html
http://rapidshare.overget.com/movies/avatar-telesync-xvid-x264-v2-imagine-65724.html
http://rapidshare.vn/showthread.php?p=159099
http://rapidshare2download.net/forums/movies/140848-avatar-2009-telesync-xvid-camelot-updated-few-hours-ago.html
http://rapidshare2download.net/forums/movies/141224-avatar-2009-ts-filtered-x264-ts-xvid-extrascene-rg.html
http://rapidshare2download.net/forums/movies/142367-ug-avatar-2009-ts-xvid.html
http://rapidshare2download.net/forums/movies/142646-avatar-2009-ts-xvid-coaster-reencoded.html
http://rapidshare2download.net/forums/movies/142674-avatar-ts-xvid-better-3d-no-rars.html
http://rapidshare2download.net/forums/movies/142683-avatar-2009-proper-ts-rmvb.html
http://rapidshare2download.net/forums/movies/143116-avatar-ts-custom-dvdr-v1-5-dual-audio-line-team-mafia.html
http://rapidshare2download.net/forums/movies/143573-avatar-ts-xvid-subbed-v2-imagine.html
http://rapidshare2download.net/forums/movies/143716-ug-avatar-2009-ts-xvid.html
http://rapidshare2download.net/forums/movies/144125-rs-avatar-2009-telesync-xvid-2-177-gb-excellent-quality.html
http://rapidshare2download.net/forums/movies/149876-avatar-2009-480p-ts-xvid-vision.html
http://rapidshare2download.net/forums/movies/158721-avatar-2009-dvd-rip-x264.html
http://rapidshare2download.net/forums/movies/159090-avatar-2009-ts-xvid-xv.html
http://rapidshare2download.net/forums/movies/159220-avatar-2009-dvd-rip-x264.html
http://rapidsharebay.com/movies/1029-avatar-2009-480p-ts-xvid-vision.html
http://rapidsharebay.org/games/avatar-2009-ts-hd-xvid-uk-87651.html
http://rapidsharebay.org/movies/rs-avatar-2009-ts-x264-mkv-500mb-english-audio-92797.html
http://rapidshareblog.blog.friendster.com/uncategorized/avatar-2009-xvid-realtsrip-englishhindirussian.html
http://rapidsharebox.blogsarena.com/640833/+Avatar+(2009)+Ts+Xvid+-+Imagine.html
http://rapidsharebox.blogsarena.com/641054/+Avatar++Ts+Xvid+2009+New+Release+700+Mb+Hq.html
http://rapidsharebox.blogsarena.com/643109/+Avatar+(2009)+Tsrip+550mb.html
http://rapidsharebox.blogsarena.com/653131/+Avatar+2009+Telesync+Xvid-gec.html
http://rapidshare-catalog.com/movies/18279-avatar-2009-homemade-ts-xvid-d3m0nz.html
http://rapidsharedownload.net/forums/e-books-tutorials/77646-avatar-2009-proper-ts-xvid-proof.html
http://rapidsharedownload.net/forums/movies/72899-avatar-english-mkv-550-mb-only.html
http://rapidsharedownload.net/forums/movies/79899-ug-avatar-2009-homemade-ts-xvid.html
http://rapidsharedownload.net/forums/movies/81018-avatar-2009-ts-mkv-550mb.html
http://rapidsharedownload.net/forums/movies/81748-avatar-2009-480p-ts-xvid.html
http://rapidsharedownload.net/forums/movies/81769-avatar-2009-telesync-720p-x264-prism.html
http://rapidsharedownload.net/forums/movies/81842-ug-avatar-2009-480p-ts-xvid.html
http://rapidsharedownload.net/forums/movies/81875-avatar-ts-xvid-devise.html
http://rapidsharedownload.net/forums/movies/82031-ug-avatar-2009-480p-ts-xvid.html

Exh. 10, Pg. 14

**79**

*http://rapidsharedownload.net/forums/movies/82075-avatar-2009-480p-ts-xvid.html*
*http://rapidsharedownload.net/forums/movies/82642-avatar-2009-480p-excellent-print-see-caps.html*
*http://rapidsharedownload.net/forums/movies/83142-rs-tb-avatar-2009-telesync-720p-x264-prism.html*
*http://rapidsharedownload.net/forums/movies/83151-rs-tb-avatar-ts-xvid-devise.html*
*http://rapidsharedownload.net/forums/movies/83307-avatar-ts-xvid-devise.html*
*http://rapidsharedownload.net/forums/movies/83318-avatar-2009-720p-ts-xvid-vision.html*
*http://rapidsharedownload.net/forums/movies/83590-avatar-2009-dvd-rip-see-caps.html*
==*http://rapidsharedownload.net/forums/movies/83797-avatar-2009-proper-ts-xvid-new-links.html*==
*http://rapidsharedownload.net/forums/movies/83897-avatar-english-mkv-550-mb-only.html*
*http://rapidsharedownload.net/forums/movies/86435-avatar-2009-proper-ts-xvid-proof.html*
*http://rapidsharedownload.net/forums/movies/87948-avatar-2009-ts-500mb-new-link.html*
*http://rapidsharedownload.net/forums/movies/87968-avatar-2009-ts-500mb.html*
*http://rapidsharedownload.net/forums/movies/87995-avatar-2009-telesync-xvid-extrascene-rg.html*
*http://rapidsharedownload.net/forums/movies/88070-avatar-2009-480p-xvid-rmvb-700mb-see-caps.html*
*http://rapidsharedownload.net/forums/movies/88371-avatar-2009-720p-ts-xvid-vision.html*
*http://rapidsharedownload.net/forums/movies/89307-avatar-2009-dvdscr-xvid-imax-verson-720p-hq.html*
*http://rapidsharedownload.net/forums/movies/89416-avatar-2009-500-mb-excellent-print-see-caps.html*
*http://rapidsharedownload.net/forums/movies/89606-avatar-2009-ts-500mb.html*
*http://rapidsharedownload.net/forums/movies/89661-ug-avatar-2009-hindi-ts-xvid.html*
*http://rapidsharedownload.net/movies/6041-avatar-2009-ts-xvid-mirrorbackup.html*
*http://rapidsharedownload.net/movies/7874-avatar-2009-ts-proper-xvid-mj2009.html*
*http://rapidsharedownload.ws/avatar-2009/*
*http://rapidsharedownloads.blogetery.com/movies/avatar-2009-cam-dual-audio-xvid-team-mafia-eng.html*
*http://rapidsharedownloads.blogetery.com/movies/avatar-2009-ts-xvid-1-38-gig.html*
*http://rapidsharefilez.com/movies/avatar-2009-telesync-xvid-extrascene-rg-2.html*
*http://rapidsharefilms.net/11764/avatar-2009-ts-hd-xvid-uk/*
*http://rapidsharefilms.net/12122/avatar-2009-ts-xvid-x264/*
*http://rapidsharefilms.net/12197/avatar-2009-homemade-readnfo-ts-xvid/*
*http://rapidsharefilms.net/12321/avatar-telesync-xvid-x264-v2-imagine/*
*http://rapidsharefilms.net/12394/avatar-2009-proper-telesync-xvid-hq-camelot/*
==*http://rapidsharefilms.net/12474/avatar-2009-ts-720p-vision/*==
*http://rapidsharefilms.net/12484/avatar-2009-ts-xvid-proper-v2-imagine-2/*
*http://rapidsharefilms.net/12500/avatar-2009-telesync-500mb-shaanig/*
*http://rapidsharefilms.net/12704/avatar-2009-ts-h264-aac-hq-mota/*
*http://rapidsharefilms.net/12812/avatar-2009-proper-eng-subbed-ts-xvid-prism/*
*http://rapidshareforum.net/movies/37527-rs-com-avatar-2009-tsrip-xvid-crys-russian-7-810-not-fake.html*
*http://rapidshareforum.net/movies/37739-avatar-2009-ts-mkv.html*
*http://rapidshareforum.net/movies/37747-avatar-ts-xvid-better-3d-english.html*
*http://rapidshareforum.net/movies/38402-avatar-2009-proper-ts-xvid.html*
*http://rapidshareforum.net/movies/38638-avatar-2009-telesync-xvid-camelot.html*
*http://rapidshareforum.net/movies/39110-avatar-2009-ts-xvid-400mb-lee.html*
*http://rapidshareforum.net/movies/39151-avatar-2009-ts-proper-xvid-mj2009.html*
*http://rapidshareforum.net/movies/39264-avatar-2009-ts-xvid-imagine-eng.html*
*http://rapidshareforum.net/movies/39673-rs-com-avatar-2009-telesync-720p-x264-prism.html*
*http://rapidshareforum.net/movies/39755-avatar-2009-ts-xvid-flawl3ss.html*
*http://rapidshareforum.net/movies/39769-rs-hf-avatar-2009-ts-xvid-imagine-sample.html*
*http://rapidshareforum.net/movies/39832-avatar-2009-proper-ts-xvid-proof-hot.html*
*http://rapidshareforum.net/movies/40017-rs-avatar-ts-2009-a.html*
*http://rapidshareforum.net/movies/40131-avatar-2009-480p-ts-xvid-vision.html*
*http://rapidshareforum.net/movies/40678-avatar-2009-telesync-h264-aac.html*
*http://rapidshareforum.net/movies/44191-avatar-2009-ts-500mb.html*
*http://rapidshareforum.net/movies/44613-avatar-h-q-english-subbed-ts-xvid-31st-dec-prism.html*
*http://rapidsharegfx.com/footages/video/50867-avatar-2009-homemade-ts-xvid-d3m0nz.html*
*http://rapidsharegfx.com/footages/video/53203-avatar-2009-dvdscr-xvid-imax-verson-720p-hq.html*
*http://rapidsharehunt.com/avatar2009480ptsxvid-vision-45446.html*
*http://rapidshareindex.com/Avatar-2009-TS-XviD_400397.html*
*http://rapidshareking.com/download/avatar-2009.html*
*http://rapidshareking.com/download/avatar-2009-cam-dual-audio-xvid-team-mafia.html*
*http://rapidsharelinks.blog.friendster.com/uncategorized/avatar-2009-ts-mkv.html*
*http://rapidsharelinks.blogsarena.com/639715/+Avatar+2009+Cam+Dual+Audio+Xvid-team-mafia+English,no+F.html*
*http://rapidsharelinks.blogsarena.com/644084/+Avatar+Ts+Xvid+++Imagne|re+Encoded|best+Yet|.html*
*http://rapidsharelist.blogsarena.com/&thisy=2009&thism=12&thisd=13*
*http://rapidsharelisting.blog.com/2009/12/28/avatar-2009-ts-xvid-english-best-quality/*
*http://rapidsharelisting.blog.friendster.com/uncategorized/avatar-2009-xvid-realtsrip-englishhindirussian.html*
*http://rapidsharepost.blogsarena.com/641201/+Avatar+2009+Ts+2cd+Rip+Xvid+V3+Nickkkdon.html*
*http://rapidsharepost.blogsarena.com/662127/Avatar+2009+Ts-hd+Xvid.html*

