AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation )
         *Plaintiff* )
        v. )  Case No. 09 cv 2596 H (WMC)
RAPIDSHARE A.G., a corporation, et al. )
         *Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rapidshare A.G., a corporation; Christian Schmid; and Bobby Chang, defendants

Date: April 12, 2010

/iancballon/
*Attorney's signature*

Ian C. Ballon SBN 141819
*Printed name and bar number*

Greenberg Traurig LLP
2450 Colorado Avenue, Ste. 400E
Santa Monica, CA  90404
*Address*

ballon@gtlaw.com
*E-mail address*

310.586.6575
*Telephone number*

310.586.0575
*FAX number*

