# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RAPIDSHARE A.G., a corporation; CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | **CASE NO. 09-CV-2596 H (WMC)**<br><br>**ORDER DENYING DEFENDANTS' MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

On November 18, 2009, Perfect 10, Inc. ("Plaintiff") filed a complaint against Rapidshare A.G., Christian Schmid, and Bobby Chang ("Defendants"). (Doc. No. 1.) On March 23, 2010, Defendants filed motions to dismiss for lack of personal jurisdiction and forum non conveniens. (Doc. Nos. 6 & 7.) On April 5, 2010, the Court issued an order submitting Defendants' motions on the parties' papers pursuant to Local Civil Rule 7.1(d)(1). (Doc. No. 8.) On April 11, 2010, Plaintiff filed a motion for preliminary injunction against Defendants. (Doc. No. 9.) A hearing on Plaintiff's preliminary injunction motion was set for May 12, 2010 at 1:30 p.m. in courtroom 13. On April 12, 2010, Defendants filed an ex parte motion to continue the hearing date for Plaintiff's preliminary injunction motion. (Doc. No.

1  12.) Defendants request a continuance of the hearing until thirty days after the Court rules on
2  Defendants' motions to dismiss for lack of personal jurisdiction and forum non conveniens.
3  (Id.)  On April 13, 2010, Plaintiff filed a response in opposition to Defendants' motion to
4  continue the hearing date.  (Doc. No. 17.)  On April 14, 2010, Defendants filed a reply in
5  support of their motion to continue the hearing date.  (Doc. No. 18.)

6  After considering the parties' arguments, the Court concludes that the hearing on
7  Plaintiff's motion for preliminary injunction should remain set for May 12, 2010 at 1:30 p.m.
8  and denies Defendants' motion to continue without prejudice.  The parties should be prepared
9  to address Defendants' motions to dismiss for lack of personal jurisdiction and forum non
10  conveniens and Plaintiff's motion for preliminary injunction at the hearing.

11  **IT IS SO ORDERED**.

12  DATED: April 15, 2010

14  MARILYN L. HUFF, District Judge
   UNITED STATES DISTRICT COURT