GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
LORI CHANG (SBN 228142)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com, changl@gtlaw.com

Attorneys for defendants
Rapidshare AG, Christian Schmid, and Bobby Chang

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAPIDSHARE A.G., a corporation, CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 09 CV 2596 H (WMC)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR EX PARTE ORDER ALLOWING ALL PARTIES TO FILE MATERIALS UNDER SEAL IN CONNECTION WITH THE PENDING JURISDICTIONAL MOTIONS AND PRELIMINARY INJUNCTION MOTION**<br><br>[Filed concurrently with Memorandum; Declaration of I. Ballon; and Proposed Order]<br><br>DATE: TBA<br>TIME: TBA<br>CTRM: 13<br>JUDGE: Hon. Marilyn L. Huff<br><br>DATE FILED: November 18, 2009<br>TRIAL DATE: None Set |

**TO ALL PARTIES:**

PLEASE TAKE NOTICE that defendants RapidShare A.G., Christian Schmid, and Bobby Chang, will and hereby move *ex parte* for an order allowing the parties to file documents and materials under seal in connection with plaintiff Perfect 10's Motion for Preliminary Injunction Against Defendants RapidShare A.G., Christian Schmid, and Bobby Chang (the "PI Motion") and defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for *Forum Non Conveniens* (together, the "Jurisdictional Motions"), pending entry of a Protective Order.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Ian C. Ballon, and all Exhibits thereto submitted concurrently with this Motion and Memorandum, the pleadings on file in this matter, and any arguments made at the hearing on this Motion.

DATED: April 25, 2010                Greenberg Traurig, LLP


By: /s/Ian C. Ballon
Attorneys for defendants
Rapidshare AG, Christian Schmid, and
Bobby Chang
Email: ballon@gtlaw.com