| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| | IAN C. BALLON (SBN 141819) |
| 2 | WENDY M. MANTELL (SBN 225544) |
| | LORI CHANG (SBN 228142) |
| 3 | 2450 Colorado Avenue, Suite 400E |
| | Santa Monica, CA 90404 |
| 4 | Telephone: (310) 586-7700 |
| | Facsimile: (310) 586-7800 |
| 5 | Email: ballon@gtlaw.com, mantellw@gtlaw.com, changl@gtlaw.com |
| 6 | |
| 7 | Attorneys for defendants |
| | Rapidshare AG, Christian Schmid, and Bobby Chang |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | CASE NO. 09 CV 2596 H (WMC) |
| Plaintiff, | **DEFENDANT RAPIDSHARE'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER TO ALLOW PARTIES TO DESIGNATE CERTAIN MATERIALS AS "CONFIDENTIAL" AND "CONFIDENTIAL - TRIAL COUNSEL'S EYES ONLY"** |
| v. | |
| RAPIDSHARE A.G., a corporation, CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive, | |
| Defendants. | [Filed concurrently with Memorandum; Declaration of L. Chang; and Proposed Protective Order] |
| | DATE:       TBA |
| | TIME:       TBA |
| | CTRM:      C |
| | JUDGE:     Hon. William McCurine, Jr. |
| | DATE FILED:     November 18, 2009 |
| | TRIAL DATE:     None Set |

**TO ALL PARTIES:**

PLEASE TAKE NOTICE that, on a date to be scheduled for either a hearing or a status conference, defendant RapidShare A.G. ("RapidShare") will and hereby moves for the entry of a protective order as set forth in Exhibit 1 to the proposed order. Specifically, RapidShare requests that the Magistrate Judge permit the entry of a protective order that to allow parties to designate certain materials as "CONFIDENTIAL" and "CONFIDENTIAL - TRIAL COUNSEL'S EYES ONLY" ("TCO") to protect highly sensitive proprietary information and trade secrets that may be required to be disclosed either through discovery or in Court filings. The TCO designation permits access to outside trial counsel only, and is contemplated for use in very limited situations.

As set forth in the Declaration of Lori Chang, filed concurrently herewith, the parties have extensively met-and-conferred via telephone conference and correspondence on the issue of a protective order. Perfect 10, Inc. ("P10") agrees that there is a need for confidentiality, but disputes as to the TCO designation as set forth in the proposed protective order.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Lori Chang, and all Exhibits thereto submitted concurrently with this Motion and Memorandum, the Magistrate Judge's prior orders, the pleadings on file in this matter, and any arguments made at the hearing on this Motion.

DATED: May 24, 2010                                  Greenberg Traurig, LLP


                                                     By: /s/Lori Chang
                                                     Attorneys for defendants Rapidshare AG, Christian
                                                     Schmid, and Bobby Chang
                                                     Email: changl@gtlaw.com