# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., | CASE NO. 09cv2596-H (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| RAPIDSHARE AG, et al., | |
| Defendant. | |

On the Court's own motion a telephonic status conference regarding Defendant's motion for a protective order will be held on **June 17, 2010 at 4:30 p.m. Counsel for Defendant is instructed to initiate the joint call to the Court at 619-557-6624**.

IT IS SO ORDERED.

DATED: June 10, 2010

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court