# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                    Plaintiff,<br>     vs.<br>RAPIDSHARE AG., a corporation; CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | **CASE NO. 09-CV-2596 H (WMC)**<br><br>**ORDER REGARDING DOCUMENT SUBMISSIONS** |

On May 12, 2010, the Court issued an order requesting that the parties meet and confer regarding issues that had been raised at a motion hearing. (Doc. No. 61.) The Court did not request that the parties file a status update. (See id.) The parties subsequently filed several documents related to the meet and confer process. (Doc. Nos. 80, 81, & 84.) The Court declines to consider the parties' submissions because they were not properly filed in relation to any pending motion. The Court notes that all filings must comply with the Local Civil Rules.

**IT IS SO ORDERED**.

DATED: June 18, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

09cv2596