**TABLE OF CONTENTS – CHUMURA EXHIBITS**

| Exh. # | DESCRIPTION | Page |
|---|---|---|
| 1 | Email from RapidShare; Demonstration of Remote Upload Feature | 1 |
| 2 | RapidShare's Terms and Conditions | 10 |
| 3 | RapidShare's Upload & Download Tools | 15 |
| 4 | Examples of RapidShare's commercial relationships | 24 |

# Exhibit 1

| | |
|---|---|
| Subj: | **Re: [Ticket#2010061810027481] Remote upload** |
| Date: | 6/19/2010 5:36:05 A.M. Eastern Daylight Time |
| From: | support@rapidshare.com |
| To: | Schumura@aol.com |

Hello,

Remote-uploads can be used to upload files from different server into your premium zone or collectors zone.

To add URLs click on -Remote-Upload- in your account.
We will then download the file for you and re-upload it in your premium zone.
Normally this will work very fast as we have really big bandwidth here. If the server with the file is very slow, our download will be slow as well of course. Please notice that we will automatically abort downloads taking longer than 3 days.

You can use remote-uploads with authentication. Syntax: http://LOGIN:PASSWORD@www.server.com/file.zip and replace LOGIN with your login on that server and PASSWORD with your password there. We will login on that server with that data then. Please do not use your RapidShare-Login, this is wrong! Your login-data is safe with us. After you have finished any remote-upload, you can delete your remote-job from the list. This way you will delete any data about the remote-upload itself, including the login-data you have given.

You can manage up to 300 jobs at the same time. The system transfers up to 5 files at the same time.

Please make sure, that the link is accessible.

Please check for further information our FAQ:
http://rapidshare.com/faq.html

Best regards,

Reto
RapidShare Support

RapidShare AG
Gewerbestrasse 6
6330 Cham
Switzerland

Fon: +41 41 748 78 80
Fax: +41 41 748 78 99

Web: http://www.rapidshare.com
Email: support@rapidshare.com

Dies ist eine vertrauliche Nachricht und nur für den Adressaten bestimmt. Es ist nicht erlaubt, diese Nachricht zu kopieren oder Dritten zugänglich zu machen. Sollten Sie irrtümlich diese Nachricht erhalten haben, bitte ich um Ihre Mitteilung per E-Mail oder unter der oben angegebenen Telefonnummer.

This message is confidential and intended for the recipient only. It is not allowed to copy this message, or to make it accessible for third parties. If you are not the intended recipient, please notify the sender by email, or by the above telephone number.

Schumura@aol.com schrieb:

> I am trying to use the remote upload feature.
>
> There is a page that has about 15 pictures that I want to have downloaded.
>
> I use the recommended url format with the username and password, However it
>  seems that I have to list all the picture urls individually.
>
> Is there anyway to list the directory in which they are located that it
> will download all of them? Or must I list each individual URL?
>
> Thank you
>
>
> This communication, along with any attachments, is covered by Federal  and
> State laws governing electronic communications and may contain confidential
> and/or privileged information.  If you as the reader of this message are
> not the intended recipient, you are hereby notified that any dissemination,
> distribution, use or copying of this message is strictly prohibited.  If
> you received this message in error, reply immediately to the sender and delete
>
>  this message.
>
>

RapidShare: 1-CLICK Web hosting - Easy Filehosting

Home
News

[Premium Zone](#)

[Free Zone](#)
RapidTainment

[RapidTools](#)

[Support](#)

[RapidShare AG](#)
Privacy Policy



Premium Zone | Remote Uploads | View Logs | TrafficShare | Convert RapidPoints | Extend Account | Logout

## Premium Account 15103247

QuickLinks: [Upload File](#) | [Change Login Alias](#) | [Change Password](#) | [Change E-Mail](#)

### ⊞ Account Overview

### ⊟ Security Lock

RapidShare: 1-CLICK Web hosting - Easy Filehosting

- Home
- News

**Close window**

## Remote-Uploads

With Remote Upload you can copy files quickly and easily from other servers directly into your Premium sector.

