# Exhibit 3

- Home
- News

[Premium Zone](#)

[Free Zone](#)

- RapidTainment

[RapidTools](#)

[Support](#)

[RapidShare AG](#)

- Privacy Policy



# RapidTools

## RapidShare-Upload2Me

With Upload2Me you can integrate RapidShare technology into your own website. Your visitors can then upload files to RapidShare via your website.

- RapidShare-Upload2Me

## RapidShare Manager

The RapidShare Manager simplifies uploading and allows multiple simultaneous downloads. You can resume interrupted up- and downloads and as a Premium Account user you can upload files of up to 2,000 megabytes. In addition the RapidShare Manager offers many other useful functions.

- [RapidShare Manager](#)

## RapidShare Uploader

==The RapidShare Uploader was developed for quick and easy uploading of files. Interrupted uploads can be resumed.==

- [RapidShare Uploader](#)

## RapidShare Checker

==With this online tool you can check whether the files are still available on our system.== You can simultaneously test multiple links.

- [RapidShare Checker](#)

About us | Jobs | Terms of use | Imprint





Chumura Exh. 3, Pg. 4

Case 3:09-cv-02596-H -WMC Document 88-6 Filed 06/28/10 Page 6 of 10

## RapidTools | RapidShare Manager



The RapidShare Manager (RSM) makes it easy to upload and allows multiple downloads at the same time. You can resume interrupted uploads and downloads and, as a Premium user, you can store files of up to 2,000 megabytes in size at RapidShare.

Files that are larger than 200 megabytes can be downloaded only by Premium users, unless the owner of the file covers the cost of the download. Find out more about it here..



**RapidShare Manager Installer (20 Kb)**

Windows Vista
(.NET 2.0 Framework needed)

## Description of functions

**Premium Account**

Log into your Premium Account with your access number and password. All settings are stored, so that from now on each upload is carried out with your access data. The tool is also for Free users or owners of Collector's Accounts.

**Upload**

Uploading your files with the RSM is quite simple: Open the tab Upload and drag and drop all the files you want to upload into the list. Alternatively, click on the menu bar on the blue button *"Add"* to select the files. You can choose between several accounts (Premium, Collector or Free). If the upload is carried out using a Collector's account, enter the appropriate data and then click on *"Upload"*.

You decide for yourself how much is uploaded at the same time. Uploads in the queue start automatically when the ongoing upload is completed. To get to the download link, right-click on the relevant line and select *"Copy download link"*.

**RSM Link**

You can create a RSM-link that refers to several files for other users of the RSMs. Choose those entries from the list of uploads that you want to combine in the RSM link. Marked entries will be shaded in blue. Then click on the menu bar on top on *"Create RSM link"*.

Now open a new window. On top, you will see the links that you have selected. You can change the combination again, add further links or copy a text in the field, from which RapidShare links will be automatically extracted. If you want to delete the entire selection, click on *"Clear text"*.

You also have the facility to write a comment that will be displayed to other users during the download. The *"Generate RSM"* button creates a link that can be moved to the clipboard by clicking on *"Copy URL"*. It can be pasted into an e-mail by right-clicking on the mouse.

Please note that not all users work with the RSM, and therefore you may also want to offer individual download links as an alternative.

**Download**

Open the tab Download and click the blue button *"Add"*. You can either copy RapidShare download links into the list, or insert any text containing links. By clicking on the button *"Take links"*, they are extracted from the text and checked.

A message informs you whether the links are correct and the files are available. If you do not want to download all the links that have been found, you can uncheck the unwanted ones by reversing the selection. Then click on *"Download"*.

You have the option to change where the files are saved and enter a comment regarding the download. You can check this comment at any time, change it or insert

one afterwards. Click the right mouse button on the relevant entry and select "*Show comment*"

You decide how many downloads should happen at the same time. Waiting entries start automatically when the ongoing download is completed. When a file is saved completely, it can be opened with a double click.

**Account/Settings**

The RSM has many functions, so that you can customize it. For example, you can change proxy settings, language, notifications and many more options to your liking.

About us | Jobs | Terms of use | Imprint



##  RapidTools | RapidShare Uploader



The RapidShare Uploader simplifies uploading of files. It offers many features, with which you can perfectly adapt it to your needs. It supports Premium and free Accounts, including Collector's Accounts.



**Download Rapid Uploader (500 Kb)**
Windows 98 / ME / NT / 2000 / XP

### Description of functions



**Premium Collector's Account**

Log in with your username and password. Afterwards select Premium Account, as if you are a Premium Account holder. All settings are automatically stored so that each upload is carried out using your access data. Under the Preferences link and the General tab you can set the language and find further options.

**Upload**

The upload of your files with the Rapid Uploader is quite simple: Click on the button Upload and, for example, drag and drop all the files you want to upload into the list. Alternatively you can right click on the button to the upper left: "Add", to select the files.

You also have the option to define the settings after a successful upload: shut down computer, log out of Windows or closing of the program.

All files are logged in the Log File and can be accessed therein, saved as text file, copied or deleted with the delete link. Colector- and Premium Account uploads can only be deleted through the Account.

**Settings**

The RapidShare Uploader offers many features that allow individual adjustments. For example; a popup can inform you when the upload is completed.

You can also choose different Carriers for uploads and optimize speed in this way. What is more, you also have the option to define the bandwidth capacity and a Proxy Server; and much more to make the Upload easier by the individual settings.