# Exhibit 4

Case 3:09-cv-02596-H -WMC Document 88-7 Filed 06/28/10 Page 2 of 6

- (2 Pages)  **1**
- 2
- →

# [Rapidshare] Earn up to 20 Euro for gaining us a new customer!

 ‹^› MαD•A¢K•R ‹^›    #1

Posted 14 July 2009 - 10:58 PM

**RapidShare now offers you an affiliate program through which you can earn hard cash.** Our affiliate program is not to be confused with other affiliate programs though. We will continue not to bother our customers with annoying pop up ads. It's also possible without that: a new one year account that is acquired today can earn you 20 Euro! Any owner of a Premium or Collector's account can participate. There is no need for a complicated setup process either. Just have a look at your Premium or Collector's Zone - you might already have earned some Euros. As soon as someone buys a Premium Account from the download page of a file you have uploaded, ReferrerPoints will be credited to your account. You can cash out the ReferrerPoints at an exchange rate which also is shown in the Premium and Collector's Zone.

**How does the recruitment of new customers work?**

Have you been convinced by the quality of our service? Let others know about it, too! From this time on you can even earn money by acquiring new customers. Even now, in this moment, a customer can buy an account and earn you up to 20 EURO by doing so! You can acquire new customers in the following ways:
- Link with Referrer ID
- File upload

**Link with Referrer ID**
You can put an individual link containing your Referrer ID on your website. The link will look like this: http://rapidshare.com/premium.html?ref=REFSTRING
You can see your individual REFSTRING in the Premium or Collector's Zone.
Whenever a user buys a Premium Account via PayPal from that page, the resulting ReferrerPoints will be credited to your account.

**File upload**
Additionally we will of course give you ReferrerPoints if someone buys a Premium Account from the download page of a file you have uploaded. The Referrer ID will also be integrated during countdown and on error sites, e.g. in case the download limit has already been reached.

[Rapidshare] Earn up to 20 Euro for gaining us a new customer! - ..:: RapidPiracy # 1 Community For Desi Pirates! ::..

Case 3:09-cv-02596-H -WMC Document 88-7 Filed 06/28/10 Page 3 of 6

**RapidPoints, which are also needed for payout, are obtainable not only by offering files but also by every payment for renewal of your account, so your account can hold many RapidPoints without you having offered files.**

How many ReferrerPoints will I get for which newly purchased account?

a 30 days Premium Account will lead to 1 ReferrerPoint
**a 90 days Premium Account will lead to 3 ReferrerPoints**
**a 180 days Premium Account will lead to 5 ReferrerPoints**
**a 365 days Premium Account will lead to 10 ReferrerPoints.**

**To get your money transferred you will need a Paypal account.**
**After we verified that your ReferrerPoints and RapidPoints were accumulated conform to our rules, the sum will be transferred to your Paypal account.**
**This may take four to six weeks.**
**We reserve the right to pay off only a part of the requested sum, e.g. in case ReferrerPoints had to be taken back from your account because of withdrawn payments of the new customer. It's understood that in this case we charge fewer RapidPoints according to the situation and the leftover balance can be requested again later.**

http://rapidshare.com/faq13.html

  #2

Posted 14 July 2009 - 11:21 PM

i already made 6 euro 

  #3

Posted 15 July 2009 - 12:19 AM

Money earned with winning new customers: 10 Euro



| Home | Search this site... Go |
|---|---|



Powered by Max Banner Ads

# Earn Money With Rapidshare

5 Jul, 2009    Internet News



Description:
A now offers you an affiliate program through which you can earn hard cash. Our affiliate program is not to be confused with other affiliate programs though. We will continue not to bother our customers with annoying pop up ads. It's also possible without that: a new one year account that is acquired today can earn you 20 Euro! Any owner of a Premium or Collector's account can participate.

There is no need for a complicated setup process either. Just have a look at your Premium or Collector's Zone – you might already have earned some Euros. As soon as someone buys a Premium Account from the download page of a file you have uploaded, ReferrerPoints will be credited to your account. You can cash out the ReferrerPoints at an exchange rate which also is shown in the Premium and Collector's Zone.

Add to 



Related Files

**F.A.Q**

Q: How does the recruitment of new customers work?
A: Have you been convinced by the quality of our service? Let others know about it, too! From this time on you can even earn money by acquiring new customers. Even now, in this moment, a customer can buy an account and earn you up to 20 € by doing so! You can acquire new customers in the following ways:
1. Link with Referrer ID
2. File upload

* Link with Referrer ID
You can put an individual link containing your Referrer ID on your website. The link will look like this: http://rapidshare.com/premium.html?ref=67B9F1F6F1A774F498AD7D3A10DEAEA0
* You can see your individual REFSTRING in the Premium or Collector's Zone.
* Whenever a user buys a Premium Account via PayPal from that page, the resulting ReferrerPoints will be credited to your account.
* File upload
Additionally we will of course give you ReferrerPoints if someone buys a Premium Account from the download page of a file you have uploaded. The Referrer ID will also be integrated during countdown and on error sites, e.g. in case the download limit has already been reached. RapidPoints, which are also needed for payout, are obtainable not only by offering files but also by every payment for renewal of your account, so your account can hold many RapidPoints without you having offered files.

Q: How many ReferrerPoints will I get for which newly purchased account?
A:
* a 30 days Premium Account will lead to 1 ReferrerPoint
* a 90 days Premium Account will lead to 3 ReferrerPoints
* a 180 days Premium Account will lead to 5 ReferrerPoints
* a 365 days Premium Account will lead to 10 ReferrerPoints.

