# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAPIDSHARE AG., a corporation; CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 09-CV-2596 H (WMC)**<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

On July 15, 2010, RapidShare A.G. ("Defendant") filed a notice of withdrawal of its motion for partial summary judgment. (Doc. No. 99.) The Court, for good cause shown, grants Defendant's request to withdraw its motion for partial summary judgment and vacates the hearing currently scheduled for July 16, 2010 at 3:00 p.m.

**IT IS SO ORDERED**.

DATED: July 16, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record