# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAPIDSHARE AG., a corporation; CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 09-CV-2596 H (WMC)**<br><br>**ORDER GRANTING JOINT MOTION TO VACATE PRIOR RULING** |

On July 23, 2010, the parties filed a joint motion seeking a limited vacatur of the Court's May 12, 2010 ruling that RapidShare is subject to specific personal jurisdiction. (Doc. No. 102.)  The Court, for good cause shown, grants the parties' joint motion.

**IT IS SO ORDERED**.

DATED: July 26, 2010

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT