Eric J. Benink, Esq. (State Bar No. 187434)
Krause Kalfayan Benink & Slavens, LLP
625 Broadway, Suite 635
San Diego, California 92101
eric@kkbs-law.com
Phone: (619) 232-0331
Fax: (619) 232-4019

Jeffrey N. Mausner (State Bar No. 122385)
Law Offices of Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367
Jeff@mausnerlaw.com
Phone: (310) 617-8100; (818) 992-7500
Fax: (818) 716-2773

Attorneys for Plaintiff Perfect 10, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>RAPIDSHARE A.G., a corporation, CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 09 CV 2596 H (WMC)<br><br>**NOTICE OF MOTION AND JOINT MOTION TO DISMISS**<br><br>CTRM:  13<br>JUDGE:  Hon. Marilyn L. Huff<br><br>DATE FILED:  November 18, 2009<br>TRIAL DATE:  None Set |

**TO THE COURT:**

PLEASE TAKE NOTICE that Perfect 10, Inc. ("Perfect 10") and RapidShare AG ("RapidShare") (collectively the "Parties"), jointly move *ex parte* for an order dismissing this action in its entirety, with prejudice, including Perfect 10's Complaint and RapidShare's Amended Counterclaims, pursuant to the parties' confidential Settlement Agreement. Each of the Parties shall bear its own costs, including attorneys' fees.

DATED: August 12, 2010         LAW OFFICES OF JEFFREY N. MAUSNER

By: s/Jeffrey N. Mausner
JEFFREY N. MAUSNER
Attorneys for plaintiff and counter-defendant
Perfect 10, Inc.
Email: Jeff@Mausnerlaw.com

DATED: August 12, 2010         GREENBERG TRAURIG, LLP

By: _____
Attorneys for defendant and counterclaimant
RapidShare AG
Email: changl@gtlaw.com