# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAPIDSHARE AG., a corporation; CHRISTIAN SCHMID; BOBBY CHANG; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 09-CV-2596 H (WMC)**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On August 13, 2010, the parties filed a joint motion to dismiss the case with prejudice. (Doc. No. 108.) The Court, for good cause shown, grants the parties' joint motion and dismisses the case with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: August 13, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record