Exh. 10, Pg. 15

**80**

*http://www.rapidshare2download.net/forums/movies/144122-avatar-2009-ts-xvid-subbed-v2-imagine.html*
*http://www.rapidshare2download.net/forums/movies/144309-avatar-2009-ts-xvid.html*
*http://www.rapidshare2download.net/forums/movies/144630-avatar-2009-telesync-xvid-wbz.html*
*http://www.rapidshare2download.net/forums/movies/144961-ug-avatar-2009-proper-ts-virtdub-xvidmax-speed-subs-eng.html*
*http://www.rapidshare2download.net/forums/movies/145270-avatar-2009-proper-ts-virtdub-xvidmax-speed-subs-eng.html*
*==http://www.rapidshare2download.net/forums/movies/145561-rs-avatar-2009-proper-ts-xvid.html==*
*==http://www.rapidshare2download.net/==forums/movies/146022-rs-avatar-2009-proper-ts-xvid.html*
*http://www.rapidshare2download.net/forums/movies/146144-avatar-2009-ts-hd-xvid-450mb.html*
*http://www.rapidshare2download.net/forums/movies/146335-avatar-2009-ts-filtered-500mb.html*
*http://www.rapidshare2download.net/forums/movies/146872-avatar-2009-ts-xvid-proper.html*
*http://www.rapidshare2download.net/forums/movies/146973-avatar-2009-ts-xvid-subbed-v2-imagine.html*
*http://www.rapidshare2download.net/forums/movies/147215-avatar-2009-ts-hd-xvid-450mb.html*
*http://www.rapidshare2download.net/forums/movies/147452-avatar-2009-ts-hq.html*
*http://www.rapidshare2download.net/forums/movies/147475-avatar-ts-custom-dvdr-v1-5-dual-audio-line-team-mafia.html*
*http://www.rapidshare2download.net/forums/movies/147572-ug-avatar-2009-homemade-ts-xvid.html*
*http://www.rapidshare2download.net/forums/movies/147594-avatar-2009-ts-hd-rip-xvid-450mb-26-12-2009-a.html*
*http://www.rapidshare2download.net/forums/movies/147705-avatar-2009-ts-xvid-proper-v2-imagine.html*
*http://www.rapidshare2download.net/forums/movies/147882-avatar-2009-ts-mkv-550mb-3-parts-excellent-print-print.html*
*http://www.rapidshare2download.net/forums/movies/148025-rs-com-avatar-2009-ts-proper-xvid-mj2009.html*
*http://www.rapidshare2download.net/forums/movies/148285-avatar-2009-telesync-x264-520mb-link-good.html*
*http://www.rapidshare2download.net/forums/movies/148605-avatar-2009-proper-ts-xvid-coaster.html*
*http://www.rapidshare2download.net/forums/movies/149282-avatar-2009-ts-hd-xvid-450mb-27-12-2009-a.html*
*http://www.rapidshare2download.net/forums/movies/149336-avatar-2009-ts-xvid-480p-vision.html*
*==http://www.rapidshare2download.net/==forums/movies/149568-ug-avatar-2009-hindi-ts-xvid.html*
*http://www.rapidshare2download.net/forums/movies/149580-ug-avatar-2009-ts-xvid.html*
*http://www.rapidsharedata.com/files/10762469/AVATAR-MOVIE-2009-ENGLISH-CAM-XviD-MAX-avi-005*
*http://ws.rapidsharedownload.net/forums/movies/67172-t4-avatar-film-special-ws-pdtv-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/68039-avatar-2009-ts-hd-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/68625-avatar-2009-ts-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/68692-avatar-2009-ts-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/68711-avatar-2009-ts-xvid-uk-screen-xylo.html*
*http://www.rapidsharedownload.net/forums/movies/68949-avatar-2009-ts-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/69513-avatar-2009-ts-hd-xvid-uk.html*
*http://www.rapidsharedownload.net/forums/movies/69941-avatar-cam-xvid-new-release-2009-a.html*
*http://www.rapidsharedownload.net/forums/movies/70077-avatar-2009-ts-xvid-hindi-first-net-no-fake-tested-me.html*
*http://www.rapidsharedownload.net/forums/movies/70170-avatar-2009-camrip.html*
*http://www.rapidsharedownload.net/forums/movies/70285-avatar-2009-camrip-proper.html*
*http://www.rapidsharedownload.net/forums/movies/70312-avatar-2009-ts-hd-xvid-uk.html*
*http://www.rapidsharedownload.net/forums/movies/70377-avatar-2009-xvid-camrip-hindi.html*
*http://www.rapidsharedownload.net/forums/movies/70427-avatar-2009-tsrip-xvid-nice-quality-see-caps.html*
*http://www.rapidsharedownload.net/forums/movies/70507-avatar-2009-camrip-xvid-rus.html*
*http://www.rapidsharedownload.net/forums/movies/70562-avatar-2009-1cd-tsrip-xvid-english-fon.html*
*http://www.rapidsharedownload.net/forums/movies/70580-ug-avatar-2009-hindi-ts.html*
*http://www.rapidsharedownload.net/forums/movies/70637-avatar-2009-ts-hd-xvid-uk.html*
*http://www.rapidsharedownload.net/forums/movies/70872-hotfile-com-avatar-2009-ts-hd-xvid-uk.html*
*http://www.rapidsharedownload.net/forums/movies/70888-avatar-2009-tsrip-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/70902-avatar-2009-tsrip-xvid-nice-quality.html*
*http://www.rapidsharedownload.net/forums/movies/70918-avatar-2009-ts-hd-xvid-uk-not-fake-tested-me.html*
*http://www.rapidsharedownload.net/forums/movies/70919-avatar-2009-ts-hd-xvid-uk.html*
*http://www.rapidsharedownload.net/forums/movies/70974-avatar-2009-russian-cam-xvid-elektri4ka.html*
*http://www.rapidsharedownload.net/forums/movies/71030-rs-tb-avatar-2009-russian-cam-xvid-elektri4ka.html*
*http://www.rapidsharedownload.net/forums/movies/71123-avatar-2009-russian-cam-xvid-elektri4ka.html*
*http://www.rapidsharedownload.net/forums/movies/71258-avatar-2009-cam-english-xvid-team-mafia.html*
*http://www.rapidsharedownload.net/forums/movies/71326-ug-avatar-2009-hindi-ts-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/71350-avatar-2009-cam-dual-audio-xvid-team-mafia-eng.html*
*http://www.rapidsharedownload.net/forums/movies/71415-avatar-2009-cam-dual-audio-xvid-team-mafia-english-spanish.html*
*http://www.rapidsharedownload.net/forums/movies/71451-avatar-2009-cam-dual-audio-eng.html*
*http://www.rapidsharedownload.net/forums/movies/71464-avatar-2009-camrip-proper.html*
*http://www.rapidsharedownload.net/forums/movies/71621-avatar-2009-ts-eng-xvid-imagine.html*
*http://www.rapidsharedownload.net/forums/movies/71634-avatar-2009-ts-xvid-imagine.html*
*http://www.rapidsharedownload.net/forums/movies/71657-avatar-2009-cam-dual-audio-xvid-team-mafia.html*
*http://www.rapidsharedownload.net/forums/movies/71699-avatar-2009-ts-eng-xvid-imagine.html*
*http://www.rapidsharedownload.net/forums/movies/71727-avatar-2009-ts-hd-xvid-uk-new-links-check-out.html*
*http://www.rapidsharedownload.net/forums/movies/71859-avatar-2009-tsrip-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/71896-avatar-2009-ts-xvid-imagine-rs-hf-bf-single-200-mb-links.html*
*http://www.rapidsharedownload.net/forums/movies/71903-avatar-2009-ts-xvid-imagine-english-proper-sample.html*