Add Links

### Note

- We support HTTP:// and FTP://
- The download link must directly point to the target without redirection, otherwise the redirecting page will be copied.
- After the upload, your new links will appear in the Premium Zone.
- Files must not be larger than 210,000,000 bytes (200 Megabytes), otherwise the upload will be cancelled.
- If a combination of login & password is necessary to access the files, you can adjust the link accordingly.
  Syntax: FTP://LOGIN:PASSWORD@DOMAIN/PATH_TO_FILE

Premium Zone | Remote Uploads | View Logs | TrafficShare | Convert RapidPoints | Extend Account | Logout

# Premium Account 15103247

QuickLinks: Upload File | Change Login Alias | Change Password | Change E-Mail

## Account Overview

## Security Lock

Chumura Exh. 1. Pg. 4

- Home
- News

**Close window**

## Remote-Uploads

With Remote Upload you can copy files quickly and easily from other servers directly into your Premium sector.

Add Links

### Remote Upload list

| Link | Status | Size |
|---|---|---|
| http://schumura:mirror1@www.hollycelebs.com/members/celebrities/Marisa_Miller/top/Marisa-Miller-nude-topless-199671.jpg | Processing 0 Bytes |  |

Refresh Remove finished jobs

### Note

- We support HTTP:// and FTP://
- The download link must directly point to the target without redirection, otherwise the redirecting page will be copied.
- After the upload, your new links will appear in the Premium Zone.
- Files must not be larger than 210,000,000 bytes (200 Megabytes), otherwise the upload will be cancelled.
- If a combination of login & password is necessary to access the files, you can adjust the link accordingly.
  Syntax: FTP://LOGIN:PASSWORD@DOMAIN/PATH_TO_FILE

Premium Z

## Premium Account 151

QuickLinks:  Upload File | Change Login Alias | Change Password | Change E-Mail

### ⊞ Account Overview

### ⊟ Security Lock

Chumura Exh. 1. Pg. 5

- Home
- News

**Close window**

## Remote-Uploads

With Remote Upload you can copy files quickly and easily from other servers directly into your Premium sector.

Add Links

### Remote Upload list

| Link | Status | Size |
|---|---|---|
| http://schumura:mirror1@www.hollycelebs.com/members/celebrities/Marisa_Miller/top/Marisa-Miller-nude-topless-199671.jpg | Finished. 353 760 Bytes | |

Refresh Remove finished jobs

### Note

- We support HTTP:// and FTP://
- The download link must directly point to the target without redirection, otherwise the redirecting page will be copied.
- After the upload, your new links will appear in the Premium Zone.
- Files must not be larger than 210,000,000 bytes (200 Megabytes), otherwise the upload will be cancelled.
- If a combination of login & password is necessary to access the files, you can adjust the link accordingly.
  Syntax: FTP://LOGIN:PASSWORD@DOMAIN/PATH_TO_FILE



Premium Z

QuickLinks: Upload File | Change Login Alias | Change Password | Change E-Mail

## ⊞ Account Overview

## ⊟ Security Lock

- Home
- News

**Premium Zone**

**Free Zone**

- RapidTainment

**RapidTools**

**Support**

**RapidShare AG**

- Privacy Policy



Premium Zone | Remote Uploads | View Logs | TrafficShare | Convert RapidPoints | Extend Account | Logout

## Premium Account 15103247

QuickLinks:  Upload File | Change Login Alias |  Change Password | Change E-Mail

### ⊞ Account Overview

### ⊟ Security Lock

UNSECURE

The Security Lock is inactive. With the activation you protect your files, your password and email address, as well as your RapidPoints against unauthorized Account access. Click the Lock to complete this action. Help

Activate Security Lock

## + Uploads

## − FileManager

/ | search... | search

Selection: All | None | Switch | Downloadmode | Upload File

/ (1)

Trash (0)

Search results (0)

Files: 1 - 1 | Sort: Upload time ascending curr

Marisa-Miller-nude-topless-199671.jpg

http://rapidshare.com/files/401327417/Marisa-Miller-nude-topless-199671.jpg.html

| | |
|---|---|
| Upload: | 21.06.2010 09:41 CET |
| Size: | 353 760 Bytes |
| Status: | Normal |
| Downloads: | 0 |
| Last Download: | |
| Server: | 341 |

Downloadmode
- Delete entry
- Rename
- Move
- LinkList
- Transfer
- Send E-mail

Files: 1 - 1 | Sort: Upload time ascending curr

Downloadlink-Export (selected files) | Downloadlink-Export (all files) | Export with details (all files)

## + LinkList

## + Settings

Open playlist

Chumura Exh. 1. Pg. 8