Q: Will the Referrer program be offered permanently?
A: The Referrer program is currently in an experimental stage. We reserve the right to change or stop it at any time.

Q: What happens if a new customer I recruited decides to withdraw his payment?
A: In this case the corresponding number of ReferrerPoints will be removed again from your account.

Q: What is the exchange rate?
A: * The exchange rate tells you how much a ReferrerPoint is worth in money (in combination with 1000 RapidPoints, see below).
* ReferrerPoints on their own are of no defined value. Their value depends on the exchange rate which can change over time. Just like a real currency it will be worth less when a lot of it is circulating and worth more when there's less circulating. Other than on the stock market there won't be tremendous changes within short periods of time.

Q: Why can I redeem ReferrerPoints only in connection with 1000 RapidPoints?
A: Basically the exchange rate always consists of 1000 RapidPoints and one ReferrerPoint. Here we assume that 1000 RapidPoints are worth 0,70 €. If the exchange rate is at 2 €, the ReferrerPoint itself will be worth 1,30 €. To make things easier, just imagine the ReferrerPoint is worth 2 € and the exchange per ReferrerPoint costs you 1000 RapidPoints of handling fee. This combination is set up to prevent attempted fraud.

Q: By which means will the money be paid?
A: * To get your money transferred you will need a Paypal account.
* After we verified that your ReferrerPoints and RapidPoints were accumulated conform to our rules, the sum will be transferred to your Paypal account.
* This may take four to six weeks.
* We reserve the right to pay off only a part of the requested sum, e.g. in case ReferrerPoints had to be taken back from your account because of withdrawn payments of the new customer. It's understood that in this case we charge fewer RapidPoints according to the situation and the leftover balance can be requested again later.

Q: What are the exact terms of participation and when do we verify if they have been fulfilled?
A: * From a technical viewpoint just like with RapidPoints every user participates automatically, but we will only check the compliance with our conditions once a payout has been requested. Our Terms of Service apply for participation in our affiliate program.

---

- Microsoft Money Plus Premium v17.0.125.1415
- Resumemaker Professional v12
- Dream Vacation Solitaire v1.0
- Quicken Premier 2007
- Hoyle Board & Puzzle Games 2007 CD1
- Mad Money 2008
- Google Adwords and Adsense All In One Books (8 Books)
- Microstock Photography – How to Make Money from Your Digital Images
- The Godfather
- Dire Straits Sultans of Swing – Best of Dire Straits

### Banner Exchange



### Categories

- Adult Section (327)
- Cars & Bike Walls (31)
- Celebrities Wallpapers (164)
- E-Books (92)
- Funny Videos (3)
- Graphics (249)
- Greek Movies (6)
- Greek Music (242)
- Greek Music Videos (11)
- Internet News (55)
- Magazines (7)
- Mobile (70)
- Movie Trailers (35)
- Movies (403)
- Music Videos (118)
- Pc games (136)
- Ps2 games (12)
- Ps2 Tools (7)
- Ps3 Game Trailers (7)
- Screensavers (41)
- Scripts (37)
- Short Animation (20)
- Site News (23)
- Software (3344)
- Software Gold (72)
- Tv Series (38)
- Video Documentary (38)
- Video Tutorials (25)
- Webmaster Content (37)
- Worldwide Music (538)

### Site Stats

122 Users Online



* Users who accumulated their ReferrerPoints by distributing files they were not allowed to (see our Terms of Service) won't get paid off. The same applies for users who got their ReferrerPoints by advertising in connection with that kind of files or on illegal websites.

Q: Will payoff be possible by any other means than using Paypal?
A: We are taking other possibilities into consideration, but for now decided to start with just Paypal. Suggestions can be submitted to our support team and will be processed to the division in charge.

You don't have a rapidshare account?
Grab one today by clicking here.

## 2 Comments so far »

1. **PLAY_BOY said,**
   Wrote on February 9, 2010 @ 13:54

   Now a days exchange rate and amount of credit are not shown in rapidshare. Can I make money via collector's account again?

2. **plimper said,**
   Wrote on February 9, 2010 @ 13:59

   @ Play Boy,
   They have stopped the affiliate program that earned us $.

   Regards
   plimper

Comment RSS · TrackBack URI

## Leave a Comment

You must be logged in to post a comment.

Powered by Max Banner Ads

**RecentFiles**
- Reflet v2.6
- Windows 7 Loader v1.8.4
- 3D Text v1.00 Portable

**MostPopular**
- Playstation 2 Emulator v2.09 ... (1081351)
- Lg Ku990 Viewty Pc Suite Off ... (664869)

**RandomLinks**
- Toys 4 Free
- Nothing2Hide
- Get Firefox
- Kazani.gr
- Ads Ornicom

Most Users Ever Online Is 674On 5th January 2008, 20:21

Site Info
fullandfree.info
Rank: 27,046
Links in: 499
Page Rank 3
Powered by Alexa

5,134
spam comments

GOOGLEBOT LAST ACCESS 2010/06/20

## Latest Poll

We should start a forum for you?

- Yes indeed!!!
- Nope.

Vote

View Results

Loading ...

## Best Refferers

Full Downloads www.ddl2.com
DDL Spot.com
warezlist

## Partners

- MP3 Albums
- SearchOnAll
- DreamDDl.com
- Full Software
- Net Books
- Spreadmyfiles
- DirtyWarez
- Rapidshare Forums
- Freedownload.ir
- Crack Downloads
- Movieplace.tv
- RL-Team.NeT
- SmartSerial