Exh. 10, Pg. 16

**81**

http://www.rapidsharedownload.net/forums/movies/71939-avatar-2009-telesync-xvid-camelot.html
http://www.rapidsharedownload.net/forums/movies/71940-avatar-2009-camrip-spanish-updates-dead-links.html
http://www.rapidsharedownload.net/forums/movies/71998-avatar-2009-telesync-xvid-camelot-imagine-team-mafia.html
http://www.rapidsharedownload.net/forums/movies/72003-ug-avatar-2009-ts-xvid.html
http://www.rapidsharedownload.net/forums/movies/72054-avatar-2009-ts-xvid-imagine-1-5gb-only.html
http://www.rapidsharedownload.net/forums/movies/72103-avatar-2009-dvdrip-xvid-enjoy.html
http://www.rapidsharedownload.net/forums/movies/72121-rs-hf-avatar-2009-ts-xvid-imagine.html
http://www.rapidsharedownload.net/forums/movies/72244-avatar-2009-ts.html
http://www.rapidsharedownload.net/forums/movies/72268-avatar-2009-ts-plus-700mb.html
http://www.rapidsharedownload.net/forums/movies/72270-avatar-2009-ts-xvid-camelot.html
http://www.rapidsharedownload.net/forums/movies/72284-avatar-2009-ts-eng-xvid-imagine.html
http://www.rapidsharedownload.net/forums/movies/72294-avatar-2009-telesync-xvid-camelot.html
http://www.rapidsharedownload.net/forums/movies/72300-avatar-2009-telesync-xvid-camelot.html
http://www.rapidsharedownload.net/forums/movies/72303-avatar-2009-telesync-xvid-camelot.html
http://www.rapidsharedownload.net/forums/movies/72367-hf-avatar-2009-ts-hd-dvd-uk-tested.html
==**http://www.rapidsharedownload.net/forums/movies/72377-t4-avatar-film-special-ws-pdtv-xvid.html**==
==**http://www.rapidsharedownload.net/**==forums/movies/72420-rs-tb-avatar-ts-xvid-imagine.html
http://www.rapidsharedownload.net/forums/movies/72424-rs-tb-avatar-2009-telesync-xvid-camelot.html
http://www.rapidsharedownload.net/forums/movies/72456-avatar-ts-xvid-imagine.html
http://www.rapidsharedownload.net/forums/movies/72598-hf-com-avatar-2009-ts-xvid-imagine.html
http://www.rapidsharedownload.net/forums/movies/72625-avatar-2009-ts-xvid-best-quality-600mb.html
http://www.rapidsharedownload.net/forums/movies/72667-avatar-2009-telesync-x264-mkv-550mb.html
http://www.rapidsharedownload.net/forums/movies/72669-avatar-2009-tsrip-xvid-crys.html
http://www.rapidsharedownload.net/forums/movies/72688-avatar-2009-telesync-xvid-imagine-camelot.html
http://www.rapidsharedownload.net/forums/movies/72699-avatar-2009-telesync-xvid-camelot-imagine-team-mafia.html
http://www.rapidsharedownload.net/forums/movies/72738-hotfile-com-avatar-2009-ts-xvid-newrip-eng-test-me.html
http://www.rapidsharedownload.net/forums/movies/73089-ug-avatar-2009-ts-xvid.html
http://www.rapidsharedownload.net/forums/movies/73095-avatar-2009-proper-ts-xvid-max.html
http://www.rapidsharedownload.net/forums/movies/73098-avatar-2009-telesync-xvid-camelot-multilinks.html
http://www.rapidsharedownload.net/forums/movies/73105-avatar-2009-ts-xvid-better-3d.html
http://www.rapidsharedownload.net/forums/movies/73251-avatar-english-mkv-550-mb-only.html
http://www.rapidsharedownload.net/forums/movies/73262-avatar-english-mkv-550-mb-only.html
http://www.rapidsharedownload.net/forums/movies/73287-ug-avatar-english-mkv-550-mb-only.html
http://www.rapidsharedownload.net/forums/movies/73355-avatar-2009-ts-filtered-better-3d-eng-best-quality.html
http://www.rapidsharedownload.net/forums/movies/73375-avatar-ts-xvid-better-3d-english.html
http://www.rapidsharedownload.net/forums/movies/73545-avatar-2009-tsrip-mkv-450mb-excellent-print.html
http://www.rapidsharedownload.net/forums/movies/73573-hotfile-com-avatar-2009-ts-hd-dvdrip.html
http://www.rapidsharedownload.net/forums/movies/73603-ug-avatar-2009-hindi-ts-xvid.html
http://www.rapidsharedownload.net/forums/movies/73611-ug-avatar-2009-dvdrip-xvid.html
http://www.rapidsharedownload.net/forums/movies/73761-ug-avatar-2009-ts-xvid.html
http://www.rapidsharedownload.net/forums/movies/73764-avatar-2009-telesync-xvid-extrascene-rg.html
http://www.rapidsharedownload.net/forums/movies/73871-ug-avatar-2009-ts-xvid.html
http://www.rapidsharedownload.net/forums/movies/74065-rs-tb-avatar-2009-proper-ts-xvid-maxspeed-coaster.html
http://www.rapidsharedownload.net/forums/movies/74153-avatar-2009-proper-ts-xvid-coaster.html
http://www.rapidsharedownload.net/forums/movies/74210-avatar-2009-russian-cam-xvid-elektri4ka.html
http://www.rapidsharedownload.net/forums/movies/74288-avatar-2009-ts-xvid-better-3d.html
http://www.rapidsharedownload.net/forums/movies/74392-avatar-2009-tsrip-mkv-450mb-good-print-till-now.html
http://www.rapidsharedownload.net/forums/movies/74412-avatar-2009-ts-xvid-700mb.html
http://www.rapidsharedownload.net/forums/movies/74536-avatar-2009-proper-ts-xvid-maxspeed.html
http://www.rapidsharedownload.net/forums/movies/74664-hotfile-com-avatar-2009-ts-xvid-same-dvdrip.html
http://www.rapidsharedownload.net/forums/movies/74665-avatar-2009-ts-xvid-proper.html
http://www.rapidsharedownload.net/forums/movies/74751-ug-avatar-2009-ts-xvid.html
http://www.rapidsharedownload.net/forums/movies/74760-ug-avatar-2009-spanish-cam-xvid.html
http://www.rapidsharedownload.net/forums/movies/74797-ug-avatar-2009-hindi-ts-xvid.html
http://www.rapidsharedownload.net/forums/movies/76291-avatar-2009-ts-xvid-subbed-v2-imagine.html
http://www.rapidsharedownload.net/forums/movies/76432-avatar-2009-proper-ts-xvid-proof-screens-new-version-eng-8-9-10-rs-hf-bf.html
http://www.rapidsharedownload.net/forums/movies/76446-avatar-2009-500mb-excellent-print-see-caps.html
http://www.rapidsharedownload.net/forums/movies/76685-ug-avatar-2009-ts-xvid.html
http://www.rapidsharedownload.net/forums/movies/76708-avatar-2009-telesync-xvid-extrascene-rg-excellent-print-see-caps.html
http://www.rapidsharedownload.net/forums/movies/76713-ug-avatar-2009-spanish-cam-xvid.html
http://www.rapidsharedownload.net/forums/movies/76721-usa-avatar-2009-d-hd-dvdrip.html
http://www.rapidsharedownload.net/forums/movies/76772-hotfile-com-avatar-2009-a.html
http://www.rapidsharedownload.net/forums/movies/76774-avatar-2009-telesync-xvid-2-177-gb-excellent-quality.html
http://www.rapidsharedownload.net/forums/movies/76795-avatar-2009-ts-xvid-best-quality-600mb.html
http://www.rapidsharedownload.net/forums/movies/76799-avatar-ts-xvid-better-3d.html

Exh. 10, Pg. 17

**82**

*http://www.rapidsharedownload.net/forums/movies/76807-avatar-2009-ts-xvid-subbed-v2-imagine.html*
*http://www.rapidsharedownload.net/forums/movies/76876-avatar-2009-ts-900mb-reup.html*
*http://www.rapidsharedownload.net/forums/movies/76906-avatar-2009-telesync-xvid-2-177-gb-excellent-quality.html*
*http://www.rapidsharedownload.net/forums/movies/77031-avatar-2009-homemade-readnfo-ts-xvid-d3m0nz.html*
*http://www.rapidsharedownload.net/forums/movies/77033-avatar-2009-proper-ts-xvid-proof-hot-hot-hot.html*
*http://www.rapidsharedownload.net/forums/movies/77074-avatar-ts-xvid-subbed-v2-imagine.html*
*http://www.rapidsharedownload.net/forums/movies/77170-rs-com-avatar-2009-homemade-readnfo-ts-xvid-d3m0nz.html*
*http://www.rapidsharedownload.net/forums/movies/77175-avatar-2009-ts-xvid-proper.html*
<mark>*http://www.rapidsharedownload.net/forums/movies/77276-ug-avatar-2009-homemade-ts-xvid.html*</mark>
<mark>*http://www.rapidsharedownload.net/forums/movies/*</mark>*77307-avatar-2009-homemade-readnfo-ts-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/77361-avatar-2009-proper-ts-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/77430-avatar-2009-homemade-readnfo-ts-xvid-d3m0nz.html*
*http://www.rapidsharedownload.net/forums/movies/77442-ug-avatar-2009-homemade-ts-xvid.html*
*http://www.rapidsharedownload.net/forums/movies/77473-avatar-2009-proper-ts-virtdub-xvidmax-speed-subs-eng.html*
*http://www.rapidsharedownload.net/forums/movies/77500-avatar-2009-proper-xvid-max-excellent-quality.html*
*http://www.rapidsharedownload.net/forums/movies/77643-avatar-2009-500mb-excellent-print-see-caps.html*
*http://www.rapidsharedownload.net/forums/movies/77722-avatar-2009-proper-ts-virtdub-xvidmax-speed-subs-eng.html*
*http://www.rapidsharedownload.net/forums/movies/77873-avatar-2009-ts-2-prints-525mb-excellent-prine.html*
*http://www.rapidsharedownload.net/forums/movies/77920-avatar-2009-homemade-readnfo-ts-xvid-d3m0nz.html*
*http://www.rapidsharedownload.net/movies/5870-avatar-2009-russian-cam-xvid-elektri4ka-avatar.html*
*http://www.rapidsharedownload.org/24263-avatar-2009-telesync-xvid-camelot-avatar-2009-ts.html*
*http://www.rapidsharedownloads.net/movies/avatar-2009/*
*http://www.rapidsharefilez.com/movies/avatar-2009-camrip-xvid-rus.html*
*http://www.rapidsharefilez.com/movies/avatar-2009-ts-proper-xvid-mj2009.html*
<mark>*http://www.rapidsharefilez.com/movies/avatar-2009-ts-xvid-imagine.html*</mark>
*http://www.rapidsharefilez.com/softwares/avatar-2009-ts-xvid-imagine-2.html*
*http://www.rapidshareindex.com/Avatar-2009-_403594.html*
*http://www.rapidshareindex.com/Avatar-2009-1CD-TSRiP-Version-2-MKV_405167.html*
*http://www.rapidshareindex.com/Avatar-2009-CAMRip-PROPER_403929.html*
*http://www.rapidshareindex.com/AVATAR-2009-Russian-CAM-XviD_403919.html*
*http://www.rapidshareindex.com/Avatar-2009-TS-900mb_405907.html*
*http://www.rapidshareindex.com/Avatar-TS-XviD-700MB-2009-ReAl_402551.html*
*http://www.rapidteam.net/forum/avatar-ts-xvid-better-3d-t54955.html*
*http://www.realraptalk.com/f109/avatar-2009-telesync-xvid-camelot-hf-mf-rs-1041435/*
*http://www.realraptalk.com/f59/avatar-2009-homemade-readnfo-ts-xvid-d3m0nz-1048384/*
*http://www.realraptalk.com/f59/avatar-2009-proper-ts-xvid-coaster-1053273/*
*http://www.realraptalk.com/f59/avatar-2009-telesync-aac-h264-ltt-1053899/*
*http://www.realraptalk.com/f59/avatar-2009-telesync-x264-mkv-550mb-1042209/*
*http://www.realraptalk.com/f59/avatar-2009-telesync-xvid-camelot-1041600/*
*http://www.realraptalk.com/f59/avatar-2009-telesync-xvid-camelot-1042072/*
*http://www.realraptalk.com/f59/avatar-2009-telesync-xvid-camelot-1042213/*
*http://www.realraptalk.com/f59/avatar-2009-telesync-xvid-camelot-imagine-1041252/*
*http://www.realraptalk.com/f59/avatar-2009-ts-eng-xvid-imagine-1041786/*
*http://www.realraptalk.com/f59/avatar-2009-ts-proper-xvid-mj2009-1052557/*
*http://www.realraptalk.com/f59/avatar-2009-ts-proper-xvid-mj2009-1052731/*
*http://www.realraptalk.com/f59/avatar-2009-ts-proper-xvid-mj2009-1053189/*
*http://www.realraptalk.com/f59/avatar-2009-ts-xvid-imagine-hq-1042253/*
*http://www.realraptalk.com/f59/avatar-ts-xvid-better-3d-english-1043263/*
*http://www.realraptalk.com/f59/hf-com-avatar-2009-ts-xvid-english-vlajko-1041746/*
*http://www.realraptalk.com/f59/rs-tb-avatar-2009-proper-ts-xvid-coaster-1051013/*
*http://www.realraptalk.com/f59/rs-tb-avatar-2009-ts-cam-jambo-1051016/*
*http://www.realraptalk.com/f59/rs-tb-avatar-ts-xvid-imagine-1042056/*
*http://www.realraptalk.com/f59/rs-tb-avatar-ts-xvid-subbed-v2-imagine-1053325/*
*http://www.releaseinfo.net/ri/?idnewsmimo=6607&jazyk=eng*
*http://www.renslt.org/showthread.php?2600026-[RS-com]-[HF-COM]-AVATAR-(2009)-TS-XviD-V2-IMAGiNE*
*http://www.renslt.org/showthread.php?2605646-[HTTP]-Avatar-2009-TS-HD-XviD*
*http://www.renslt.org/showthread.php?2613542-Avatar-(2009)-TS-XviD-In-Hindi*
*http://www.renslt.org/showthread.php?2617069-[RS]|[MU]|Avatar-2009-CAM-Dual-Audio-XViD-TeaM-MaFia*
*http://www.renslt.org/showthread.php?2619607-[RS-COM]-Avatar-TS-XVID-IMAGiNE-BETTER-AUDIO-[ENGLISH]-STARR*
*http://www.renslt.org/showthread.php?2622092-Avatar-2009-TELESYNC-XviD-CAMELOT*
*http://www.renslt.org/showthread.php?2623291-[RS-HF-1]-Avatar-(2009)-Telesync-720x304-500MB-ShAaNiG*
*http://www.renslt.org/showthread.php?2625472-Avatar-(2009)-TS-XVID-IMAGiNE*
*http://www.renslt.org/showthread.php?2625475-Avatar-2009-TS-XviD-IMAGiNE*
*http://www.renslt.org/showthread.php?2625593-[RS-MU-HF]Avatar-2009-TS-XVID-COASTER-CAMELOT-IMAGINE*
*http://www.renslt.org/showthread.php?2627609-Avatar-2009-PROPER-TS-XviD-MAX-SPEED-PROOF-SCREENS*
*http://www.renslt.org/showthread.php?2633267-[RS-COM]Avatar-2009-TS-XVID-Subbed-V2-IMAGiNE*

Exh. 10, Pg. 18

**83**



# Chilling Effects

| Home | Weather Reports | Report <small>Receiving Sending</small> a C&D Notice | Search the Database | Topics |

Topic Home | FAQs     Monitoring the legal climate for Internet activity

🖶 Print-friendly

Chilling Effects Clearinghouse > DMCA Notices > Notices > Fox Demands Google Takedown of "It's Always Sunny in Philadelphia"

## Fox Demands Google Takedown of "It's Always Sunny in Philadelphia"

December 15, 2009

**Sender Information:**
20th Century Fox
Sent by: Manager, Online Enforcement Content Protection
Fox Group Legal

**Recipient Information:**

Google, Inc.

Mountain View, CA, USA

Sent via: email

**Re: URGENT Notice of Copyright Infringement - Google Search Results for IT'S ALWAYS SUNN**

Attention Google:

On behalf of Twentieth Century Fox Film Corporation and/or its subsidiaries and affiliated companies ("Fox"), I am writing to notify you of the infringement of Fox's intellectual property rights in the above-referenced television series in Google Search results.

Demand is hereby made that Google take immediate action to stop such infringements.

The search results and links identified in the attached spreadsheet are specific examples of Google search results linking to illegal video files and websites that infringe upon Fox's intellectual property rights.

Fox hereby demands that Google promptly remove and disable the links to all unauthorized copies of works whose copyrights are owned by Fox of which it is aware, including the infringing files identified in the attached spreadsheet.

This letter is not a complete statement of Fox's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Fox in connection with this matter, all of which are expressly reserved. We appreciate your prompt attention to this important matter.

The undersigned has a good faith belief that use of the materials in the manner described herein is not authorized by Fox, its agent, or the law. The information in this notice is accurate. Under penalty of perjury, the undersigned is authorized to act on behalf of Fox with respect to this matter.

Sincerely,

[private]
Manager, Online Enforcement
Content Protection
Fox Group Legal
[private]
Los Angeles, CA 90067
[private]

## FAQ: Questions

- Why does a search engine get DMCA takedown notices for materials in its search listings?

## Other Recent C&Ds

- Demand Media DMCA Complaint to Digg, *Demand Media*, March 29, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 26, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 25, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 25, 2010
- IFPI DMCA (Copyright) Complaint to Google, *IFPI*, March 23, 2010

more

## Related News

- We Don't Need No Stinkin' Court Order, We've Got the DMCA., David Abrams, *Chilling Effects Clearinghouse*, March 11, 2010
- YouTube Takes Down then Reinstates Video by Artist Using His Own Song, David Abrams, *Chilling Effects Clearinghouse*, March 9, 2010
- Takedown Hall of Shame Debuts at Electronic Frontier Foundation, Rebecca Schoff, *Chilling Effects Clearinghouse*, November 5, 2009
- BoingBoing brings a ray of sunshine to

http://cleanwarez.com/TV/its-always-sunny-in-philadelphia-s05e06-ws-pdtv-xvid-sys~4~8361.html

http://cleanwarez.com/TV/its-always-sunny-in-philadelphia-s05e07-ws-pdtv-xvid-released-by-xii~4~8590.html

http://cleanwarez.com/TV/its-always-sunny-in-philadelphia-s05e07-ws-pdtv-xvid-xii~4~8590.html

http://cleanwarez.com/TV/its-always-sunny-in-philadelphia-s05e10-ws-pdtv-xvid-released-by-sys~4~9343.html

http://cleanwarez.com/TV/its-always-sunny-in-philadelphia-s05e11-mac-and-charlie-write-a-movie-ws-pdtv-xvid-released-by-fqm~4~9871.html

http://cleanwarez.com/TV/its-always-sunny-in-philadelphia-s05e12-hr-ws-pdtv-x264-released-by-dimension~4~10136.html

http://cleanwarez.com/TV/its-always-sunny-in-philadelphia-s05e12-the-gang-reignites-the-rivalry-ws-pdtv-xvid-released-by-fqm~4~10137.html

http://down2free.maker-sat.com/6396-post1.html
http://freeposts.blog.com/2009/11/23/its-always-sunny-in-philadelphia-a-very-sunny-christmas/

http://full-rapidshare.com/movies/4947-its-always-sunny-in-philadelphia-dvdrip.html

http://goleech.org/category/episodes
http://goleech.org/episodes/its-always-sunny-philadelphia-s05e06-ws-pdtv-xvid-sys

http://goleech.org/episodes/its-always-sunny-philadelphia-s05e11-mac-and-charlie-write-movie-ws-pdtv-xvid-fqm

http://goleech.org/movies/dvdrip/its-always-sunny-philadelphia-very-sunny-christmas-2009-dvdrip-xvid-revott

http://megauploadlinks.blogetery.com/movies/its-always-sunny-in-philadelphia-a-very-sun.html

http://megauploadposts.bloguez.com/megauploadposts/740450/Its-Always-Sunny-In-Philadelphia-A-Very-Sunny-Christmas

http://newscenefiles.net/tv/xvid/its-always-sunny-in-philadelphia-s05e12-the-gang-reignites-the-rivalry-ws-pdtv-xvid-fqm/

http://pirateaccess.com/download-its-always-sunny-in-philadelphia-s05e09-2009-12581818357727.html

http://rankeoweb.com/descargar-its-always-sunny-in-philadelphia-s05e06-ws-pdtv-xvid-sys-gratis.html

http://rankeoweb.com/descargar-its-always-sunny-in-philadelphia-s05e10-ws-pdtv-xvid-sys-gratis.html

http://rapid.tvphp.net/?q=always+sunny+dennis+looks+megaupload

http://rapid.tvphp.net/?q=always+sunny+gang+gets+racist

http://rapid.tvphp.net/?q=always+sunny+in+philadelphia+s04e11

http://rapid.tvphp.net/?q=always+sunny+s01e01

http://rapid.tvphp.net/?q=dennis+method+its+always+sunny+in+philadelphia

http://rapid.tvphp.net/?q=http+rapidshare+com+files+228613218+its+always+sunny+in+philadelphia+s02e01+charlie+gets+crippled+part1+rar

http://rapid.tvphp.net/?q=it+s+always+sunny+in+philadelphia+3x05+the+aluminum+monster+vs+fatty+mcgoo

http://rapid.tvphp.net/?q=it+s+always+sunny+in+philadelphia+dee+and+dennis+go+on+welfare

http://rapid.tvphp.net/?q=its+always+sunny+in+philadelphia+s03e08+frank+sets+sweet+dee+on+fire

http://rapid.tvphp.net/?q=its+always+sunny+in+philadelphia+the+dennis+method

http://rapid.tvphp.net/?q=the+dennis+method+its+always+sunny

http://rapidlinkfind.com/rs-5aat
http://rapidlinkfind.com/rs-5w88
http://rapidlinkfind.com/rs-67il
http://rapidshare.overget.com/tv-shows/its-always-sunny-in-philadelphia-s05e04-ws-pdtv-xvid-sys-9582.html
http://rapidshare.overget.com/tv-shows/its-always-sunny-in-philadelphia-s05e10-ws-pdtv-xvid-sys-50513.html

http://rapidshare.overget.com/tv-shows/its-always-sunny-in-philadelphia-s05e11-mac-and-charlie-write-a-movie-ws-pdtv-xvid-fqm-56453.html

http://rapidshare.overget.com/tv-shows/its-always-sunny-in-philadelphia-s05e12-the-gang-reignites-the-rivalry-ws-pdtv-xvid-fqm-59477.html

http://rapidsharefilms.net/1111/rapidshare-its-always-sunny-in-philadelphia-season-3-dvdrip-xvid/

http://rapidsharefilms.net/11161/its-always-sunny-in-philadelphia-s05e12-the-gang-reignites-the-rivalry-ws-pdtv-xvid/

http://rapidsharefilms.net/8376/its-always-sunny-in-philadelphia-s01-02-dvdrip-xvid/

http://rapidshare-search-engine.com/index-s=its+always+sunny+christmas.html

http://rapidshare-search-engine.com/index-s=sunny+dee.html

http://rapid-soft.info/?p=11661
http://rapid-soft.info/?p=11912

Exh. 10, Pg. 20

**85**

http://tamilwire.com/forum/showthread.php?t=46830
http://tamnhinso.com/tintuc/30634-avatar-2009-ts-xvid-in-hindi/
http://tamnhinso.com/tintuc/31247-avatar-2009-ts-rip-xvid-18-12-2009-no-fake-tested-by-me/
http://tamnhinso.com/tintuc/31911-avatar-2009-cam-dual-audio-xvid/
http://tamnhinso.com/tintuc/32266-avatar-2009-cam-dual-audio-xvid-team-mafia/
http://taringa.net/posts/downloads/4186464/Avatar-(2009)-[Cam][Espa?ol-Latino][Estreno].html
http://taringa.net/posts/tv-peliculas-series/4178318/Avatar-(2009)-CamRip.html
http://taringa.net/posts/tv-peliculas-series/4178313/Avatar-(2009)(Ruso)(CAMrip).html
http://taringa.net/posts/tv-peliculas-series/4181141/Avatar-(2009)English-|-Ts-Rip-|-XviD-|.html
http://taringa.net/posts/tv-peliculas-series/4181361/AVATAR---2009-TS-XVID-(800-MB)-ingles.html
http://taringa.net/posts/tv-peliculas-series/4184690/Avatar-(2009)-CAM-[Dual-Audio]-[Ingles-y-Espanol].html
http://taringa.net/posts/tv-peliculas-series/4184837/Avatar-2009-TS-XviD-IMAGiNE.html
http://taringa.net/posts/tv-peliculas-series/4184848/Avatar-(2009)-TS-v_3-XviD-%E2%80%93-IMAGiNE-[MediaFire_RS].html
http://taringa.net/posts/tv-peliculas-series/4184959/Avatar-[2009][CAMRip][filter][Xvid][Audio-Latino].html
http://taringa.net/posts/tv-peliculas-series/4185022/Avatar-(-cam)-2-link-megaupload.html
http://taringa.net/posts/tv-peliculas-series/4185386/AVATAR--Cam-(ver-online-ingles).html
http://taringa.net/posts/tv-peliculas-series/4185602/Las-peliculas-de-estreno-2009.html
http://taringa.net/posts/tv-peliculas-series/4185714/pelicula-avatar-2009-ingles.html
http://taringa.net/posts/tv-peliculas-series/4185747/Avatar---audio-latino-e-ingles-r-2009.html
http://taringa.net/posts/tv-peliculas-series/4185785/pelicula-avatar-2009-espa?ol-latino.html
http://taringa.net/posts/tv-peliculas-series/4185898/Avatar-2009-TELESYNC-XviD-CAMELOT.html
http://taringa.net/posts/tv-peliculas-series/4185928/Avatar-2009-(pelicula-entera)-[calidad-exelente].html
http://taringa.net/posts/tv-peliculas-series/4185996/Avatar-(2009)-Dual-Audio-Espa?ol-Latino.html
http://taringa.net/posts/tv-peliculas-series/4186149/Avatar-2009-Cam-Latino-KvCD-(RS).html
http://taringa.net/posts/tv-peliculas-series/4186247/avatar-2009-cam-rip-audiolatino.html
http://taringa.net/posts/tv-peliculas-series/4186254/avatar-2009-cam-dual-(Ingl%C3%A9s-Latino)-XViD.html
http://taringa.net/posts/tv-peliculas-series/4186333/Avatar-(2009)-TS_XviD-IMAGiNE.html
http://taringa.net/posts/tv-peliculas-series/4186495/Avatar-2009-Espa?ol-Latino-Online-sin-limite-de-tiempo.html
http://taringa.net/posts/tv-peliculas-series/4186572/Avatar-TS-(2009).html
http://taringa.net/posts/tv-peliculas-series/4186646/[DD]-Avatar-La-Pelicula-[2009][TS-XVID][ESP-LAT][MU].html
http://taringa.net/posts/tv-peliculas-series/4186652/Avatar-[TS-Screener][2009][Ciencia-ficci?n][Latino][RS_MU].html
http://taringa.net/posts/tv-peliculas-series/4186817/Avatar-|-Latino-+-Dual-[Lat_Ing_-Sub_-Esp_-|-RS-|-Hellspawn.html
http://taringa.net/posts/tv-peliculas-series/4186854/avatar-la-pelicula-2009-en-espa?ol.html
http://taringa.net/posts/tv-peliculas-series/4186938/Avatar-la-pelicula.html
http://taringa.net/posts/tv-peliculas-series/4186991/Avatar-TS-Imagine-(2009).html
http://taringa.net/posts/tv-peliculas-series/4187213/Avatar-(2009)-[TS][Xvid][Ciencia-Ficcion].html
http://taringa.net/posts/tv-peliculas-series/4187376/Avatar-(2009)-TS.html
http://taringa.net/posts/tv-peliculas-series/4187549/Avatar-TeleSync_XviD-CAMELOT-(2009).html
http://taringa.net/posts/tv-peliculas-series/4187569/Avatar-La-pelicula-2009-ver-online-y-descarga-20_12_2009-flv.html
http://taringa.net/posts/tv-peliculas-series/4187578/AVATAR-la-pelicula-pocos-lincks.html
http://taringa.net/posts/tv-peliculas-series/4187729/Avatar-2009-TELESYNC-XviD-CAMELOT.html
http://taringa.net/posts/tv-peliculas-series/4187760/Avatar-2009-Ingles-TS.html
http://taringa.net/posts/tv-peliculas-series/4187804/Avatar-|-Latino-+-Dual-[2-Calidades]-|-RSyMU-|-By-Hellspawn.html
http://taringa.net/posts/tv-peliculas-series/4187921/Avatar-2009.html
http://taringa.net/posts/tv-peliculas-series/4187981/Avatar-2009-(Audio-Espa?ol).html
http://taringa.net/posts/tv-peliculas-series/4188094/Avatar-2009-TS.html
http://taringa.net/posts/tv-peliculas-series/4188115/Avatar-[TS-Screener-]-[Castellano]-[Fantastico]-[2009].html
http://taringa.net/posts/tv-peliculas-series/4188152/Avatar-(2009)-TS-Latino[RS][MU][HF].html
http://taringa.net/posts/tv-peliculas-series/4188257/Avatar-(2009)-TeleSync-XviD-CAMELOT-[MediaFire_RS].html
http://taringa.net/posts/tv-peliculas-series/4188470/Avatar-(2009)-CamRip-XviD-Espa?ol-Latino-[MediaFire_RS].html
http://taringa.net/posts/tv-peliculas-series/4188594/Avatar[Ts-Screener][Espa?ol][Cien_Ficc][2009][RS_MU].html
http://taringa.net/posts/tv-peliculas-series/4188595/Avatar-[TS-Screener][Espa?ol][Acccion-2009].html
http://taringa.net/posts/tv-peliculas-series/4189016/Avatar-%5BTS-Screener-MEDIA%5D-%5BCastellano%5D-gran-calidad.html
http://taringa.net/posts/tv-peliculas-series/4189188/Avatar---La-pelicula---%5BEstreno-2009%5D-%5BLatino%5D-%5D-%28BUENA-CALID%29.html
http://taringa.net/posts/tv-peliculas-series/4189281/Pelis-On-Line-Estrenos-No-Mega--Avatar-.html
http://taringa.net/posts/tv-peliculas-series/4189536/Avatar-%282009%29-Dvd-Audio-Espa%C3%B1ol-Latino.html
http://taringa.net/posts/tv-peliculas-series/4189548/Avatar-%5B2009%5D-%5BCam%5D-%5BDual-Audio-Espa%C3%B1ol-Latino%5D.html
http://taringa.net/posts/tv-peliculas-series/4189697/Avatar-audio-latino-1linc-megaupload.html
http://taringa.net/posts/tv-peliculas-series/4189824/Avatar-%5BTs-MEDIA%5D%5BEspa%C3%B1ol%5D%5BRS_MU%287LINKS%29%5D.html
http://taringa.net/posts/tv-peliculas-series/4190051/Avatar-%282009%29-TS-Screener-Castellano.html
http://taringa.net/posts/tv-peliculas-series/4190082/Avatar-%5BTS-Screener%5D%5BEspa%C3%B1ol%5D-mejorado-ultimo-enlace.html
http://taringa.net/posts/tv-peliculas-series/4190141/Avatar-%282009%29-CamRip-XviD-Espa%C3%B1ol-Latino-%5BMediaFire_RS%5D.html
http://taringa.net/posts/tv-peliculas-series/4190181/Avatar--Ts-Screener-Espa%C3%B1ol-Cien_Ficc-2009.html
http://taringa.net/posts/tv-peliculas-series/4190301/Avatar-%5BTS-Screener-V2%5D%5BEspa%C3%B1ol%5D-%5BAcccion%5D%5B2009%5D.html
http://taringa.net/posts/tv-peliculas-series/4190398/avatar-2009-espa%C3%B1ol-latino-un-link.html
http://taringa.net/posts/tv-peliculas-series/4190462/Avatar-%282009%29%5BTS%5D-%5BBXVID%5D%5BCastellano%5D%5BCiencia-Ficcion%5D.html
http://taringa.net/posts/tv-peliculas-series/4190507/Avantar-la-pelicula.html
http://taringa.net/posts/tv-peliculas-series/4190747/Avatar-%5BTS-Screener-V2-HQ%5D%5BEspa%C3%B1ol%5D-%5BAcccion%5D%5B2009%5D.html
http://taringa.net/posts/tv-peliculas-series/4190852/Avatar%282009%29-TS-XviD-%E2%80%93-Better-in-3D-%5BMediaFire_RS%5D.html
http://taringa.net/posts/tv-peliculas-series/4191034/Avatar-%28pelicula-2009%29-james-cameron-estreno-2009.html
http://taringa.net/posts/tv-peliculas-series/4191185/Avatar-%5BTS-Screener%5D-%5BAcci%C3%B3n%5D-%5BEspa%C3%B1ol%5D-%5BMU_RS_ST%5D.html
http://taringa.net/posts/tv-peliculas-series/4191396/Avatar-2009-Espa%C3%B1ol-latino.html
http://taringa.net/posts/tv-peliculas-series/4191397/Avatar-%5BTs-Screener-%28V2-Mejorado%29%5D%5BRs_Mu%5D%5BEspa%C3%B1ol%5D.html
http://taringa.net/posts/tv-peliculas-series/4191481/Avatar-%282009%29-TS-Screener-V_2-Castellano.html
http://taringa.net/posts/tv-peliculas-series/4191540/Avatar-online-Latino---La-mejor-Calidad.html
http://taringa.net/posts/tv-peliculas-series/4191541/Avatar-%5BTS-Screener-

Exh. 10, Pg. 21

86

*http://warianoz.com/foros/showthread.php?t=359632*
*http://warianoz.com/foros/showthread.php?t=360303*
*http://warianoz.com/foros/showthread.php?t=360866*
*http://watchenglishmovie.com/*
*http://watchseries-online.com/2009/09/its-always-sunny-in-philadelphia-5x1-the-gang-exploits-the-mortgage-crisis.html*
*http://welckom.com/video/2066-avatar-avatar-2009camrip-proper.html*
*http://whouse.pl/reszta-f94/66338-avatar-2009-a.html*
*http://win7dll.com/movies/11878-avatar2009-camrip-xvid.html*
*http://win7dll.com/movies/11931-avatar-ts-xvid-700mb-2009-real.html*
*http://win7dll.com/movies/11932-avatar-2009-camrip.html*
*http://wrzboard.org/fonts-wallpapers-screensavers-icons/317596-avatar-2009-tsrip-xvid-english.html*
*http://wrzboard.org/movies/314063-rs-avatar-2009-ts-xvid.html*
*http://wrzboard.org/movies/314523-rs-com-avatar-2009-cam.html*
*http://wrzboard.org/movies/315731-avatar-2009-camrip.html*
*http://wrzboard.org/movies/315794-rs-avatar-2009-1cd-tsrip-xvid-english-fon.html*
*http://www.divxsaati.com/its_always_sunny_philadelphia_season_1_2_3_4_5_rapidshare-t17780.html*
*http://www.divxturka.net/series-tv-shows/303272-itsalwayssunnyinphiladelphias05e03hdtvxvid-xii.html*
*http://www.divxturka.net/series-tv-shows/409912-itsalwayssunnyinphiladelphias05e11macandch-arliewriteamoviewspdtv.html*
*http://www.divxturka.net/series-tv-shows/410542-its-always-sunny-philadelphia-season-5-full-ep11-added.html*
*http://www.divxturka.net/series-tv-shows/424433-its-always-sunny-philadelphia-season-12345-rapidshare.html*
*http://www.divxturka.net/series-tv-shows/424702-its-always-sunny-philadelphia-s05e12-gang-reignites-rivalry.html*
*http://www.divxturka.net/series-tv-shows/425079-its-always-sunny-philadelphia-s05e12-ws-pdtv-xvid-fqm.html*
*http://www.divxturka.net/series-tv-shows/80963-itsalwayssunnyinphiladelphias03e10dvdscrxvi-d-sunspot.html*
*http://www.filechaos.com/search.php?q=its%20always%20sunny%20in%20philadelphia%20full%20episodes%20download&p=4*
*http://www.filechaos.com/tags/its-always-sunny-in-philadelphia-full-episodes-online-free.html*
*http://www.filechaos.com/tags/its-always-sunny-in-philadelphia-full-episodes-season-3.html*
*http://www.filestube.com/15d91a5c4913285b03ea,g/hio-iasip-509-prime.html*
*http://www.filestube.com/7393407ff3147df103e9,g/anis2002-goleech-org-its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/8a72324b9ff5220703ea,g/hio-iasip-509-prime.html*
*http://www.filestube.com/90def6b42f37165d03ea/go.html*
*http://www.filestube.com/fedd10644ff385e203ea,g/Its-Always-Sunny-In-Philadelphia-S05E01-PDTV-XviD-SYS-wYw.html*
*http://www.forum-maximus.net/viewtopic.php?f=6&t=259977*
*http://www.katzforums.com/showthread.php?p=1576633*
*http://www.katzforums.com/showthread.php?p=1606805*
*http://www.katzforums.com/showthread.php?t=1000290*
*http://www.katzforums.com/showthread.php?t=1000409*
*http://www.katzforums.com/showthread.php?t=1000430*
*http://www.katzforums.com/showthread.php?t=1000660*
*http://www.katzforums.com/showthread.php?t=1001064*
*http://www.katzforums.com/showthread.php?t=1001725*
*http://www.katzforums.com/showthread.php?t=1035659*
*http://www.katzforums.com/showthread.php?t=1036013*
*http://www.katzforums.com/showthread.php?t=1061923*
*http://www.katzforums.com/showthread.php?t=1063908*
*http://www.katzforums.com/showthread.php?t=993308*
*http://www.legendarydevils.com/tv-shows/1145911-its-always-sunny-philadelphia-s05e03-proper-ws-pdtv-xvid-sys.html*
*http://www.legendarydevils.com/tv-shows/1146688-its-always-sunny-philadelphia-s05e03-proper-ws-pdtv-xvid-sys.html*
*http://www.legendarydevils.com/tv-shows/1445815-its-always-sunny-philadelphia-s05e12-ws-pdtv-xv-id-fqm.html*
*http://www.movieshare.com/tv-shows-anime/bandf-hf-its-always-sunny-philadelphia.html*
*http://www.pocketfives.com/poker-forums/13/its-always-sunny-in-philadelphia-a-very-sunny-christmas-download-4868774*
*http://www.rapidsearch.in/index.php?q=Its.Always.Sunny.in.Philadelphia.S05E11.REPACK.HR.WS.PDTV.x264-CTU&type=all&search=Search&stype=all*
*http://www.rapidsharedownload.net/forums/tv-shows/67301-hf-its-always-sunny-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.rapidshareindex.com/It-s-Always-Sunny-in-Philadelphia-A-Very-Sunny-Christmas-2009-DVDrip_372640.html*
*http://www.rlsleak.com/2009/10/its-always-sunny-in-philadelphia-s05e03-repack-ws-pdtv-xvid-xii-2/*
*http://www.rslinks.org/tv-series/its-always-sunny-philadelphia-season-5*
*http://www.sharetera.com/tv-shows/Its-Always-Sunny-In-Philadelphia-S05E09-WS-PDTV-XviD-XII-162029.html*
*http://www.sharetera.com/tv-shows/Its-Always-Sunny-in-Philadelphia-S05E12-The-Gang-Reignites-the-Rivalry-WS-PDTV-XviD-FQM-178821.html*
*http://www.sinlesslinks.com/Movies/its-always-sunny-in-philadelphia-its-a-very-sunny-christmas-2009-dvdrip0/*
*http://www.sofacine.com/series/colgados-en-filadelfia-2o-t.html*
*http://www.surfthechannel.com/show/384.html*
*http://www.tamilwire.com/forum/showthread.php?p=80261*
*http://www.viciowarez.com/descargar-series-tv-11/hf-its-always-sunny-philadelphia-s05e12-pdtv-xvid-fqm-605837/*
*http://www.warezgen.com/forum/showthread.php?p=174904*
*http://www.warezlobby.org/tv-shows/262837-its-always-sunny-philadelphia-s05e12-ws-pdtv-xvid-fqm.html*
*http://www.warez-max.com/showthread.php?t=46326*
*http://www.warezscene.org/tv-shows/1612800-its-always-sunny-philadelphia-all-seasons-complete.html*
*http://www.warezscene.org/tv-shows/304098-its-always-sunny-philadelphia-s04e10-pdtv-xvid-fqm.html*
*http://www.warezscene.org/tv-shows/321111-its-always-sunny-philadelphia-s04e12-pdtv-xvid-fqm.html*
*http://www.warezthegfx.com/tv-shows/254565-its-always-sunny-philadelphia-s05e10-ws-pdtv-xvid-sys.html*
*http://www.warezthegfx.com/tv-shows/317931-multi-its-always-sunny-philadelphia-s05e12-ws-pdtv-xvid-fqm.html*
*http://www.warianoz.com/foros/showthread.php?t=356673*
*http://wwwideo.ru/thriller/avatar*
*http://wz-news.ru/films/795-avatar-avatar-2009-1400-mb-camrip.html*
*http://wzor.ws/index.php?newsid=12996*
*http://xaquehuong.com/showthread.php?p=106632*
*http://xaquehuong.com/showthread.php?p=108558*
*http://xaquehuong.com/showthread.php?t=51143*

Exh. 10, Pg. 22

**87**

*http://www.twistysdownload.com/forums/tv-series/77131-its-always-sunny-philadelphia-s05e05-ws-pdtv-xvid-sys.html*
*http://www.twistysdownload.com/forums/tv-series/78782-its-always-sunny-philadelphia-s05e06-ws-pdtv-xvid-sys.html*
*http://www.twistysdownload.com/forums/tv-series/80244-its-always-sunny-philadelphia-s05e07-ws-pdtv-xvid-xii.html*
*http://www.twistysdownload.com/forums/tv-series/81927-its-always-sunny-philadelphia-s05e08-ws-pdtv-xvid-sys.html*
*http://www.twistysdownload.com/forums/tv-series/83339-its-always-sunny-philadelphia-s05e09-ws-pdtv-xvid-xii.html*
*http://www.twistysdownload.com/forums/tv-series/84892-its-always-sunny-philadelphia-s05e10-ws-pdtv-xvid-sys.html*
*http://www.twistysdownload.com/forums/tv-series/87565-its-always-sunny-philadelphia-s05e11-mac-charlie-write-movie-ws-pdtv-xvid-fq.html*
*http://www.twistysdownload.com/forums/tv-series/88736-rs-its-always-sunny-philadelphia-s05e12-hdtv-xvid.html*
*http://www.twistysdownload.com/forums/tv-series/88750-its-always-sunny-philadelphia-s05e12-gang-reignites-rivalry-ws-pdtv-xvid-f.html*
*http://www.filestube.com/04e8c94ba86fd60303e9,g/Onelinkmoviez-its-always-sunny-in-philadelphia-508-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/0997204021b88b6403e9,g/Its-Always-Sunny-In-Philadelphia-S05E06-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/0ab511d62543dfbf03ea,g/its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/1358b45cdd3bbebb03ea,g/Its-Always-Sunny-in-Philadelphia-S05E12-WS-PDTV-XviD-FQM.html*
*http://www.filestube.com/1596148dcc5e0f0503e9,g/IASIP-0201-Charlie-Gets-Crippled.html*
*http://www.filestube.com/161e533614fb31b803ea,g/Its-Always-Sunny-In-Philadelphia-S05E05-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/188958596f99053903ea,g/Its-Always-Sunny-in-Philadelphia-S05E12-WS-PDTV-XviD-FQM.html*
*http://www.filestube.com/1cd994d267d6b3f703ea,g/Its-Always-Sunny-In-Philadelphia-S05E02-WS-PDTV-XviD-SYS-SeriesGringas-Tv.html*
*http://www.filestube.com/1cf59957ec2f00aa03ea,g/its-always-sunny-in-philadelphia-s04e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/1ea950359fc162a703ea,g/hio-iasip-510-prime.html*
*http://www.filestube.com/1f0f6711eb06d680e03e9,g/its-always-sunny-in-philadelphia-s05e07-ws-pdtv-xvid-xii.html*
*http://www.filestube.com/20351aae7568aa8b03e9/go.html*
*http://www.filestube.com/20f6f2e98e2e667503ea,g/its-always-sunny-in-philadelphia-506-ws-pdtv-xvid-sys-SeriesGringas-Tv.html*
*http://www.filestube.com/252f9a679232102203e9,g/IASIP-0210-Dennis-and-Dee-Get-a-New-Dad.html*
*http://www.filestube.com/26882250ab726f5e03e9,g/Its-Always-Sunny-In-Philadelphia-S05E02-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/280f01ad8840420d03ea,g/Its-Always-Sunny-In-Philadelphia-S05E01-SYS.html*
*http://www.filestube.com/287074b9c6e1e45c03e9,g/its-always-sunny-in-philadelphia-s04e11-pdtv-xvid-fqm.html*
*http://www.filestube.com/28a43cf1caaa8ed103e9,g/OneDDL-com-its-always-sunny-in-philadelphia-s05e11-pdtv-xvid-fqm.html*
*http://www.filestube.com/2b46c1e5202b53d703e9,g/its-always-sunny-in-philadelphia-508-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/2bd4a4d1617de40c03ea,g/its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm-by-CJRobert-com.html*
*http://www.filestube.com/2d19664f684babc403e9,g/Its-Always-Sunny-In-Philadelphia-S03E10-DVDRip-XviD-ORPHEUS.html*
*http://www.filestube.com/2dbdea01e9b60c8703e9,g/%5Bwww-bayw-org%5D-Its-Always-Sunny-In-Philadelphia-S05E02-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/3150c8516f6498ca03ea,g/It-s-Always-Sunny-in-Philadelphia-4x02-CP.html*
*http://www.filestube.com/34c80e25d7e6910403e9,g/ujai-org-its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/35525aaab53a297803e9,g/Its-Always-Sunny-In-Philadelphia-S05E02-HR-WS-PDTV-X264-DIMENSION.html*
*http://www.filestube.com/35890c555441ecd903ea,g/its-always-sunny-in-philadelphia-s03e04-dvdrip-xvid-orpheus.html*
*http://www.filestube.com/35890c555441ecd903ea,g/its-always-sunny-in-philadelphia-s03e10-dvdrip-xvid-orpheus.html*
*http://www.filestube.com/35890c555441ecd903ea,g/its-always-sunny-in-philadelphia-s03e13-dvdrip-xvid-orpheus.html*
*http://www.filestube.com/37d10d7a8ad5affd03ea,g/OneDDL-com-its-always-sunny-in-philadelphia-s05e07-ws-pdtv-xvid-xii.html*
*http://www.filestube.com/382357ca9cf9e60f03e9,g/IASIP-S05-E13-A-Very-Sunny-Christmas.html*
*http://www.filestube.com/3a32e9fc0a9b22bf03ea,g/its-always-sunny-in-philadelphia-s05e07-ws-pdtv-xvid-xii.html*
*http://www.filestube.com/3a80c9c2174a7d7c03e9/go.html*
*http://www.filestube.com/3cfa8e7daa597d0e03ea,g/its-always-sunny-in-philadelphia-s04e12-pdtv-xvid-fqm-IRFree-com.html*
*http://www.filestube.com/3fa59481194dc29c03e9/details.html*
*http://www.filestube.com/4352c2c81beafa5103ea/go.html*
*http://www.filestube.com/45b05afbf8d4671a03e9,g/Its-Always-Sunny-In-Philadelphia-S05E09-WS-PDTV-XviD-XII.html*
*http://www.filestube.com/48bd6e35de803c0f03ea,g/its-always-sunny-in-philadelphia-505-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/49e8de136655b1ec03ea,g/Its-Always-Sunny-In-Philadelphia-S04E09-PDTV-XviD-iDontLikeFQM.html*
*http://www.filestube.com/49f09b82d99974de03ea,g/its-always-sunny-in-philadelphia-502-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/50839f6a86bbc30703ea,g/Its-Always-Sunny-In-Philadelphia-S05E09-WS-PDTV-XviD-XII.html*
*http://www.filestube.com/54cc7809bfa3b91f03e9,g/Its-Always-Sunny-In-Philadelphia-S05E09-WS-PDTV-XviD-XII.html*
*http://www.filestube.com/5535627303f3ee8f03e9,g/IASIP-502-Darkville-Com-Mx-by-Sher.html*
*http://www.filestube.com/56f247ca02007c2603ea,g/OneDDL-com-its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/5db3b4924499881bc03e9/go.html*
*http://www.filestube.com/69fbf0f461cf236403e9,g/OneDDL-com-its-always-sunny-in-philadelphia-501-pdtv-xvid-sys.html*
*http://www.filestube.com/69fc3cff26d1c6e403e9,g/its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/6b32b206f389ab8a03e9,g/It-s-Always-Sunny-in-Philadelphia-S01E04.html*
*http://www.filestube.com/6b32b206f389ab8a03e9,g/It-s-Always-Sunny-in-Philadelphia-S01E05.html*
*http://www.filestube.com/6b32b206f389ab8a03e9,g/It-s-Always-Sunny-in-Philadelphia-S01E06.html*
*http://www.filestube.com/6b32b206f389ab8a03e9,g/It-s-Always-Sunny-in-Philadelphia-S01E07.html*
*http://www.filestube.com/74a2d050ae3138ce03ea,g/ARABinARAB-CoM-Its-Always-Sunny-In-Philadelphia-S05E02-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/7c9fa3832788c66703e9,g/Its-Always-Sunny-in-Philadelphia-S05E12-DotNXT-WS-PDTV-XviD.html*
*http://www.filestube.com/8837ae3b8a7bd40303ea,g/Its-Always-Sunny-In-Philadelphia-S05E05-WS-PDTV-XviD-SYS-NewSceneFiles-net.html*
*http://www.filestube.com/8a220401085f142e03e9,g/Its-Always-Sunny-In-Philadelphia-S05E05-WS-PDTV-XviD-SYS-d819-DedicatedTV-net.html*
*http://www.filestube.com/9196f82e38813f8a03ea,g/It-s-Always-Sunny-in-Philadelphia-4x11-CP.html*
*http://www.filestube.com/934ede4dfc9bfe3903ea,g/IASIP-S05E09-WS-PDTV-XviD-XII-By-Innovat0r.html*
*http://www.filestube.com/962468f2411e916b03e9,g/Its-Always-Sunny-In-Philadelphia-S04E01-DSR-XviD-NoTV-SeriesGringas-Org.html*
*http://www.filestube.com/97604a073226722303e9,g/IASIP-0204-Mac-Bangs-Dennis-Mom.html*
*http://www.filestube.com/9a994583ccb504d303ea,g/Its-Always-Sunny-In-Philadelphia-A-Very-Sunny-Christmas-2009-NTSC-DVDR.html*
*http://www.filestube.com/a5b3f4f1d8d347e703ea,g/IASIP-S05E11.html*
*http://www.filestube.com/a7c9022484f7e51003e9,g/Its-Always-Sunny-In-Philadelphia-S05E07-WS-PDTV-XviD-XII.html*
*http://www.filestube.com/aeb3554f146bfbca03ea,g/Its-Always-Sunny-in-Philadelphia-S02E09-DVDRip-XviD-NODLABS.html*
*http://www.filestube.com/b2a4886d35868bc703ea,g/It-s-Always-Sunny-in-Philadelphia-1x03-CP.html*
*http://www.filestube.com/b42f2ce13f70fc4e03ea,g/its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/b47f2512760b033803ea,g/Its-Always-Sunny-In-Philadelphia-S05E02-HR-WS-PDTV-X264-DIMENSION.html*
*http://www.filestube.com/b78cc7a7f8d92bfd03ea,g/OneDDL-com-its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/b8d643b6b36271cf03ea,g/Its-Always-Sunny-In-Philadelphia-S05E06-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/ba3922e0a8b5a16503ea,g/its-always-sunny-in-philadelphia-510-ws-pdtv-xvid-sys.html*

Exh. 10, Pg. 23

**88**

*http://www.filestube.com/ba6fae132986217a03ea,g/Its-Always-Sunny-In-Philadelphia-S05E08-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/be28f8784457594303e9,g/Its-Always-Sunny-in-Philadelphia-S01E01-DVDRip-XviD-NODLABS.html*
*http://www.filestube.com/be2ceebbb473037103ea,g/its-always-sunny-in-philadelphia-s05e03-hdtv-xvid-xii.html*
*http://www.filestube.com/bed6b9b9f36ef6f003ea,g/Its-Always-Sunny-in-Philadelphia-DVDRip-Clue-401.html*
*http://www.filestube.com/bed6b9b9f36ef6f003ea,g/Its-Always-Sunny-in-Philadelphia-DVDRip-Clue-406.html*
*http://www.filestube.com/c023e0cf75a7f6c503ea,g/Its-Always-Sunny-In-Philadelphia-S05E09-WS-PDTV-XviD-XII-MGirl.html*
*http://www.filestube.com/c44e8c182f25f05903ea,g/IASIP-509.html*
*http://www.filestube.com/c48ccb6dd2055d6603ea,g/its-always-sunny-in-philadelphia-506-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/c83486b84dc2139703e9,g/its-always-sunny-in-philadelphia-506-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/cde60330ae020b5303e9,g/Onelinkmoviez-com-its-always-sunny-in-philadelphia-s05e12-pdtv-xvid-fqm.html*
*http://www.filestube.com/d2acbc976f8d670f03e9/details.html*
*http://www.filestube.com/d6597e0e4f92db3c03e9,g/its-always-sunny-in-philadelphia-505-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/d94f056b22d0756b03e9,g/IASIP-0203-www-rapid-soft-info.html*
*http://www.filestube.com/d9f4c62fe1b5a83903ea,g/its-always-sunny-in-philadelphia-505-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/da6f27ebfd827b3203ea,g/Its-Always-Sunny-In-Philadelphia-S05E08-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/dc20d1afc6a1bd5303ea,g/its-always-sunny-in-philadelphia-505-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/e03cbd2fa3c77fc703e9,g/its-always-sunny-in-philadelphia-s05e09-ws-pdtv-xvid-xii.html*
*http://www.filestube.com/e3e1e7850bc61cf703e9,g/It-s-Always-Sunny-In-Philadelphia-5x09.html*
*http://www.filestube.com/e606f6ee6307d16103e9/go.html*
*http://www.filestube.com/e6ad08ca4886e71303ea,g/DD-Its-Always-Sunny-In-Philadelphia-S05E04-WS-PDTV-XviD-SYS.html*
*http://www.filestube.com/ec09ee2ae36a04a703e9,g/its-always-sunny-in-philadelphia-506-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/ef895b803a4ab6af03ea,g/Its-Always-Sunny-in-Philadelphia-S03E10.html*
*http://www.filestube.com/f0cf23469e7ce08003ea,g/its-always-sunny-in-philadelphia-506-ws-pdtv-xvid-sys-linkyworld-com.html*
*http://www.filestube.com/f211bc4000fd868503e9,g/Its-Always-Sunny-In-Philadelphia-S03E01-DVDRip-XviD-ORPHEUS.html*
*http://www.filestube.com/f211bc4000fd868503e9,g/Its-Always-Sunny-In-Philadelphia-S03E02-DVDRip-XviD-ORPHEUS.html*
*http://www.filestube.com/f211bc4000fd868503e9,g/Its-Always-Sunny-In-Philadelphia-S03E05-DVDRip-XviD-ORPHEUS.html*
*http://www.filestube.com/f211bc4000fd868503e9,g/Its-Always-Sunny-In-Philadelphia-S03E11-DVDRip-XviD-ORPHEUS.html*
*http://www.filestube.com/f49f5ef36063d7cd03ea,g/IASIPS05E05.html*
*http://www.filestube.com/f9a321716281601903e9,g/its-always-sunny-in-philadelphia-s05e03-hdtv-xvid-xii.html*
*http://www.filestube.com/fa945225cff3328403e9,g/ARABinARAB-CoM-its-always-sunny-in-philadelphia-505-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/fc10ed50794def7803ea,g/its-always-sunny-in-philadelphia-505-ws-pdtv-xvid-sys.html*
*http://www.filestube.com/ff4f30fb2c4a17ae03ea,g/Its-always-sunny-in-philly-XMAS-2009-GROUPRIP-www-rapidripz-com.html*
*http://www.filestube.com/ff7a0eea879dc54f03e9,g/its-always-sunny-in-philadelphia-508-ws-pdtv-xvid-sys.html*
<mark>*http://www.filestube.com*</mark>*/i/its+always+sunny+megaupload*
*http://www.divxturka.net/series-tv-shows/109270-its-always-sunny-philadelphia-s04e12-gang-gets-extreme-home-makeover-pdtv-xvid.html*
*http://www.divxturka.net/series-tv-shows/287339-itsalwayssunnyinphiladelphias05e01pdtvxvid-sys.html*
*http://www.divxturka.net/series-tv-shows/287719-its-always-sunny-philadelphia-s05e01-pdtv-xvid.sys.html*
*http://www.divxturka.net/series-tv-shows/288642-its-always-sunny-philadelphia-season-12345-a.html*
*http://www.divxturka.net/series-tv-shows/294479-its-always-sunny-philadelphia-s05e02-ws-pdtv-xvid-sys.html*
*http://www.divxturka.net/series-tv-shows/304403-its-always-sunny-philadelphia-season-5-episode-3-hdtv.html*
*http://www.divxturka.net/series-tv-shows/312344-its-always-sunny-philadelphia-s05e04-ws-pdtv-xvid.html*
*http://www.divxturka.net/series-tv-shows/322742-its-always-sunny-philadelphia-s05e05-ws-pdtv-xvid-sy.html*
*http://www.divxturka.net/series-tv-shows/350059-its-always-sunny-philadelphia-seasons-1-2-3-4-1link.html*
*http://www.divxturka.net/series-tv-shows/351442-itsalwayssunnyinphiladelphias05e07wspdtvxv-id-xii.html*
*http://www.divxturka.net/series-tv-shows/358691-its-always-sunny-philadelphia-s05e08-ws-pdtv-xvid-sys.html*
*http://www.divxturka.net/series-tv-shows/362709-itsalwayssunnyinphiladelphias05e13averysun-ny.html*
*http://www.divxturka.net/series-tv-shows/362903-its-always-sunny-philadelphia-s05e13-dvdripxvid-w4f.html*
*http://www.divxturka.net/series-tv-shows/369435-its-always-sunny-philadelphia-s05-e02-hdtvxvid.html*
*http://www.divxturka.net/series-tv-shows/369442-its-always-sunny-philadelphia-s05-e03-hdtvxvid.html*
*http://www.divxturka.net/series-tv-shows/369445-its-always-sunny-philadelphia-s05-e04-hdtvxvid.html*
*http://www.divxturka.net/series-tv-shows/369451-its-always-sunny-philadelphia-s05-e06-hdtvxvid.html*
*http://www.divxturka.net/series-tv-shows/369455-its-always-sunny-philadelphia-s05-e07-hdtvxvid.html*
*http://www.divxturka.net/series-tv-shows/369458-its-always-sunny-philadelphia-s05-e08-hdtvxvid.html*
*http://www.divxturka.net/series-tv-shows/370284-rs-frs-its-always-sunny-philadelphia-s05e09-ws-pdtv-xvid-xii.html*
*http://www.divxturka.net/series-tv-shows/370473-its-always-sunny-philadelphia-s05e09-ws-pdtv-xvid-xii.html*
*http://www.divxturka.net/series-tv-shows/370993-its-always-sunny-philadelphia-s05e09-ws-pdtv-xvid-xii.html*
*http://www.divxturka.net/series-tv-shows/375486-its-always-sunny-philadelphia-s05e09-ws-pdtv-xvid-xii.html*
*http://www.divxturka.net/series-tv-shows/383384-its-always-sunny-philadelphia-s05e10-ws-pdtv-xvid-sys.html*
*http://www.divxturka.net/tv-series-boxset/322804-rscom-its-always-sunny-philadelphia-season-1-5-a.html*
*http://www.dl4all.com/movie/tv-shows/105472-its-always-sunny-in-philadelphia-s05e11-mac-and.html*
*http://www.dl4all.com/movie/tv-shows/108582-its-always-sunny-in-philadelphia-s05e12-the-gang.html*
*http://www.dl4all.com/movie/tv-shows/72593-its-always-sunny-in-philadelphia-s05e01-pdtv-xvid.html*
*http://www.dl4all.com/movie/tv-shows/75013-its-always-sunny-in-philadelphia-s05e02-ws-pdtv.html*
*http://www.dl4all.com/movie/tv-shows/75040-its-always-sunny-in-philadelphia-s05e02-mkv-50-mb.html*
*http://www.dl4all.com/movie/tv-shows/78415-its-always-sunny-in-philadelphia-s05e03-rmvb-54mb.html*
*http://www.dl4all.com/movie/tv-shows/81420-its-always-sunny-in-philadelphia-s05e04-ws-pdtv.html*
*http://www.dl4all.com/movie/tv-shows/84579-its-always-sunny-in-philadelphia-s05e05-rmvb-53-mb.html*
*http://www.dl4all.com/movie/tv-shows/90455-its-always-sunny-in-philadelphia-s05e07-ws-pdtv.html*
*http://www.egyptfans.net/2009092519053/TV-Shows/Its-Always-Sunny-In-Philadelphia-S05E02-WS-PDTV-XviD-SYS.html*
*http://www.egyptfans.net/2009100219407/TV-Shows/Its-Always-Sunny-In-Philadelphia-S05E03-HDTV-XviD-XII.html*
*http://www.egyptfans.net/2009100219418/TV-Shows/Its-Always-Sunny-In-Philadelphia-S05E03-PROPER-WS-PDTV-XviD-SYS.html*
*http://www.egyptfans.net/2009100919923/TV-Shows/Its-Always-Sunny-In-Philadelphia-S05E04-WS-PDTV-XviD-SYS.html*
*http://www.egyptfans.net/2009101620471/TV-Shows/Its-Always-Sunny-In-Philadelphia-S05E05-WS-PDTV-XviD-SYS.html*
*http://www.egyptfans.net/2009102321053/TV-Shows/Its-Always-Sunny-In-Philadelphia-S05E06-WS-PDTV-XviD-SYS.html*
*http://www.egyptfans.net/2009102921504/TV-Shows/-Its-Always-Sunny-In-Philadelphia-S05E07-WS-PDTV-XviD-XII.html*
*http://www.egyptfans.net/2009112022990/TV-Shows/Its-Always-Sunny-In-Philadelphia-S05E10-WS-PDTV-XviD-SYS.html*
*http://www.egyptfans.net/2009120424100/TV-Shows/Its-Always-Sunny-In-Philadelphia-S05E11-Mac-and-Charlie-Write-a-Movie-WS-PDTV-XviD-FQM.html*

Exh. 10, Pg. 24

**89**

*http://www.onedll.com/tv-shows/its-always-sunny-in-philadelphia-s05e12-the-gang-reignites-the-rivalry-ws-pdtv-xvid-fqm/*

*http://www.p2psofts.com/tv-show/80967-its-always-sunny-philadelphia-s05e06-ws-pdtv-xvid-sys.html*

*http://www.p2psofts.com/tv-show/81033-its-always-sunny-philadelphia-s05e06-ws-pdtv.html*

*http://www.p2psofts.com/tv-show/91771-its-always-sunny-philadelphia-s05e08-ws-pdtv-xv-id-sys.html*

*http://www.palddl.com/tv-series/42283-its-always-sunny-philadelphia-s05e08-ws-pdtv-xvid.html*

*http://www.passiondownload.org/forums/tv_series/13824-its_always_sunny_philadelphia_s05e03_repack_ws_pdtv_xvid_xii.html*

*http://www.peear.com/?q=Dennis%20brown&start=50*

*http://www.phæzeblog.com/its-always-sunny-in-philadelphia-s05e07-ws-pdtv-xvid-xii/*

*http://www.phimhongkong.com/f/showthread.php?t=327475*

*http://www.pkfilmesecia.com/2009/06/download-its-always-sunny-in.html*

*http://www.qoopc.com/vb/showthread.php?t=41694*

*http://www.rapalbums.net/tv-shows/64760-its-always-sunny-philadelphia-all-seasons-s5-added.html*

*http://www.rapidfind.org/upload/showthread.php?p=1035109*

*http://www.rapidfind.org/upload/showthread.php?p=1091094*

*http://www.rapidfind.org/upload/showthread.php?p=1106519*

*http://www.rapidfind.org/upload/showthread.php?p=1112026*

*http://www.rapidfind.org/upload/showthread.php?p=1121673*

*http://www.rapidfind.org/upload/showthread.php?t=165100*

*http://www.rapidsearch.in/index.php?q=Boer.Zoekt.Vrouw.S04E13.DUTCH.WS.PDTV.XViD-DiFFERENT&type=all&search=Search&stype=all*

*http://www.rapidsearch.in/index.php?q=Extreme.Makeover.Home.Edition.S04E06.PDTV.XviD-NoTV&type=all&search=Search&stype=all*

*http://www.rapidsearch.in/index.php?q=Extreme.Makeover.Home.Edition.S07E03.Hill.Family.PDTV.XviD-FQM&type=all&search=Search&stype=all*

*http://www.rapidsearch.in/index.php?q=Extreme.Makeover.Home.Edition.S07E06.Mattingly.Family.PDTV.XviD-FQM&type=all&search=Search&stype=all*

*http://www.rapidsearch.in/index.php?q=Grounded.For.Life.S04E09.FRENCH.PDTV.XviD-COGiTO&type=all&search=Search&stype=all*

*http://www.rapidripz.com/2008/11/its-always-sunny-in-philadelphia-s04e11.html*

*http://www.rapidrise.org/showthread.php?t=55219*

*http://www.rapidsearch.in/index.php?q=Grounded.For.Life.S04E11.FRENCH.PDTV.XviD-COGiTO&type=all&search=Search&stype=all*

*http://www.rapidsearch.in/index.php?q=The.District.S04E13.iTALiAN.PDTV.XviD-FSiTV*

*http://www.rapidsearch.in/index.php?q=Unge.Modre.S04E08.PDTV.XViD.NORWEGiAN-AVFALL&type=all&search=Search&stype=all*

*http://www.rapidshare1.com/Californication-S03E05-rapidshare-search.html*

*http://www.rapidshare2download.net/forums/tv-show/101202-its-always-sunny-philadelphia-s05e08-ws-pdtv-xvid.html*

*http://www.rapidshare2download.net/forums/tv-show/127370-its-always-sunny-philadelphia-s05e12-ws-pdtv-x264-avi-80mb.html*

*http://www.rapidshare2download.net/forums/tv-show/127373-its-always-sunny-philadelphia-s05e12-ws-pdtv-xvid-fqm.html*

*http://www.rapidshare2download.net/forums/tv-show/90876-its-always-sunny-philadelphia-s05e03-hdtv-xvid-xii.html*

*http://www.rapidshare2download.net/forums/tv-show/93599-its-always-sunny-philadelphia-s05e05-ws-pdtv-xvid-sys.html*

*http://www.rapidshare2download.net/forums/tv-show/95882-its-always-sunny-philadelphia-s05e06.html*

*http://www.rapidsharedownload.net/forums/movies/55746-its-always-sunny-philadelphia-very-sunny-christmas-2009-ntsc-dvdr.html*

*http://www.rapidsharedownload.net/forums/tv-shows/13270-its-always-sunny-philadelphia-s05e05-ws-pdtv-xvid-sys.html*

*http://www.rapidsharedownload.net/forums/tv-shows/13731-its-always-sunny-philadelphia-505-ws-pdtv-xvid-sys.html*

*http://www.rapidsharedownload.net/forums/tv-shows/15954-its-always-sunny-philadelphia-s05e06-ws-pdtv-xv-id-sys.html*

*http://www.rapidsharedownload.net/forums/tv-shows/16418-its-always-sunny-philadelphia-s05e06.html*

*http://www.rapidsharedownload.net/forums/tv-shows/19788-its-always-sunny-philadelphia-s05e07-ws-pdtv-xv-id-xii.html*

*http://www.rapidsharedownload.net/forums/tv-shows/19902-its-always-sunny-philadelphia-s05e07-ws-pdtv-xvid-xii.html*

# Exhibit 11
## A Disk (Filed Separately)